**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
DISTRICT OF DELAWARE

Case number *(if known)* _____  Chapter **7**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **AllHere Education, Inc.** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-2640577** |

| | | | | |
|---|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** **177 Huntington Ave. Suite 1705 PMB #28939 Boston, MA 02115** Number, Street, City, State & ZIP Code **Suffolk** County | | **Mailing address, if different from principal place of business** _____ P.O. Box, Number, Street, City, State & ZIP Code **Location of principal assets, if different from principal place of business** _____ Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.allhere.com** |
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

Debtor  **AllHere Education, Inc.**  Case number (*if known*) _____
        Name

7. **Describe debtor's business**   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☒ None of the above

   B. *Check all that apply*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   **6117**

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*
   - ☒ Chapter 7
   - ☐ Chapter 9
   - ☐ Chapter 11. *Check all that apply*:
       - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
       - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
       - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
       - ☐ A plan is being filed with this petition.
       - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
       - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
       - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   If more than 2 cases, attach a separate list.
   - ☒ No.
   - ☐ Yes.

   District _____  When _____  Case number _____
   District _____  When _____  Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    - ☒ No
    - ☐ Yes.

    List all cases. If more than 1, attach a separate list
    Debtor _____  Relationship _____
    District _____  When _____  Case number, if known _____

Debtor __AllHere Education, Inc.__   Case number (*if known*) _____
      Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>    Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>              Contact name _____<br>              Phone _____ |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☒ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☒ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **AllHere Education, Inc.**         Case number (*if known*) _____
        Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **08/13/2024**
             MM / DD / YYYY

**X /s/ Andrew Parker**                                 **Andrew Parker**
Signature of authorized representative of debtor         Printed name

Title  **Director**

**18. Signature of attorney**

**X /s/ Joseph M. Mulvihill**                           Date  **08/13/2024**
Signature of attorney for debtor                               MM / DD / YYYY

**Joseph M. Mulvihill**
Printed name

**Young Conaway Stargatt & Taylor, LLP**
Firm name

**Rodney Square**
**1000 N. King Street**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone  **(302) 571-6600**    Email address  **jmulvihill@ycst.com**

**6061 DE**
Bar number and State

## ACTION BY UNANIMOUS WRITTEN CONSENT
## OF THE
## BOARD OF DIRECTORS
## OF
## ALLHERE EDUCATION, INC.

August 12, 2024

THE UNDERSIGNED, constituting all of the members of the Board of Directors (the "Board") of **ALLHERE EDUCATION, INC.**, a Delaware corporation (the "Company"), hereby unanimously consent to and adopt the following resolutions pursuant to Section 141(f) of the General Corporation Law of the State of Delaware (the "DGCL") and Article III, Section 3.9 of the Bylaws of the Company (the "Bylaws"), and direct that this writing be filed with the minutes of proceedings of the Board:

**WHEREAS**, management of the Company is vested in the Board pursuant to Section 141(a) of the DGCL and Article III, Section 3.3 of the Bylaws of the Company;

**WHEREAS**, the Board has reviewed and considered the financial and operational condition of the Company and the Company's business on the date hereof, the assets of the Company, the current and long-term liabilities of the Company, and the recommendations of the Company's legal and restructuring advisors as to the relative risks and benefits of pursuing a bankruptcy proceeding under the provisions of title 11 of the United States Code (the "Bankruptcy Code");

**WHEREAS**, the Board has determined that it is advisable and in the best interests of the Company and the Company's stakeholders, creditors, and other interested parties to commence a case (the "Bankruptcy Case") under chapter 7 of the Bankruptcy Code; and

**WHEREAS**, the Board has determined that it is advisable and in the best interests of the Company to designate each of (i) Toby Jackson ("Jackson") to serve as Chief Restructuring Officer ("CRO") in order to assist with the Bankruptcy Case and the wind down of the Company, and (ii) Andrew Parker ("Parker") to serve as Secretary of the Company.

**NOW, THEREFORE, BE IT:**

**RESOLVED**, that, in the judgment of the Board, it is desirable and in the best interests of the Company, the creditors of the Company, and other interested parties that a voluntary petition (the "Petition") be filed by or on behalf of the Company under the provisions of chapter 7 of the Bankruptcy Code with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"); and it is further

**RESOLVED**, that (i) Jackson is hereby appointed as CRO of the Company and (ii) Parker is hereby appointed as Secretary of the Company, and each shall serve until such time as his successor shall be duly elected and qualified or until his earlier death, resignation, or removal as provided for in the Bylaws; and it is further

**RESOLVED**, that the form, terms and provisions of, the execution, delivery and filing of, and the performance of the transactions and obligations contemplated by the Petition be, and they hereby are, authorized, approved and adopted in all respects and that the CRO, the Secretary and the other officers of the Company (each, an "Authorized Officer" and collectively, the "Authorized Officers") be, and each of them, acting alone or in any combination, hereby is, authorized, directed, and empowered on behalf of and in the name of the Company (i) to execute and verify the Petition and all documents ancillary thereto, and to cause the Petition to be filed with the Bankruptcy Court, such Petition to be filed at such time as an Authorized Officer shall determine and to be in the form approved by such Authorized Officer, with the execution thereof by any such Authorized Officer being conclusive evidence of the approval thereof by such Authorized Officer, and to take any and all related actions that the Authorized Officers may deem necessary or proper in connection with the filing of the Petition and commencement and prosecution of the Bankruptcy Case, including attending the meeting of creditors pursuant to section 341 of the Bankruptcy Code on behalf of the Company; (ii) to make or cause to be made prior to the execution thereof any modifications to the Petition or such ancillary documents that, in the judgment of the Authorized Officers, may be necessary, appropriate, or desirable, and (iii) to execute, verify, and file or cause to be filed all other petitions, schedules, lists, motions, applications, declarations, affidavits, and other papers or documents that, in the judgment of the Authorized Officers, may be necessary, appropriate, or desirable in connection with the foregoing; and it is further

**RESOLVED**, that the law firm of Young Conaway Stargatt & Taylor, LLP ("Young Conaway"), be and hereby is, authorized, directed, and empowered to represent the Company as its general bankruptcy counsel on the terms set forth in its engagement letter with the Company, which is hereby ratified and approved, and to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights, including, without limitation, the preparation of certain documents to be filed simultaneously with the Petition or during the Bankruptcy Case, and in connection therewith, the Authorized Officers be, and each of them, acting alone or in any combination, with power of delegation, hereby is, authorized, directed, and empowered, on behalf of and in the name of the Company to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Bankruptcy Case, and to cause to be filed an appropriate application for authority to retain the services of Young Conaway; and it is further

**RESOLVED**, that the Authorized Officers be, and hereby are, authorized, directed, and empowered, on behalf of and in the name of the Company, to perform the obligations of the Company under the Bankruptcy Code, with all such actions to be performed in such manner, and all such certificates, instruments, guaranties, notices, and documents to be executed and delivered in such form, as the Authorized Officers performing or executing the same shall approve, and the performance or execution thereof by the Authorized Officers shall be conclusive evidence of the approval thereof by the Authorized Officers and by the Company; and it is further

**RESOLVED**, that the Authorized Officers be, and hereby are, authorized, directed, and empowered, on behalf of and in the name of the Company, to take such actions and execute and deliver such documents as may be required or as the Authorized Officers may determine to be necessary, appropriate, or desirable to carry out the intent and purpose of the foregoing resolutions or to obtain the relief sought thereby, including, without limitation, the execution and delivery of

any consents, resolutions, petitions, motions, applications, schedules, lists, declarations, affidavits, and other papers or documents, with all such actions to be taken in such manner, and all such petitions, schedules, lists, declarations, affidavits, and other papers or documents to be executed and delivered in such form as the Authorized Officers shall approve, the taking or execution thereof by the Authorized Officers being conclusive evidence of the approval thereof by the Authorized Officers and the Company; and it is further

**RESOLVED**, that all of the acts and transactions relating to matters contemplated by the foregoing resolutions, which acts and transactions would have been authorized and approved by the foregoing resolutions except that such acts and transactions were taken prior to the adoption of such resolutions, be, and they hereby are, in all respects confirmed, approved, and ratified; and it is further

**RESOLVED**, that facsimile, photostatic, or other electronic copies of signatures to this consent shall be deemed to be originals and may be relied on to the same extent as the originals.

*[Signature Page Follows]*

IN WITNESS WHEREOF, the undersigned, constituting all of the members of the Board, have executed this unanimous written consent effective as of the date first above written.

**DIRECTORS:**

*Andrew Parker*
Name: Andrew Parker

*A B*
Name: Andre Bennin

*[signature]*
Name: Jeff Livingston

*Janice Jackson*
Name: Janice Jackson

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| AllHere Education, Inc., | Case No. 24-\_\_\_\_\_ (\_\_\_\_) |
| Debtor.[1] | |

**CONSOLIDATED CORPORATE OWNERSHIP STATEMENT AND LIST OF EQUITY INTEREST HOLDERS PURSUANT TO FED. R. BANKR. P. 1007(a)(1), 1007(a)(3), AND 7007.1**

Pursuant to Rules 1007(a)(1), 1007(a)(3) and 7007.1 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), the above-captioned debtor and debtor in possession (the "<u>Debtor</u>") hereby states as follows:

1. The Debtor's address is 177 Huntington Ave, Suite 1703, PMB #28939, Boston, MA 02115.

2. A list of the Debtor's equity interest holders, their addresses, and the nature of their equity interests is attached hereto as **<u>Exhibit A</u>**.

---

[1] The Debtor in this chapter 7 case, along with the last four digits of the Debtor's federal taxpayer identification number is: AllHere Education, Inc. (0577). The location of the Debtor's service address is: 177 Huntington Ave., Suite 1705, PMB #28939, Boston, MA 02115.

29751356.2

# **Exhibit A**

List of Equity Interest Holders

**List of AllHere Education, Inc.'s Equity Interest Holders[2]**

| Common Stock | | | |
|---|---|---|---|
| **Debtor** | **Equity Holder** | **Address** | **Percentage of Equity Held** |
| AllHere Education, Inc. | Joanna Smith | 4516 Olde Stream Ct<br>Raleigh, NC 27612 | 81% |
| | New Wave Advisors, LLC | | 10% |
| | Rethink Education III, L.P. | 707 Westchester Avenue, Suite 401,<br>White Plains, NY 10604. | 4.9% |
| | SB Opportunity Fund LLC | 600 Brickell Avenue, Suite 2650<br>Miami, FL 33131 | 2% |
| | Potencia Ventures | 2nd Floor, The Grand Pavilion Commercial Center<br>802 West Bay Road<br>P.O. Box 10338<br>Grand Cayman KY1-1003 | >1% |
| | Gratitude Railroad Ventures, LLC | 5651 N. Aspenleaf Drive<br>Park City, UT 84098 | >1% |

| Series Seed Convertible Preferred Shares | | | |
|---|---|---|---|
| **Debtor** | **Equity Holder** | **Address** | **Percentage of Equity Held** |
| AllHere Education, Inc. | Rethink Education II, L.P. | 707 Westchester Avenue, Suite 401,<br>White Plains, NY 10604 | 50% |
| | Rethink Education Seed, L.P. | 707 Westchester Avenue, Suite 401,<br>White Plains, NY 10604. | 25% |
| | Potencia Ventures | 2nd Floor, The Grand Pavilion Commercial Center<br>802 West Bay Road<br>P.O. Box 10338<br>Grand Cayman KY1-1003 | 10% |
| | Gratitude Railroad Ventures, LLC | 5651 N. Aspenleaf Drive<br>Park City, UT 84098 | 7.7% |
| | AT&T Venture Investments, LLC | | 3.9% |

---

[2] This list serves as the disclosure required to be made by the debtor pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure. All equity positions listed are as of the date of commencement of the chapter 7 case.

28623969.1

3

| | Boston Impact Initiative | P.O. Box 300443<br>Jamaica Plain, MA 02130 | 1.4% |
|---|---|---|---|
| | Tethered, LLC | 253 Shawmut Ave, Suite 2A<br>Boston MA 02118 | >1% |
| **Series A Convertible Preferred Shares** | | | |
| **Debtor** | **Equity Holder** | **Address** | **Percentage of Equity Held** |
| AllHere Education, Inc. | Spero Fund I, LP | Spero Ventures<br>1325 Howard Ave. #923<br>Burlingame CA 94010 | 50% |
| | Rethink Education Seed, L.P. | 707 Westchester Avenue,<br>Suite 401,<br>White Plains, NY 10604 | 24.9% |
| | SB Opportunity Fund LLC | 600 Brickell Avenue, Suite 2650<br>Miami, FL 33131 | 10.4% |
| | Potencia Ventures | 2nd Floor, The Grand Pavilion Commercial Center<br>802 West Bay Road<br>P.O. Box 10338<br>Grand Cayman KY1-1003 | 4.3% |
| | Alumni Ventures Group - AllHere Trust A | Alumni Ventures Group<br>70 Federal Street 6th Floor<br>Boston, MA 02110 | 4% |
| | Gratitude Railroad Ventures, LLC | 5651 N. Aspenleaf Drive<br>Park City, UT 84098 | 2.3% |
| | Operator Collective Fund, L.P. | P.O. Box 620733<br>Woodside, CA 94062 | 1.8% |
| | Toby Brzoznowski | 1035 Martin Pl<br>Ann Arbor, MI 48104 | 1.8% |
| | Boston Impact Initiative | P.O. Box 300443<br>Jamaica Plain, MA 02130 | >1% |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| AllHere Education, Inc., | Case No. 24-_____ (____) |
| Debtor.[1] | |

### DISCLOSURE OF ATTORNEY COMPENSATION FOR DEBTOR

1.      Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that my firm, Young Conaway Stargatt & Taylor, LLP ("YCST"), is counsel for the above-captioned debtor (the "Debtor") and that compensation paid to YCST within one year before the filing of the petition in bankruptcy, or agreed to be paid to YCST, for services rendered or to be rendered on behalf of the Debtor in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, YCST has agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . $50,000.00

    Prior to the filing of this statement YCST has received . . . . . . . . . . . . . . . . . $50,000.00

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $0.00

2.      The source of the compensation paid to YCST was Debtor AllHere Education, Inc.

3.      YCST has not agreed to share the above-disclosed compensation with any other person, unless they are a partner, counsel, or associate of YCST.

4.      In return for the above-disclosed fee, YCST has agreed to pay the filing fees required to commence this bankruptcy case and has further agreed to render legal services relating to this bankruptcy case, including:

---

[1] The Debtor in this chapter 7 case, along with the last four digits of the Debtor's federal taxpayer identification number is: AllHere Education, Inc. (0577). The location of the Debtor's service address is: 177 Huntington Ave., Suite 1705, PMB #28939, Boston, MA 02115.

28623969.1

a. Analyzing the Debtor's financial situation, and rendering advice to the Debtor in determining whether to file bankruptcy a petition:

b. Preparing and filing a voluntary petition in bankruptcy and certain other documents that may be required; and

c. Representing the Debtor at the meeting of creditors, and any adjourned hearings thereof.

5. By agreement with the Debtor, the above-disclosed fee does not include the representation of the Debtor in adversary proceedings and other contested bankruptcy matters, nor does it include any future non-bankruptcy representation.

## **CERTIFICATION**

I hereby certify that the foregoing is a complete statement of any agreement or arrangement for payment to YCST for representation of the Debtor in this bankruptcy proceeding.

Dated: August 13, 2024
      Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Joseph M. Mulvihill*
Joseph M. Mulvihill (Del. Bar No.6061)
Andrew A. Mark (Del. Bar No.6861)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
jmulvihill@ycst.com
amark@ycst.com

*Counsel to the Debtor*

28623969.1

**Fill in this information to identify the case:**

Debtor name: **AllHere Education, Inc.**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration   **Corporate Ownership Statement**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **08/13/2024**      X **/s/ Andrew Parker**
                                    Signature of individual signing on behalf of debtor

                                    **Andrew Parker**
                                    Printed name

                                    **Director**
                                    Position or relationship to debtor