**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| AllHere Education, Inc., | Case No. 24-11841 (_____) |
| Debtor.[1] | |

## DECLARATION CONCERNING LIST OF CREDITORS AND CREDITOR MATRIX

I, Andrew Parker, being a member of the board of directors and the secretary of the above-captioned debtor (the "Debtor"), declare under penalty of perjury that I have reviewed the List of Creditors submitted herewith, pursuant to Rule 1007-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware, containing the complete list of creditors of the Debtor, and hereby verify that the information contained therein is complete, true and correct to the best of my knowledge.

The information contained in the List of Creditors is based on a review of the Debtor's books and records; the Debtor has not completed a comprehensive legal and/or factual investigation with regard to possible defenses to any claims of the potential claimants included in the List of Creditors. In addition, certain of the entities included in the List of Creditors may not hold outstanding claims as of the date hereof, and thus may not be creditors of the Debtor for purposes of this chapter 7 case, but are included herein for notice purposes out of an abundance of caution. Therefore, the List of Creditors does not and should not be deemed to constitute: (1) an acknowledgement that any person or entity listed currently holds a claim against the Debtor; (2) an acknowledgement of the allowability, in whole or in part, of any claim asserted by any person

---

[1] The Debtor in this chapter 7 case, along with the last four digits of the Debtor's federal taxpayer identification number is: AllHere Education, Inc. (0577). The location of the Debtor's service address is: 177 Huntington Ave., Suite 1705, PMB #28939, Boston, MA 02115.

or entity listed; or (3) a waiver of any right or legal position of the Debtor.

Date:  August 13, 2024

AllHere Education, Inc.,

*/s/ Andrew Parker*

Andrew Parker
Director and Secretary

ABC Educational Consulting Group
10572 Regatta Ridge Rd.
Boynton Beach, FL 33473

Animated Intelligences
2800 Neilson Way, 1616
Santa Monica, CA 90405

AWS - Amazon Web Services
Seattle, WA 98124

Brex
650 S 500 W
Suite 209
Salt Lake City, UT 84101

Cincinnati School District
2651 Burnet Ave.
Cincinnati, OH 45217

Clever
575 Market Street, Suite 1850
San Francisco, CA 94105

Dade Association of School Admin
1498 Northease 2nd Avenue
Suite 200
Miami, FL 33132

Day Pitney
PO Box 935743
Atlanta, GA 31193

Debra Kerr LLC
6101 Hancock Road
Fort Lauderdale, FL 33330

DGD Communications
3325 Soutwest 20th Street
Miami, FL 33145

East Baton Rouge
1050 S. Foster Dr.
Baton Rouge, LA 70806

EDSolutions
301 W. 118th Street PH1D
New York, NY 10026

Exbo Group

305 7th Avenue
Suite 1901
New York, NY 10001

Florida School Services
9737 NW 41st Street
Box 359
Miami, FL 33178

Folly Ventures
4 Phillips Place 2
Somerville, MA 02143

Foundation for Rural Education
PO Box 756
Palatka, FL 32178

Georgia School Board Association
5120 Sugarload Parkway
Lawrenceville, GA 30043

Greater Florida Consortium
Florida Schools Services, Inc.
9737 NW 41st Street
Miami, FL 33178

Gunderson Dettmer
550 Allerton St.
Redwood City, CA 94063

Guyatu Bati
113 Jacob Dr.
Mankato, MN 56001

Harbinger Systems Private Limited
139 Siddhant, Survey No 97/6 Off Paud Ro
Kothrud Pune, KY 41103-8000

IRS
Ogden, UT 84201

KEH Communications
504 Balt.-Annapolis Blvd., Ste 6
Severna Park, MD 21146

Los Angeles United School District
333 South Beaudry Ave.
Los Angeles, CA 90017

Mary Nelson

5252 Finisterre Drive
Panama City, FL 32408

Massachusetts Franchise Tax

Massena Central
84 Nightengale Ave.
Massena, NY 13662

MECA Education Comm of States
PO Box 33674
Denver, CO 80233

Miami Dade
1450 N.E. Second Ave.
Suite 912
Miami, FL 33132

National Coalition on Education Equity
11856 Balboa Blvd
Suite 228
Granada Hills, CA 91344

Prince Georges County
Sasscer Administration Bldg.
14201 School Lane
Upper Marlboro, MD 20772

ReThink Education II L.P.
707 Westchester Ave.
Suite 401
White Plains, NY 10604

ReThink Education III L.P.
707 Westchester Ave
#401
White Plains, NY 10604

ReThink Education Seed L.P.
707 Westchester Ave.
Suite 401
White Plains, NY 10604

Richard Kerr
3386 W 104th St
Hialeah, FL 33018

Spero Fund I, LP
1325 Howard Ave. #923
Burlingame, CA 94010

Statista, Inc.
3 World Trade Center
175 Greenwich Street
36th Floor
New York, NY 10007

Svitia Systems
100 Meadowcreek Dr. Ste 102
Corte Madera, CA 94925

Tech Breakthrough
22 Corte Vidriosa
San Clemente, CA 92673

Union Local School District
66779 Belmont Morristown Road
Belmont, OH 43718

University View Academy
3113 Valley Creek Dr.
Baton Rouge, LA 70808

Weehawken NJ
53 Liberty Place
Weehawken, NJ 07086

Whiteboard Advisors
1000 Potomac St NW Suite 150
Washington, DC 20007

Wicked Sage
12721 Oak Farms Dr
Herndon, VA 20171

Wolf, Greenfield, Sacks PC
600 Atlantic Ave.
Boston, MA 02210

Ypsilanti Community School District
1885 Packard Road
Ypsilanti, MI 48197

ABC Educational Consulting Group LLC
10572 Regatta Ridge Rd
Boynton Beach, FL 33473

Adib, Taha
15 Spruce St
Roslyn, NY 11576

Animated Intelligences
2800 Neilson Way #1616
Santa Monica, CA 90405

Arnold, Jordan
424 E 36th St #543
Charlotte, NC 28205

Attoh, Emmanuel
55 Trumbull St
Apt 703
Hartford, CT 06103

Banks, Mikaela
2 Silk Tree Pl
Hampton, VA 23666

Bati, Guyatu
113 Jacob Dr
Mankato, MN 56001

BioCIO
330 E 33rd St 12M
New York, NY 10016

Brown, Keith
4204 Lucerne St
Metairie, LA 70006

Buckner, Tony
115 Stonehouse Rd
Glen Ridge, NJ 07028

Chu, Po-ling (Bryan)
5643 206th St
Oakland Gardens, NY 11364


DGD Communications
3325 SW 20th St
Miami, FL 33145

Ehlert, Anke
108 E 82nd St 2C
New York, NY 10028

First Step Advisors
1004 Woodland Way

Clarks Summit, PA 18411

Florida School Services
9737 NW 41st St Ste. 359
Doral, FL 33178

Grant, Shadarra
3512 Valley Chase Ct
Lithonia, GA 30038

Grove, Keiko
10097 Mountain Rd
Mill Creek, PA 17060

Hattabaugh II, Mark
12843 Spring Lake Dr
Cooper City, FL 33330

Jackson, Toby
178 E Hanover Ave 103-133
Cedar Knolls, NJ 07927

Kerr, Debra
6101 SW 148 Ave
Southwest Ranches, FL 33330

Lecompte, Liz
46 Norwood Avenue
1
Buffalo, NY 14222

Maddox, Griffin
6612 Shedden Rd
Greenbrier, TN 37073

Mayle, Ava
1502 E Sumner Ave
Indianapolis, IN 46227

Moore, Alicen
1307 Hickory Trace Dr
Greensboro, NC 27407

O'Brien, Maureen
330 East 33rd Street, 12M
New York, NY 10016

Pantaleon, Elizabeth

4143 SW 65th Ave
Davie, FL 33314

Patel, Karan
10895 Holman Ridge Road
Glen Allen, VA 23059

Polling, Owen
720 Rainbow Dr NW
Lancaster, OH 43130

Posner, Bethany
2 Garrison Farms Court
Pikesville, MD 21208

Rhodes, Christian
502 Dennis Magruder Dr
Upper Marlboro, MD 20774

Rodriguez, Marvict J
1937 Panama Drive
APT 7
Sarasota, FL 34234

Salzwedel, Andrew
76 DOONBEG DR
FUQUAY VARINA, NC 27526

Sangary, Raquel
4419 Stonefield Dr
Orlando, FL 32826

Skylar, Jess
4316 Guardia Ave.
Los Angeles, CA 90032

Sloan, Julie
12813 97th Ave NE
Kirkland, WA 98034

Smith, Preston
5222 Buffington Rd.
El Monte, CA 91732

Smith, Shakyna
1023 49th St
Norfolk, VA 23508

Suazo Taylor, Destiny
8960 NW
21st Street
Pembroke Pines, FL 33024

The Pinkney Group LLC
201 S Warren St
Mobile, AL 36602

Tolefree, Davione
4305 S Harlem Ave Apt 2
Berwyn, IL 60402

Torres, Yohan
Rio Grande Canyon Loop
Poinciana, FL, 34759

Turner, Kia
7420 Troost Avenue
NUM 16254
Kansas City, MO 64131

Vargas, Gus
604 Antebellum Way
Collierville, TN 38017

Watkins, Lauren
66 Orchard St
Unit 1
Cambridge, MA 02140

Wellington Lynn, LLC
8327 NW 26th Court
Cooper City, FL 33024

Young, Diego
9 Bowling Dr
Oakland, CA 94618

Zuniga, Tanner
110 Yvonne Ct
Goodlettsville, TN 37072

Department of Labor Industries
PO Box 44171
Olympia, WA 98504-4171

The TSB Group
811 Wilshire Boulevard 17th Floor
Unit 548

Los Angeles, CA 90017

ERDI Partners Inc
PO Box 551
Highwood, IL 60040

Svitla Systems, Inc.
100 Meadowcreek Dr.  Ste 102
Corte Madera, CA 94925

New York State Workers Compensation  Board
328 State Street
Room 331
Schenectady, NY 12305

Redfish Technology
416 South Main St
Suite 201
Hailey, ID 83333

C Ward Consulting LLC
2634 Rose Ave
South Lake Tahoe, CA 96150

K1 Investment Management
875 Manhattan Beach Blvd
Manhattan Beach, AL 90266

Greater Florida Consortium of School Boards
Florida School Services, Inc.
9737 NW 41st Street
Doral, FL 33178

Harbinger Systems Inc
16770 NE,
79th Street, Suite 106
Redmond, WA 98052

HubSpot
PO Box 419842
Boston, MA 2241

Clark County School District
4212 Eucalyptus Ave, Bldg. 8
Attn: Community Engagement
Las Vegas, NV 89121

Life Labs Learning
P.O.  Box 22202
New York, NY 10087-2202

BPAA
11012 Boston Dr.
Cooper City, FL 33026

Taren E Bradley
3111 Burning Springs Road
Apartment 3A
Laurel, MD 20724

School Superintendents Of Alabama
534 Adams Avenue
Montgomery, AL 36104

1EdTech Consortium, Inc.
801 International Parkway
5th Floor, PMB #112
Lake Mary, FL 32746

SWPR Group
19714 Sunshine Way
Bend, OR 97702

Board of Education of Prince George's County
14201 school lane
Room 130
upper marlboro, MD 20772

Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210-2600

LRP CONFERENCES, LLC
360 Hiatt Drive
Palm Beach Gardens, FL, FL 33418

300 Morris Street Tenant LLC
PO Box 309, Ugland House
Grand Caymen,  KY1-1104

RYE Consulting
3611 Lipan Street
Denver, CO 80211

Revenue Ops LLC
67 Agnes Drive
Framingham, MA 1701

EdWeb LLC
50 Vreeland Drive - Suite 1

Skillman, NJ 8558

Wolf, Greenfield Sacks PC
600 Atlantic Avenue
Boston, MA 02210-2206

Amazon Web Services
2121 7th Avenue
SEA41
Los Angeles, CA 90018

Agile Education Marketing LLC
700 17th Street, #2250
Denver, CO 80202

Attendance Works
1000 Broadway
Suite 480
Oakland, CA 94607

Leoni Consulting Group Llc
238 Woodward Ave
Apt. 2
Sausalito, CA 94965

Exbo Group
377 1st Street
Unit 2
Brooklyn, NY 11215

Sedgwick Street Partners, LLC
2500 South Court
Palo Alto, CA 94301

PR Newswire
602 Plaza Three
Harborside Financial Center
Jersey City, NJ 7311

Exbo Group
305 7th Avenue
Suite 1901
New York, NY 10001

Folly Ventures
4 Phillips Place
Somerville, MA 2143

Sedgwick Street Partners LLC
4743 Kincross Ct

Boulder, CO 80301

Massena Central School District
84 Nightengale Avenue
Massena, NY 13662

Winning By Design
650 CASTRO STREET, Suite 120-252
Bldg 4, Ste 210
MOUNTAIN VIEW, CA 94041

Gunderson Dettmer
550 Allerton St.
Redwood City, CA 94063

AASA
1615 DUKE ST
Alexandria, VA 22314

Salesforce.com
PO Box No. 203141
Dallas, TX 75320-3141

Obility Consulting Inc
PO Box 2393
Lake Oswego, OR 97035

Capitol Tech Solutions
2830 G Street
Suite 200
Sacramento, CA 95816

Romano & Associates
228 Park Ave S
94676
New York, NY 10003

Editorial Projects in Education Inc
Education Week
6935 Arlington Road
Bethesda, MD 20814-5233

Jackson-Price Consulting Services Inc
47 W Polk, Unit 174
Chicago, IL 60605

Debra Kerr LLC
6101 Hancock Road
Southwest Ranches, FL 33330

ZoomInfo Technologies LLC
805 Broadway Street
Suite 900
Vancouver, WA 98660

Skaled Consulting
823 Congress Ste 1550
Austin, TX 78701

Npn360
2801 Lakeside Drive
Ste 110
Bannockburn, IL 60015

Street LLC
3310 Central St
Evanston, IL 60201

Department of Treasury
P.O. Box 9941
Stop 5500
Ogden, UT 84409

CT Corporation
CT Corporation
208 S. LaSalle Street, Chicago, IL
Carol Stream, IL 60604

Dade Association of School Administrators
1498 Northeast 2nd Avenue
Suite 200
Miami, FL 33132

Wicked Sage, LLC
12721 Oak Farms Dr
Oak Hill, VA 20171

Friends of AALA
1910 Sunset Boulevard
Suite 410
Los Angeles, CA 90026

Alliance for Public Schools Foundation Inc.
5810 Falconcreek Place
Lithia, FL 33547

Institute For Education Innovation
46 Woodbine Avenue
Suite 4
Northport, NY 11768

Outreach Corporation
333 Elliot Ave W Suite 500
Seattle, WA 98119

Florida Department of Revenue
1415 West US Highway 90
STE 115
Lake City, FL 32055-6156

True Capital Partners
56 N Haddon Avenue
Haddonfield, NJ 8033

Nothing But Education
5071 Lake Bluff Road
West Bloomfield, MI 48323

Robots and Pencils
1215 Superior Avenue
Ste M25
Cleveland, OH 44114

Clever
575 Market Street
suite 1850
San Francisco, CA 94105

Gulf Coast Challenge
PO Box 41014
Mobile, AL 36640

The Pinkney Group
201 South Warren Street
Mobile, AL 36602

Marengo Community High School
110 Franks Road
Marengo, IL 60152

Leadership on Demand in Demand
555 South Goddard Boulevard
Apt. 131
King of Prussia, PA 19406

Key Biscayne Community Foundation
240 Crandon Boulevard
Key Biscayne, FL 33149

Lede Ventures LLC

1515 Vancouver Avenue
Burlingame, CA 94010

BCBS Florida Blue
1501 North Plano Road
Suite 100
Attn: Lockbox Dept 660299
Richardson, TX 75081

Andela
580 Fifth Ave Suite 820
New York, NY 10036

Watco Marketing Services
66 Orchard Street
Unit 1
Cambridge, MA 2140

Fearless Inside
7114 Eagles Nest Lane
Huntersville, NC 28078

Shepard
1424 Hills Place Northwest
Atlanta, GA 30318

SIIA
P.O. Box 34340
Washington, DC 20043

Magnolia Bluebird Design + Events
16047 Comprint Circle
Gaithersburg, MD 20877

University of Chicago
1212 East 59th Street
Chicago, IL 60637

EdSolutions LLC
301 W. 118th Street
PH1D
New York, NY 10026

DGD Communications
3325 Southwest 20th Street
Miami, FL 33145

Observation Group
641 Fulton Avenue
STE 200

Sacramento, CA 95825

Urban Superintendent Collaborative Inc.
331 Community Center Avenue
Gaithersburg, MD 20878

Rhodes Strategy Group
502 Dennis Magruder Drive
Upper Marlboro, MD 20774

The Only Agency Inc.
20 West 22nd Street
Suite 905
New York, NY 10010

Hazel Health Inc
8300 Esters Boulevard
Irving, TX 75063

EdWeek Market Brief
6935 Arlington Road
Ste 100
Bethesda, MD 20814

Heartland Educational Consortium
1096 US Highway 27
Lake Placid, FL 33852

Talkjs
1 Bogert
Eindhoven,  5612 LX

Apify Technologies
Vodickova 704/36, 11000 Prague 1 czech republic
prague,  11000

Files.com
PO Box 8101
Carol Stream, IL 60197

Tech Breakthrough
22 Corte Vidriosa
San Clemente, CA 92673

Openai LLc
548 Market Street Pmb 97273
San Francisco, CA 94104-5401

Foundation for New Education Initiatives, Inc.
1450 Northeast 2nd Avenue

Suite 315
Miami, FL 33132

JASON Learning
44983 Knoll Square Suite 150
Ashburn, VA 20147

FloridaLearns Foundation
PO Box 243
Chipley, FL 32428

Goodwin Procter LLP
53 State Street
Exchange Place
Boston, MA 2109

Harvesting Hope
16200 Southwest 285th Street
Homestead, FL 33033

Region 19 Education Service Center
6611 Boeing Drive
El Paso, TX 799251010

FASFEPA
PO Box 64
Brooksville, FL 34605

Axis Learning Group
416 Washington Ave
Montclair, NJ 7042

Action Verb LLC
Po Box 8101
Carol Stream, IL 60197

ABC Educational Consulting Group LLC
10572 Regatta Ridge Rd.
Boynton Beach, FL 33473

GEORGIA SCHOOL SUPERINTENDENTS ASSOCIATION
9 Jefferson Street
Newnan, GA 30263

Georgia School Boards Association
5120 Sugarloaf Parkway
Lawrenceville, GA 30043

Butler County Educational Service Center
400 North Erie Blvd

Hamilton, OH 45011

KEH Communications
504 Balt.-Annapolis Blvd., Ste 6
Severna Park, MD 21146

California Association of African American
11856 Balboa Blvd. 228
Granada Hills, CA 91344

Exquisite Catering By Robert Inc.
1800 NE 150th St
North Miami, FL 33181

Animated Intelligences, LLC
2800 Neilson Way
Unit 1616
Santa Monica, CA 90405

First District RESA
149 South Register Street
P.O. Box 1218
Metter, GA 30439

Harbinger Systems Private Limited
139 Siddhant, Survey
No 97/6 Off Paud Road Kothrud
Pune, MH 411038

Whiteboard Advisors
1000 Potomac St NW Suite 150
Washington, DC 20007

AMC Theatres
13731 Collections Center Drive
Chicago, IL 60693

Burbank Printing
3131 W. Burbank Boulevard
Burbank, CA 91505

ILO Group
10 Dorrance Street, Suite 700 #15561
Providence, RI 2903

GeoEvent, LLC
7139 Hazeltine Avenue apt. 217
Los Angeles, CA 91405

Carbide Secure Inc.

92 Hillcrest dr
Sydney,  B1R1V2

Statista, Inc
3 World Trade Center
175 Greenwich Street, 36th Floor
New York, NY 10007

Los Angeles Unified School District Education Foundation
333 South Beaudry Avenue
Los Angeles, CA 90017

Foundation for Rural Education Excellence, Inc.
P.O. Box 756
Palatka, FL 32178

Education Commission of the States
PO Box 33674
Northglenn, CO 80233

MECA
1501 Northeast 2nd Avenue
SBAB Annex Room 409G
Miami, FL 33132

National Coalition on Education Equity
11856 Balboa Blvd Suite 228
Granada Hills, CA

Disney Destinations
Po Box 733100
Dallas, TX 75373

Be Light and Love, LLC
1400 Saint Charles Place
Arbor #303
Pembroke Pines, FL 33026

Marengo Community Pharmacy
20015 East Grant Highway
Marengo, IL 60152

Twilio
375 Beale Street
Suite 300
San Francisco, CA 94105

ABC Educational Consulting Group
10572 Regatta Ridge Rd.
Boynton Beach, FL 33473

Animated Intelligences
2800 Neilson Way, 1616
Santa Monica, CA 90405

AWS - Amazon Web Services
Seattle, WA 98124

Brex
650 S 500 W
Suite 209
Salt Lake City, UT 84101

Cincinnati School District
2651 Burnet Ave.
Cincinnati, OH 45217

Clever
575 Market Street, Suite 1850
San Francisco, CA 94105

Dade Association of School Admin
1498 Northease 2nd Avenue
Suite 200
Miami, FL 33132

Day Pitney
PO Box 935743
Atlanta, GA 31193

Debra Kerr LLC
6101 Hancock Road
Fort Lauderdale, FL 33330

DGD Communications
3325 Soutwest 20th Street
Miami, FL 33145

East Baton Rouge
1050 S. Foster Dr.
Baton Rouge, LA 70806

EDSolutions
301 W. 118th Street PH1D
New York, NY 10026

Exbo Group

305 7th Avenue
Suite 1901
New York, NY 10001

Florida School Services
9737 NW 41st Street
Box 359
Miami, FL 33178

Folly Ventures
4 Phillips Place 2
Somerville, MA 02143

Foundation for Rural Education
PO Box 756
Palatka, FL 32178

Georgia School Board Association
5120 Sugarload Parkway
Lawrenceville, GA 30043

Greater Florida Consortium
Florida Schools Services, Inc.
9737 NW 41st Street
Miami, FL 33178

Gunderson Dettmer
550 Allerton St.
Redwood City, CA 94063

Guyatu Bati
113 Jacob Dr.
Mankato, MN 56001

Harbinger Systems Private Limited
139 Siddhant, Survey No 97/6 Off Paud Ro
Kothrud Pune, KY 41103-8000

IRS
Ogden, UT 84201

KEH Communications
504 Balt.-Annapolis Blvd., Ste 6
Severna Park, MD 21146

Los Angeles United School District
333 South Beaudry Ave.
Los Angeles, CA 90017

Mary Nelson

5252 Finisterre Drive
Panama City, FL 32408

Massachusetts Franchise Tax

Massena Central
84 Nightengale Ave.
Massena, NY 13662

MECA Education Comm of States
PO Box 33674
Denver, CO 80233

Miami Dade
1450 N.E. Second Ave.
Suite 912
Miami, FL 33132

National Coalition on Education Equity
11856 Balboa Blvd
Suite 228
Granada Hills, CA 91344

Prince Georges County
Sasscer Administration Bldg.
14201 School Lane
Upper Marlboro, MD 20772

ReThink Education II L.P.
707 Westchester Ave.
Suite 401
White Plains, NY 10604

ReThink Education III L.P.
707 Westchester Ave
#401
White Plains, NY 10604

ReThink Education Seed L.P.
707 Westchester Ave.
Suite 401
White Plains, NY 10604

Richard Kerr
3386 W 104th St
Hialeah, FL 33018

Spero Fund I, LP
1325 Howard Ave. #923
Burlingame, CA 94010

Statista, Inc.
3 World Trade Center
175 Greenwich Street
36th Floor
New York, NY 10007

Svitia Systems
100 Meadowcreek Dr. Ste 102
Corte Madera, CA 94925

Tech Breakthrough
22 Corte Vidriosa
San Clemente, CA 92673

Union Local School District
66779 Belmont Morristown Road
Belmont, OH 43718

University View Academy
3113 Valley Creek Dr.
Baton Rouge, LA 70808

Weehawken NJ
53 Liberty Place
Weehawken, NJ 07086

Whiteboard Advisors
1000 Potomac St NW Suite 150
Washington, DC 20007

Wicked Sage
12721 Oak Farms Dr
Herndon, VA 20171

Wolf, Greenfield, Sacks PC
600 Atlantic Ave.
Boston, MA 02210

Ypsilanti Community School District
1885 Packard Road
Ypsilanti, MI 48197

ABC Educational Consulting Group LLC
10572 Regatta Ridge Rd
Boynton Beach, FL 33473

Adib, Taha
15 Spruce St
Roslyn, NY 11576

Animated Intelligences
2800 Neilson Way #1616
Santa Monica, CA 90405

Arnold, Jordan
424 E 36th St #543
Charlotte, NC 28205

Attoh, Emmanuel
55 Trumbull St
Apt 703
Hartford, CT 06103

Banks, Mikaela
2 Silk Tree Pl
Hampton, VA 23666

Bati, Guyatu
113 Jacob Dr
Mankato, MN 56001

BioCIO
330 E 33rd St 12M
New York, NY 10016

Brown, Keith
4204 Lucerne St
Metairie, LA 70006

Buckner, Tony
115 Stonehouse Rd
Glen Ridge, NJ 07028

Chu, Po-ling (Bryan)
5643 206th St
Oakland Gardens, NY 11364


DGD Communications
3325 SW 20th St
Miami, FL 33145

Ehlert, Anke
108 E 82nd St 2C
New York, NY 10028

First Step Advisors
1004 Woodland Way

Clarks Summit, PA 18411

Florida School Services
9737 NW 41st St Ste. 359
Doral, FL 33178

Grant, Shadarra
3512 Valley Chase Ct
Lithonia, GA 30038

Grove, Keiko
10097 Mountain Rd
Mill Creek, PA 17060

Hattabaugh II, Mark
12843 Spring Lake Dr
Cooper City, FL 33330

Jackson, Toby
178 E Hanover Ave 103-133
Cedar Knolls, NJ 07927

Kerr, Debra
6101 SW 148 Ave
Southwest Ranches, FL 33330

Lecompte, Liz
46 Norwood Avenue
1
Buffalo, NY 14222

Maddox, Griffin
6612 Shedden Rd
Greenbrier, TN 37073

Mayle, Ava
1502 E Sumner Ave
Indianapolis, IN 46227

Moore, Alicen
1307 Hickory Trace Dr
Greensboro, NC 27407

O'Brien, Maureen
330 East 33rd Street, 12M
New York, NY 10016

Pantaleon, Elizabeth

4143 SW 65th Ave
Davie, FL 33314

Patel, Karan
10895 Holman Ridge Road
Glen Allen, VA 23059

Polling, Owen
720 Rainbow Dr NW
Lancaster, OH 43130

Posner, Bethany
2 Garrison Farms Court
Pikesville, MD 21208

Rhodes, Christian
502 Dennis Magruder Dr
Upper Marlboro, MD 20774

Rodriguez, Marvict J
1937 Panama Drive
APT 7
Sarasota, FL 34234

Salzwedel, Andrew
76 DOONBEG DR
FUQUAY VARINA, NC 27526

Sangary, Raquel
4419 Stonefield Dr
Orlando, FL 32826

Skylar, Jess
4316 Guardia Ave.
Los Angeles, CA 90032

Sloan, Julie
12813 97th Ave NE
Kirkland, WA 98034

Smith, Preston
5222 Buffington Rd.
El Monte, CA 91732

Smith, Shakyna
1023 49th St
Norfolk, VA 23508

Suazo Taylor, Destiny
8960 NW
21st Street
Pembroke Pines, FL 33024

The Pinkney Group LLC
201 S Warren St
Mobile, AL 36602

Tolefree, Davione
4305 S Harlem Ave Apt 2
Berwyn, IL 60402

Torres, Yohan
Rio Grande Canyon Loop
Poinciana, FL, 34759

Turner, Kia
7420 Troost Avenue
NUM 16254
Kansas City, MO 64131

Vargas, Gus
604 Antebellum Way
Collierville, TN 38017

Watkins, Lauren
66 Orchard St
Unit 1
Cambridge, MA 02140

Wellington Lynn, LLC
8327 NW 26th Court
Cooper City, FL 33024

Young, Diego
9 Bowling Dr
Oakland, CA 94618

Zuniga, Tanner
110 Yvonne Ct
Goodlettsville, TN 37072

Department of Labor Industries
PO Box 44171
Olympia, WA 98504-4171

The TSB Group
811 Wilshire Boulevard 17th Floor
Unit 548

Los Angeles, CA 90017

ERDI Partners Inc
PO Box 551
Highwood, IL 60040

Svitla Systems, Inc.
100 Meadowcreek Dr.  Ste 102
Corte Madera, CA 94925

New York State Workers Compensation  Board
328 State Street
Room 331
Schenectady, NY 12305

Redfish Technology
416 South Main St
Suite 201
Hailey, ID 83333

C Ward Consulting LLC
2634 Rose Ave
South Lake Tahoe, CA 96150

K1 Investment Management
875 Manhattan Beach Blvd
Manhattan Beach, AL 90266

Greater Florida Consortium of School Boards
Florida School Services, Inc.
9737 NW 41st Street
Doral, FL 33178

Harbinger Systems Inc
16770 NE,
79th Street, Suite 106
Redmond, WA 98052

HubSpot
PO Box 419842
Boston, MA 2241

Clark County School District
4212 Eucalyptus Ave, Bldg. 8
Attn: Community Engagement
Las Vegas, NV 89121

Life Labs Learning
P.O.  Box 22202
New York, NY 10087-2202

BPAA
11012 Boston Dr.
Cooper City, FL 33026

Taren E Bradley
3111 Burning Springs Road
Apartment 3A
Laurel, MD 20724

School Superintendents Of Alabama
534 Adams Avenue
Montgomery, AL 36104

1EdTech Consortium, Inc.
801 International Parkway
5th Floor, PMB #112
Lake Mary, FL 32746

SWPR Group
19714 Sunshine Way
Bend, OR 97702

Board of Education of Prince George's County
14201 school lane
Room 130
upper marlboro, MD 20772

Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210-2600

LRP CONFERENCES, LLC
360 Hiatt Drive
Palm Beach Gardens, FL, FL 33418

300 Morris Street Tenant LLC
PO Box 309, Ugland House
Grand Caymen,  KY1-1104

RYE Consulting
3611 Lipan Street
Denver, CO 80211

Revenue Ops LLC
67 Agnes Drive
Framingham, MA 1701

EdWeb LLC
50 Vreeland Drive - Suite 1

Skillman, NJ 8558

Wolf, Greenfield Sacks PC
600 Atlantic Avenue
Boston, MA 02210-2206

Amazon Web Services
2121 7th Avenue
SEA41
Los Angeles, CA 90018

Agile Education Marketing LLC
700 17th Street, #2250
Denver, CO 80202

Attendance Works
1000 Broadway
Suite 480
Oakland, CA 94607

Leoni Consulting Group Llc
238 Woodward Ave
Apt. 2
Sausalito, CA 94965

Exbo Group
377 1st Street
Unit 2
Brooklyn, NY 11215

Sedgwick Street Partners, LLC
2500 South Court
Palo Alto, CA 94301

PR Newswire
602 Plaza Three
Harborside Financial Center
Jersey City, NJ 7311

Exbo Group
305 7th Avenue
Suite 1901
New York, NY 10001

Folly Ventures
4 Phillips Place
Somerville, MA 2143

Sedgwick Street Partners LLC
4743 Kincross Ct

Boulder, CO 80301

Massena Central School District
84 Nightengale Avenue
Massena, NY 13662

Winning By Design
650 CASTRO STREET, Suite 120-252
Bldg 4, Ste 210
MOUNTAIN VIEW, CA 94041

Gunderson Dettmer
550 Allerton St.
Redwood City, CA 94063

AASA
1615 DUKE ST
Alexandria, VA 22314

Salesforce.com
PO Box No. 203141
Dallas, TX 75320-3141

Obility Consulting Inc
PO Box 2393
Lake Oswego, OR 97035

Capitol Tech Solutions
2830 G Street
Suite 200
Sacramento, CA 95816

Romano & Associates
228 Park Ave S
94676
New York, NY 10003

Editorial Projects in Education Inc
Education Week
6935 Arlington Road
Bethesda, MD 20814-5233

Jackson-Price Consulting Services Inc
47 W Polk, Unit 174
Chicago, IL 60605

Debra Kerr LLC
6101 Hancock Road
Southwest Ranches, FL 33330

ZoomInfo Technologies LLC
805 Broadway Street
Suite 900
Vancouver, WA 98660

Skaled Consulting
823 Congress Ste 1550
Austin, TX 78701

Npn360
2801 Lakeside Drive
Ste 110
Bannockburn, IL 60015

Street LLC
3310 Central St
Evanston, IL 60201

Department of Treasury
P.O. Box 9941
Stop 5500
Ogden, UT 84409

CT Corporation
CT Corporation
208 S. LaSalle Street, Chicago, IL
Carol Stream, IL 60604

Dade Association of School Administrators
1498 Northeast 2nd Avenue
Suite 200
Miami, FL 33132

Wicked Sage, LLC
12721 Oak Farms Dr
Oak Hill, VA 20171

Friends of AALA
1910 Sunset Boulevard
Suite 410
Los Angeles, CA 90026

Alliance for Public Schools Foundation Inc.
5810 Falconcreek Place
Lithia, FL 33547

Institute For Education Innovation
46 Woodbine Avenue
Suite 4
Northport, NY 11768

Outreach Corporation
333 Elliot Ave W Suite 500
Seattle, WA 98119

Florida Department of Revenue
1415 West US Highway 90
STE 115
Lake City, FL 32055-6156

True Capital Partners
56 N Haddon Avenue
Haddonfield, NJ 8033

Nothing But Education
5071 Lake Bluff Road
West Bloomfield, MI 48323

Robots and Pencils
1215 Superior Avenue
Ste M25
Cleveland, OH 44114

Clever
575 Market Street
suite 1850
San Francisco, CA 94105

Gulf Coast Challenge
PO Box 41014
Mobile, AL 36640

The Pinkney Group
201 South Warren Street
Mobile, AL 36602

Marengo Community High School
110 Franks Road
Marengo, IL 60152

Leadership on Demand in Demand
555 South Goddard Boulevard
Apt. 131
King of Prussia, PA 19406

Key Biscayne Community Foundation
240 Crandon Boulevard
Key Biscayne, FL 33149

Lede Ventures LLC

1515 Vancouver Avenue
Burlingame, CA 94010

BCBS Florida Blue
1501 North Plano Road
Suite 100
Attn: Lockbox Dept 660299
Richardson, TX 75081

Andela
580 Fifth Ave Suite 820
New York, NY 10036

Watco Marketing Services
66 Orchard Street
Unit 1
Cambridge, MA 2140

Fearless Inside
7114 Eagles Nest Lane
Huntersville, NC 28078

Shepard
1424 Hills Place Northwest
Atlanta, GA 30318

SIIA
P.O. Box 34340
Washington, DC 20043

Magnolia Bluebird Design + Events
16047 Comprint Circle
Gaithersburg, MD 20877

University of Chicago
1212 East 59th Street
Chicago, IL 60637

EdSolutions LLC
301 W. 118th Street
PH1D
New York, NY 10026

DGD Communications
3325 Southwest 20th Street
Miami, FL 33145

Observation Group
641 Fulton Avenue
STE 200

Sacramento, CA 95825

Urban Superintendent Collaborative Inc.
331 Community Center Avenue
Gaithersburg, MD 20878

Rhodes Strategy Group
502 Dennis Magruder Drive
Upper Marlboro, MD 20774

The Only Agency Inc.
20 West 22nd Street
Suite 905
New York, NY 10010

Hazel Health Inc
8300 Esters Boulevard
Irving, TX 75063

EdWeek Market Brief
6935 Arlington Road
Ste 100
Bethesda, MD 20814

Heartland Educational Consortium
1096 US Highway 27
Lake Placid, FL 33852

Talkjs
1 Bogert
Eindhoven,  5612 LX

Apify Technologies
Vodickova 704/36, 11000 Prague 1 czech republic
prague,  11000

Files.com
PO Box 8101
Carol Stream, IL 60197

Tech Breakthrough
22 Corte Vidriosa
San Clemente, CA 92673

Openai LLc
548 Market Street Pmb 97273
San Francisco, CA 94104-5401

Foundation for New Education Initiatives, Inc.
1450 Northeast 2nd Avenue

Suite 315
Miami, FL 33132

JASON Learning
44983 Knoll Square Suite 150
Ashburn, VA 20147

FloridaLearns Foundation
PO Box 243
Chipley, FL 32428

Goodwin Procter LLP
53 State Street
Exchange Place
Boston, MA 2109

Harvesting Hope
16200 Southwest 285th Street
Homestead, FL 33033

Region 19 Education Service Center
6611 Boeing Drive
El Paso, TX 799251010

FASFEPA
PO Box 64
Brooksville, FL 34605

Axis Learning Group
416 Washington Ave
Montclair, NJ 7042

Action Verb LLC
Po Box 8101
Carol Stream, IL 60197

ABC Educational Consulting Group LLC
10572 Regatta Ridge Rd.
Boynton Beach, FL 33473

GEORGIA SCHOOL SUPERINTENDENTS ASSOCIATION
9 Jefferson Street
Newnan, GA 30263

Georgia School Boards Association
5120 Sugarloaf Parkway
Lawrenceville, GA 30043

Butler County Educational Service Center
400 North Erie Blvd

Hamilton, OH 45011

KEH Communications
504 Balt.-Annapolis Blvd., Ste 6
Severna Park, MD 21146

California Association of African American
11856 Balboa Blvd. 228
Granada Hills, CA 91344

Exquisite Catering By Robert Inc.
1800 NE 150th St
North Miami, FL 33181

Animated Intelligences, LLC
2800 Neilson Way
Unit 1616
Santa Monica, CA 90405

First District RESA
149 South Register Street
P.O. Box 1218
Metter, GA 30439

Harbinger Systems Private Limited
139 Siddhant, Survey
No 97/6 Off Paud Road Kothrud
Pune, MH 411038

Whiteboard Advisors
1000 Potomac St NW Suite 150
Washington, DC 20007

AMC Theatres
13731 Collections Center Drive
Chicago, IL 60693

Burbank Printing
3131 W. Burbank Boulevard
Burbank, CA 91505

ILO Group
10 Dorrance Street, Suite 700 #15561
Providence, RI 2903

GeoEvent, LLC
7139 Hazeltine Avenue apt. 217
Los Angeles, CA 91405

Carbide Secure Inc.

92 Hillcrest dr
Sydney,  B1R1V2

Statista, Inc
3 World Trade Center
175 Greenwich Street, 36th Floor
New York, NY 10007

Los Angeles Unified School District Education Foundation
333 South Beaudry Avenue
Los Angeles, CA 90017

Foundation for Rural Education Excellence, Inc.
P.O. Box 756
Palatka, FL 32178

Education Commission of the States
PO Box 33674
Northglenn, CO 80233

MECA
1501 Northeast 2nd Avenue
SBAB Annex Room 409G
Miami, FL 33132

National Coalition on Education Equity
11856 Balboa Blvd Suite 228
Granada Hills, CA

Disney Destinations
Po Box 733100
Dallas, TX 75373

Be Light and Love, LLC
1400 Saint Charles Place
Arbor #303
Pembroke Pines, FL 33026

Marengo Community Pharmacy
20015 East Grant Highway
Marengo, IL 60152

Twilio
375 Beale Street
Suite 300
San Francisco, CA 94105