**Fill in this information to identify the case:**

Debtor name  **AllHere Education, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (if known)  24-11841

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals         12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................................................................  $ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*...........................................................................................................  $ **2,899,763.58**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..............................................................................................................  $ **2,899,763.58**

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................  $ **50,000.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................................  $ **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................  +$ **1,700,932.15**

4. **Total liabilities** ..................................................................................................................................
   Lines 2 + 3a + 3b                                                                                                                                   $ **1,750,932.15**

**Fill in this information to identify the case:**

Debtor name: **AllHere Education, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF DELAWARE**

Case number (if known): **24-11841**

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**  **Current value of debtor's interest**

2. **Cash on hand**  $0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|---|
   | 3.1. | Silicon Valley Bank | Checking | 6544 | $18,270.89 |
   | 3.2. | Bank of America | Checking | 9777 | $6.69 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**  $18,277.58
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☒ No. Go to Part 3.
   ☐ Yes Fill in the information below.

### Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

Debtor **AllHere Education, Inc.**          Case number *(If known)* 24-11841
          Name

☒ Yes Fill in the information below.

11. **Accounts receivable**

    11a. 90 days old or less:     **1,500.00**     -     **1,500.00**    = ....          $0.00
                             face amount              doubtful or uncollectible accounts

12. **Total of Part 3.**                                                               $0.00

    Current value on lines 11a + 11b = line 12.   Copy the total to line 82.

### Part 4: Investments

13. **Does the debtor own any investments?**

    ☒ No.  Go to Part 5.
    ☐ Yes Fill in the information below.

### Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☒ No.  Go to Part 6.
    ☐ Yes Fill in the information below.

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ☒ No.  Go to Part 7.
    ☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No.  Go to Part 8.
    ☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **Laptop of former CEO** | $0.00 | | $500.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**                                                               $500.00

    Add lines 39 through 42.   Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☒ No
    ☐ Yes

Debtor **AllHere Education, Inc.**        Case number *(If known)* 24-11841
      Name

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    - ☒ No
    - ☐ Yes

### Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**
    - ☒ No. Go to Part 9.
    - ☐ Yes Fill in the information below.

### Part 9: Real property

54. **Does the debtor own or lease any real property?**
    - ☒ No. Go to Part 10.
    - ☐ Yes Fill in the information below.

### Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
    - ☐ No. Go to Part 11.
    - ☒ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets**<br>Patent - US-20210049488-A1   Systems and Methods for Universal Monitoring and Action | $0.00 | N/A | Unknown |
| 61. | **Internet domain names and websites**<br>allhere.com | Unknown | | Unknown |
| 62. | **Licenses, franchises, and royalties**<br>Contract with LAUSD for providing Educatin AI software called Ed | $2,880,986.00 | | $2,880,986.00 |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property**<br>Source code and software to operate AllHere's Enrollment and Attendance Education Chatbot Product | Unknown | | Unknown |
| | Source code and software to operate AllHere's Ed AI Education Product | Unknown | | Unknown |
| 65. | **Goodwill** | | | |
| 66. | **Total of Part 10.**<br>Add lines 60 through 65. Copy the total to line 89. | | | $2,880,986.00 |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

Official Form 206A/B      Schedule A/B Assets - Real and Personal Property      page 3

Debtor **AllHere Education, Inc.**                                    Case number *(If known)* 24-11841
         Name

☒ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ☒ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

| Part 11: | **All other assets** |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☒ No.   Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor    **AllHere Education, Inc.**    Case number *(If known)* 24-11841
           Name

## Part 12:  Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $18,277.58 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9...........>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $2,880,986.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,899,763.58    + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $2,899,763.58 |

**Fill in this information to identify the case:**

Debtor name: **AllHere Education, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF DELAWARE**

Case number (if known): 24-11841

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property 12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1 ReThink Education III L.P.**<br>Creditor's Name<br>707 Westchester Ave #401<br>White Plains, NY 10604<br>Creditor's mailing address | Describe debtor's property that is subject to a lien | $25,000.00 | $0.00 |
| | Describe the lien<br>**Note** | | |
| Creditor's email address, if known | Is the creditor an insider or related party?<br>☐ No ☒ Yes | | |
| Date debt was incurred | Is anyone else liable on this claim?<br>☒ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| Last 4 digits of account number | | | |
| Do multiple creditors have an interest in the same property?<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2 Spero Fund I, LP**<br>Creditor's Name<br>1325 Howard Ave. #923<br>Burlingame, CA 94010<br>Creditor's mailing address | Describe debtor's property that is subject to a lien | $25,000.00 | $0.00 |
| | Describe the lien<br>**Note** | | |
| Creditor's email address, if known | Is the creditor an insider or related party?<br>☐ No ☒ Yes | | |
| Date debt was incurred | Is anyone else liable on this claim?<br>☒ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| Last 4 digits of account number | | | |
| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply | | |

Official Form 206D        Schedule D: Creditors Who Have Claims Secured by Property        page 1 of 2

| Debtor | **AllHere Education, Inc.** | Case number (if known) | 24-11841 |
|---|---|---|---|
| | Name | | |

☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $50,000.00

**Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **ReThink Education II L.P.**<br>**707 Westchester Ave.**<br>**Suite 401**<br>**White Plains, NY 10604** | Line **2.1** | |
| **ReThink Education Seed L.P.**<br>**707 Westchester Ave.**<br>**Suite 401**<br>**White Plains, NY 10604** | Line **2.1** | |

**Fill in this information to identify the case:**

Debtor name: **AllHere Education, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF DELAWARE**

Case number (if known): **24-11841**

☐ Check if this is an amended filing

## Official Form 206E/F
### Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☒ No. Go to Part 2.
   - ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                    **Amount of claim**

| 3.1 | **Nonpriority creditor's name and mailing address**<br>ABC Educational Consulting Group<br>10572 Regatta Ridge Rd.<br>Boynton Beach, FL 33473 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | **$23,821.17** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** contractor<br>Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address**<br>Animated Intelligences<br>2800 Neilson Way, 1616<br>Santa Monica, CA 90405 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$25,900.04** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** Vendor<br>Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address**<br>AWS - Amazon Web Services<br><br>Seattle, WA 98124 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$30,519.41** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number **0775** | **Basis for the claim:** Vendor<br>Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address**<br>Brex<br>650 S 500 W<br>Suite 209<br>Salt Lake City, UT 84101 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$45,330.33** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** Unsecured Lender<br>Is the claim subject to offset?  ☒ No  ☐ Yes | |

Debtor **AllHere Education, Inc.** Case number (if known) 24-11841
Name

| 3.5 | **Nonpriority creditor's name and mailing address**<br>**Cincinnati School District**<br>**2651 Burnet Avenue**<br>**Cincinnati, OH 45217** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | **$55,050.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __customer__<br>Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address**<br>**Clever**<br>**575 Market Street, Suite 1850**<br>**San Francisco, CA 94105** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$17,028.90** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __Vendor__<br>Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address**<br>**Dade Association of School Admin**<br>**1498 Northease 2nd Avenue**<br>**Suite 200**<br>**Miami, FL 33132** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | **$15,000.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __sponsorship__<br>Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.8 | **Nonpriority creditor's name and mailing address**<br>**Day Pitney**<br>**PO Box 935743**<br>**Atlanta, GA 31193** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,837.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __Legal representation__<br>Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.9 | **Nonpriority creditor's name and mailing address**<br>**Debra Kerr LLC**<br>**6101 Hancock Road**<br>**Fort Lauderdale, FL 33330** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | **$630,000.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __Contractor__<br>Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.10 | **Nonpriority creditor's name and mailing address**<br>**DGD Communications**<br>**3325 Soutwest 20th Street**<br>**Miami, FL 33145** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$30,500.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __Vendor__<br>Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.11 | **Nonpriority creditor's name and mailing address**<br>**EDSolutions**<br>**301 W. 118th Street PH1D**<br>**New York, NY 10026** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$90,000.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __Vendor__<br>Is the claim subject to offset? ☒ No ☐ Yes | |

| Debtor | **AllHere Education, Inc.** | Case number (if known) | 24-11841 |
|---|---|---|---|
| | Name | | |

| 3.12 | **Nonpriority creditor's name and mailing address**<br>**Exbo Group**<br>**305 7th Avenue**<br>**Suite 1901**<br>**New York, NY 10001** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$16,000.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** **Vendor** | |
| | Last 4 digits of account number __ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.13 | **Nonpriority creditor's name and mailing address**<br>**Florida School Services**<br>**9737 NW 41st Street**<br>**Box 359**<br>**Miami, FL 33178** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$21,000.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** **Vendor** | |
| | Last 4 digits of account number __ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.14 | **Nonpriority creditor's name and mailing address**<br>**Folly Ventures**<br>**4 Phillips Place 2**<br>**Somerville, MA 02143** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$20,000.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** **Vendor** | |
| | Last 4 digits of account number __ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.15 | **Nonpriority creditor's name and mailing address**<br>**Foundation for Rural Education**<br>**PO Box 756**<br>**Palatka, FL 32178** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | **$3,000.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** **sponsorship** | |
| | Last 4 digits of account number __ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.16 | **Nonpriority creditor's name and mailing address**<br>**Georgia School Board Association**<br>**5120 Sugarload Parkway**<br>**Lawrenceville, GA 30043** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | **$2,000.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** **sponsorship** | |
| | Last 4 digits of account number __ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.17 | **Nonpriority creditor's name and mailing address**<br>**Greater Florida Consortium**<br>**Florida Schools Services, Inc.**<br>**9737 NW 41st Street**<br>**Miami, FL 33178** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | **$1,500.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** **sponsorship** | |
| | Last 4 digits of account number __ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| 3.18 | **Nonpriority creditor's name and mailing address**<br>**Gunderson Dettmer**<br>**550 Allerton St.**<br>**Redwood City, CA 94063** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$274,628.09** |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** **Vendor** | |
| | Last 4 digits of account number __ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

| Debtor | **AllHere Education, Inc.** | Case number (if known) | 24-11841 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.19 | **Nonpriority creditor's name and mailing address**<br>**Guyatu Bati**<br>**113 Jacob Dr.**<br>**Mankato, MN 56001**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Wages**<br>Is the claim subject to offset? ☒ No ☐ Yes | **$975.00** |
| 3.20 | **Nonpriority creditor's name and mailing address**<br>**Harbinger Systems Private Limited**<br>**139 Siddhant, Survey No 97/6 Off Paud Ro**<br>**Kothrud Pune, KY 41103-8000**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Vendor**<br>Is the claim subject to offset? ☒ No ☐ Yes | **$11,592.00** |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>**IRS**<br><br>**Ogden, UT 84201**<br>Date(s) debt was incurred _<br>Last 4 digits of account number  **0577** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br>**Basis for the claim:** **taxing authority**<br>Is the claim subject to offset? ☒ No ☐ Yes | **Unknown** |
| 3.22 | **Nonpriority creditor's name and mailing address**<br>**KEH Communications**<br>**504 Balt.-Annapolis Blvd., Ste 6**<br>**Severna Park, MD 21146**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Vendor**<br>Is the claim subject to offset? ☒ No ☐ Yes | **$11,300.37** |
| 3.23 | **Nonpriority creditor's name and mailing address**<br>**Mary Nelson**<br>**5252 Finisterre Drive**<br>**Panama City, FL 32408**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **OOP expenses**<br>Is the claim subject to offset? ☒ No ☐ Yes | **$7,906.88** |
| 3.24 | **Nonpriority creditor's name and mailing address**<br>**Massachusetts Franchise Tax**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Taxing authority**<br>Is the claim subject to offset? ☒ No ☐ Yes | **$0.00** |
| 3.25 | **Nonpriority creditor's name and mailing address**<br>**MECA Education Comm of States**<br>**PO Box 33674**<br>**Denver, CO 80233**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br>**Basis for the claim:** **sponsorship**<br>Is the claim subject to offset? ☒ No ☐ Yes | **$7,000.00** |

Debtor **AllHere Education, Inc.**  Case number (if known)  24-11841
       Name

| 3.26 | **Nonpriority creditor's name and mailing address**<br>**National Coalition on Education Equity**<br>**11856 Balboa Blvd**<br>**Suite 228**<br>**Granada Hills, CA 91344** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | **$4,000.00** |
|---|---|---|---|
| | **Date(s) debt was incurred** ___<br>**Last 4 digits of account number** ___ | **Basis for the claim:** __sponsorship__<br>Is the claim subject to offset?  ☒ No   ☐ Yes | |
| 3.27 | **Nonpriority creditor's name and mailing address**<br>**Richard Kerr**<br>**3386 W 104th St**<br>**Hialeah, FL 33018** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | **$6,750.00** |
| | **Date(s) debt was incurred** ___<br>**Last 4 digits of account number** ___ | **Basis for the claim:** __employee__<br>Is the claim subject to offset?  ☒ No   ☐ Yes | |
| 3.28 | **Nonpriority creditor's name and mailing address**<br>**Statista, Inc.**<br>**3 World Trade Center**<br>**175 Greenwich Street**<br>**36th Floor**<br>**New York, NY 10007** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | **$12,000.00** |
| | **Date(s) debt was incurred** ___<br>**Last 4 digits of account number** ___ | **Basis for the claim:** __sponsorship__<br>Is the claim subject to offset?  ☒ No   ☐ Yes | |
| 3.29 | **Nonpriority creditor's name and mailing address**<br>**Svitia Systems**<br>**100 Meadowcreek Dr. Ste 102**<br>**Corte Madera, CA 94925** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$190,845.45** |
| | **Date(s) debt was incurred** ___<br>**Last 4 digits of account number** ___ | **Basis for the claim:** __Vendor__<br>Is the claim subject to offset?  ☒ No   ☐ Yes | |
| 3.30 | **Nonpriority creditor's name and mailing address**<br>**Tech Breakthrough**<br>**22 Corte Vidriosa**<br>**San Clemente, CA 92673** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | **$2,950.00** |
| | **Date(s) debt was incurred** ___<br>**Last 4 digits of account number** ___ | **Basis for the claim:** __sponsorship__<br>Is the claim subject to offset?  ☒ No   ☐ Yes | |
| 3.31 | **Nonpriority creditor's name and mailing address**<br>**Theresa Burns** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,746.85** |
| | **Date(s) debt was incurred** ___<br>**Last 4 digits of account number** ___ | **Basis for the claim:** __OOP expenses__<br>Is the claim subject to offset?  ☒ No   ☐ Yes | |
| 3.32 | **Nonpriority creditor's name and mailing address**<br>**Twilio**<br>**375 Beale Street, Suite 200**<br>**San Francisco, CA 94105** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$9,356.79** |
| | **Date(s) debt was incurred** ___<br>**Last 4 digits of account number** ___ | **Basis for the claim:** __Vendor__<br>Is the claim subject to offset?  ☒ No   ☐ Yes | |

| Debtor | **AllHere Education, Inc.** | Case number (if known) | 24-11841 |
|---|---|---|---|
| | Name | | |

| 3.33 | **Nonpriority creditor's name and mailing address**<br>**Whiteboard Advisors**<br>**1000 Potomac St NW Suite 150**<br>**Washington, DC 20007** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$123,143.87** |
| | Date(s) debt was incurred __ | **Basis for the claim:** **Vendor** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.34 | **Nonpriority creditor's name and mailing address**<br>**Wicked Sage**<br>**12721 Oak Farms Dr**<br>**Herndon, VA 20171** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5,000.00** |
| | Date(s) debt was incurred __ | **Basis for the claim:** **Vendor** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.35 | **Nonpriority creditor's name and mailing address**<br>**Wolf, Greenfield, Sacks PC**<br>**600 Atlantic Ave.**<br>**Boston, MA 02210** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$250.00** |
| | Date(s) debt was incurred __ | **Basis for the claim:** **Vendor** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☒ No ☐ Yes | |

**Part 3:   List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|

**Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b.  + | $ | 1,700,932.15 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **1,700,932.15** |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **AllHere Education, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF DELAWARE |
| Case number (if known) | 24-11841 |

☐ Check if this is an amended filing

Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases       12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **SMS** |
| | State the term remaining | |
| | List the contract number of any government contract | **Cincinnati School District**<br>**2651 Burnet Ave.**<br>**Cincinnati, OH 45217** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **SMS** |
| | State the term remaining | |
| | List the contract number of any government contract | **East Baton Rouge**<br>**1050 S. Foster Dr.**<br>**Baton Rouge, LA 70806** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Ed** |
| | State the term remaining | |
| | List the contract number of any government contract | **Los Angeles United School District**<br>**333 South Beaudry Ave.**<br>**Los Angeles, CA 90017** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **SMS** |
| | State the term remaining | |
| | List the contract number of any government contract | **Massena Central**<br>**84 Nightengale Ave.**<br>**Massena, NY 13662** |

| Official Form 206G | Schedule G: Executory Contracts and Unexpired Leases | Page 1 of 3 |
|---|---|---|

| Debtor 1 | **AllHere Education, Inc.** | | Case number (*if known*) | 24-11841 |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.** State what the contract or lease is for and the nature of the debtor's interest: **SMS**

State the term remaining

List the contract number of any government contract

**Miami Dade**
**1450 N.E. Second Ave.**
**Suite 912**
**Miami, FL 33132**

---

**2.6.** State what the contract or lease is for and the nature of the debtor's interest: **SMS**

State the term remaining

List the contract number of any government contract

**Prince Georges County**
**Sasscer Administration Bldg.**
**14201 School Lane**
**Upper Marlboro, MD 20772**

---

**2.7.** State what the contract or lease is for and the nature of the debtor's interest: **SMS**

State the term remaining

List the contract number of any government contract

**Union Local School District**
**66779 Belmont Morristown Road**
**Belmont, OH 43718**

---

**2.8.** State what the contract or lease is for and the nature of the debtor's interest: **SMS**

State the term remaining

List the contract number of any government contract

**University View Academy**
**3113 Valley Creek Dr.**
**Baton Rouge, LA 70808**

---

**2.9.** State what the contract or lease is for and the nature of the debtor's interest: **Ed**

State the term remaining

List the contract number of any government contract

**Weehawken NJ**
**53 Liberty Place**
**Weehawken, NJ 07086**

---

| Debtor 1 | **AllHere Education, Inc.** | | Case number (*if known*) | 24-11841 |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

███ **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.10.  State what the contract or lease is for and the nature of the debtor's interest — **SMS** | |
| State the term remaining | **Ypsilanti Community School District** |
| List the contract number of any government contract | **1885 Packard Road** |
| | **Ypsilanti, MI 48197** |

Official Form 206G         Schedule G: Executory Contracts and Unexpired Leases         Page 3 of 3

| | |
|---|---|
| **Fill in this information to identify the case:** | |
| Debtor name    **AllHere Education, Inc.** | |
| United States Bankruptcy Court for the:    DISTRICT OF DELAWARE | |
| Case number (if known)   24-11841 | ☐ Check if this is an amended filing |

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **08/13/2024**    X **/s/ Andrew Parker**
Signature of individual signing on behalf of debtor

**Andrew Parker**
Printed name

**Director**
Position or relationship to debtor