# Notice Recipients

District/Off: 0311−1 User: admin Date Created: 8/14/2024
Case: 24−11841−LSS Form ID: van313 Total: 4

**Recipients of Notice of Electronic Filing:**
ust     U.S. Trustee     USTPRegion03.WL.ECF@USDOJ.GOV
tr      George L. Miller     gmiller@mctllp.com
aty     Joseph M Mulvihill     jmulvihill@ycst.com

                                                                                TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     AllHere Education, Inc.     177 Huntington Ave.     Suite 1705     PMB #28939     Boston, MA 02115

                                                                                TOTAL: 1