# Notice Recipients

District/Off: 0311−1         User: admin              Date Created: 8/14/2024
Case: 24−11841−LSS           Form ID: 309C            Total: 225

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
19301655    Massachusetts Franchise Tax
                                                                              TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | | |
|---|---|---|---|---|---|
| db | AllHere Education, Inc. | 177 Huntington Ave. | Suite 1705 | PMB #28939 | Boston, MA 02115 |
| tr | George L. Miller | 1628 John F. Kennedy Blvd. | Suite 950 | Philadelphia, PA 19103−2110 | |
| aty | Joseph M Mulvihill | Young Conaway Stargatt & Taylor, LLP | Rodney Square | 1000 N. King Street | Wilmington, DE 19801 |
| 19301739 | 1EdTech Consortium, Inc. | 801 International Parkway | 5th Floor, PMB #112 | Lake Mary, FL 32746 | |
| 19301744 | 300 Morris Street Tenant LLC | PO Box 309, Ugland House | Grand Caymen, KY1−1104 | | |
| 19301762 | AASA | 1615 DUKE ST | Alexandria, VA 22314 | | |
| 19301630 | ABC Educational Consulting Group | 10572 Regatta Ridge Rd. | Boynton Beach, FL 33473 | | |
| 19301676 | ABC Educational Consulting Group LLC | 10572 Regatta Ridge Rd | Boynton Beach, FL 33473 | | |
| 19301824 | ABC Educational Consulting Group LLC | 10572 Regatta Ridge Rd. | Boynton Beach, FL 33473 | | |
| 19301835 | AMC Theatres | 13731 Collections Center Drive | Chicago, IL 60693 | | |
| 19301632 | AWS − Amazon Web Services | Seattle, WA 98124 | | | |
| 19301823 | Action Verb LLC | Po Box 8101 | Carol Stream, IL 60197 | | |
| 19301677 | Adib, Taha | 15 Spruce St | Roslyn, NY 11576 | | |
| 19301750 | Agile Education Marketing LLC | 700 17th Street, #2250 | Denver, CO 80202 | | |
| 19301779 | Alliance for Public Schools Foundation Inc. | 5810 Falconcreek Place | Lithia, FL 33547 | | |
| 19301749 | Amazon Web Services | 2121 7th Avenue | SEA41 | Los Angeles, CA 90018 | |
| 19301794 | Andela | 580 Fifth Ave Suite 820 | New York, NY 10036 | | |
| 19301678 | Animated Intelligences | 2800 Neilson Way #1616 | Santa Monica, CA 90405 | | |
| 19301631 | Animated Intelligences | 2800 Neilson Way, 1616 | Santa Monica, CA 90405 | | |
| 19301831 | Animated Intelligences, LLC | 2800 Neilson Way | Unit 1616 | Santa Monica, CA 90405 | |
| 19301811 | Apify Technologies | Vodickova 704/36, 11000 Prague 1 czech r | prague, 11000 | | |
| 19301679 | Arnold, Jordan | 424 E 36th St #543 | Charlotte, NC 28205 | | |
| 19301751 | Attendance Works | 1000 Broadway | Suite 480 | Oakland, CA 94607 | |
| 19301680 | Attoh, Emmanuel | 55 Trumbull St | Apt 703 | Hartford, CT 06103 | |
| 19301822 | Axis Learning Group | 416 Washington Ave | Montclair, NJ 7042 | | |
| 19301793 | BCBS Florida Blue | 1501 North Plano Road | Suite 100 | Attn: Lockbox Dept 660299 | Richardson, TX 75081 |
| 19301736 | BPAA | 11012 Boston Dr. | Cooper City, FL 33026 | | |
| 19301681 | Banks, Mikaela | 2 Silk Tree Pl | Hampton, VA 23666 | | |
| 19301682 | Bati, Guyatu | 113 Jacob Dr | Mankato, MN 56001 | | |
| 19301847 | Be Light and Love, LLC | 1400 Saint Charles Place | Arbor #303 | Pembroke Pines, FL 33026 | |
| 19301683 | BioCIO | 330 E 33rd St 12M | New York, NY 10016 | | |
| 19301741 | Board of Education of Prince George's County | 14201 school lane | Room 130 | upper marlboro, MD 20772 | |
| 19301633 | Brex | 650 S 500 W | Suite 209 | Salt Lake City, UT 84101 | |
| 19301684 | Brown, Keith | 4204 Lucerne St | Metairie, LA 70006 | | |
| 19301685 | Buckner, Tony | 115 Stonehouse Rd | Glen Ridge, NJ 07028 | | |
| 19301836 | Burbank Printing | 3131 W. Burbank Boulevard | Burbank, CA 91505 | | |
| 19301827 | Butler County Educational Service Center | 400 North Erie Blvd | Hamilton, OH 45011 | | |
| 19301729 | C Ward Consulting LLC | 2634 Rose Ave | South Lake Tahoe, CA 96150 | | |
| 19301775 | CT Corporation | CT Corporation | 208 S. LaSalle Street, Chicago, IL | Carol Stream, IL 60604 | |
| 19301829 | California Association of African American | 11856 Balboa Blvd. 228 | Granada Hills, CA 91344 | | |
| 19301765 | Capitol Tech Solutions | 2830 G Street | Suite 200 | Sacramento, CA 95816 | |
| 19301839 | Carbide Secure Inc. | 92 Hillcrest dr | Sydney, B1R1V2 | | |
| 19301686 | Chu, Po−ling (Bryan) | 5643 206th St | Oakland Gardens, NY 11364 | | |
| 19301634 | Cincinnati School District | 2651 Burnet Ave. | Cincinnati, OH 45217 | | |
| 19301734 | Clark County School District | 4212 Eucalyptus Ave, Bldg. 8 | Attn: Community Engagement | Las Vegas, NV 89121 | |
| 19301786 | Clever | 575 Market Street | suite 1850 | San Francisco, CA 94105 | |
| 19301635 | Clever | 575 Market Street, Suite 1850 | San Francisco, CA 94105 | | |
| 19301687 | DGD Communications | 3325 SW 20th St | Miami, FL 33145 | | |
| 19301802 | DGD Communications | 3325 Southwest 20th Street | Miami, FL 33145 | | |
| 19301639 | DGD Communications | 3325 Soutwest 20th Street | Miami, FL 33145 | | |
| 19301636 | Dade Association of School Admin | 1498 Northease 2nd Avenue | Suite 200 | Miami, FL 33132 | |
| 19301776 | Dade Association of School Administrators | 1498 Northeast 2nd Avenue | Suite 200 | Miami, FL 33132 | |
| 19301637 | Day Pitney | PO Box 935743 | Atlanta, GA 31193 | | |
| 19301638 | Debra Kerr LLC | 6101 Hancock Road | Fort Lauderdale, FL 33330 | | |
| 19301769 | Debra Kerr LLC | 6101 Hancock Road | Southwest Ranches, FL 33330 | | |
| 19301864 | Department of Labor | Division of Unemployment Insurance | P.O. Box 9953 | Wilmington, DE 19809 | |
| 19301723 | Department of Labor Industries | PO Box 44171 | Olympia, WA 98504−4171 | | |

| | | | | |
|---|---|---|---|---|
| 19301774 | Department of Treasury | P.O. Box 9941 | Stop 5500 | Ogden, UT 84409 |
| 19301846 | Disney Destinations | Po Box 733100 | Dallas, TX 75373 | |
| 19301641 | EDSolutions | 301 W. 118th Street PH1D | New York, NY 10026 | |
| 19301725 | ERDI Partners Inc | PO Box 551 | Highwood, IL 60040 | |
| 19301640 | East Baton Rouge | 1050 S. Foster Dr. | Baton Rouge, LA 70806 | |
| 19301801 | EdSolutions LLC | 301 W. 118th Street | PH1D | New York, NY 10026 |
| 19301747 | EdWeb LLC | 50 Vreeland Drive – Suite 1 | Skillman, NJ 8558 | |
| 19301808 | EdWeek Market Brief | 6935 Arlington Road | Ste 100 | Bethesda, MD 20814 |
| 19301767 | Editorial Projects in Education Inc | Education Week | 6935 Arlington Road | Bethesda, MD 20814–5233 |
| 19301843 | Education Commission of the States | PO Box 33674 | Northglenn, CO 80233 | |
| 19301688 | Ehlert, Anke | 108 E 82nd St 2C | New York, NY 10028 | |
| 19301642 | Exbo Group | 305 7th Avenue | Suite 1901 | New York, NY 10001 |
| 19301756 | Exbo Group | 305 7th Avenue | Suite 1901 | New York, NY 10001 |
| 19301753 | Exbo Group | 377 1st Street | Unit 2 | Brooklyn, NY 11215 |
| 19301830 | Exquisite Catering By Robert Inc. | 1800 NE 150th St | North Miami, FL 33181 | |
| 19301821 | FASFEPA | PO Box 64 | Brooksville, FL 34605 | |
| 19301796 | Fearless Inside | 7114 Eagles Nest Lane | Huntersville, NC 28078 | |
| 19301812 | Files.com | PO Box 8101 | Carol Stream, IL 60197 | |
| 19301832 | First District RESA | 149 South Register Street | P.O. Box 1218 | Metter, GA 30439 |
| 19301689 | First Step Advisors | 1004 Woodland Way | Clarks Summit, PA 18411 | |
| 19301782 | Florida Department of Revenue | 1415 West US Highway 90 | STE 115 | Lake City, FL 32055–6156 |
| 19301690 | Florida School Services | 9737 NW 41st St Ste. 359 | Doral, FL 33178 | |
| 19301643 | Florida School Services | 9737 NW 41st Street | Box 359 | Miami, FL 33178 |
| 19301817 | FloridaLearns Foundation | PO Box 243 | Chipley, FL 32428 | |
| 19301742 | Foley Hoag LLP | 155 Seaport Boulevard | Boston, MA 02210–2600 | |
| 19301757 | Folly Ventures | 4 Phillips Place | Somerville, MA 2143 | |
| 19301644 | Folly Ventures | 4 Phillips Place 2 | Somerville, MA 02143 | |
| 19301815 | Foundation for New Education Initiatives, Inc. | 1450 Northeast 2nd Avenue | Suite 315 | Miami, FL 33132 |
| 19301645 | Foundation for Rural Education | PO Box 756 | Palatka, FL 32178 | |
| 19301842 | Foundation for Rural Education Excellence, Inc. | P.O. Box 756 | Palatka, FL 32178 | |
| 19301778 | Friends of AALA | 1910 Sunset Boulevard | Suite 410 | Los Angeles, CA 90026 |
| 19301825 | GEORGIA SCHOOL SUPERINTENDENTS ASSOCIATION | 9 Jefferson Street | Newnan, GA 30263 | |
| 19301838 | GeoEvent, LLC | 7139 Hazeltine Avenue apt. 217 | Los Angeles, CA 91405 | |
| 19301646 | Georgia School Board Association | 5120 Sugarload Parkway | Lawrenceville, GA 30043 | |
| 19301826 | Georgia School Boards Association | 5120 Sugarloaf Parkway | Lawrenceville, GA 30043 | |
| 19301818 | Goodwin Procter LLP | 53 State Street | Exchange Place | Boston, MA 2109 |
| 19301691 | Grant, Shadarra | 3512 Valley Chase Ct | Lithonia, GA 30038 | |
| 19301647 | Greater Florida Consortium | Florida Schools Services, Inc. | 9737 NW 41st Street | Miami, FL 33178 |
| 19301731 | Greater Florida Consortium of School Boards | Florida School Services, Inc. | 9737 NW 41st Street | Doral, FL 33178 |
| 19301692 | Grove, Keiko | 10097 Mountain Rd | Mill Creek, PA 17060 | |
| 19301787 | Gulf Coast Challenge | PO Box 41014 | Mobile, AL 36640 | |
| 19301648 | Gunderson Dettmer | 550 Allerton St. | Redwood City, CA 94063 | |
| 19301761 | Gunderson Dettmer | 550 Allerton St. | Redwood City, CA 94063 | |
| 19301649 | Guyatu Bati | 113 Jacob Dr. | Mankato, MN 56001 | |
| 19301732 | Harbinger Systems Inc | 16770 NE, | 79th Street, Suite 106 | Redmond, WA 98052 |
| 19301833 | Harbinger Systems Private Limited | 139 Siddhant, Survey | No 97/6 Off Paud Road Kothrud | Pune, MH 411038 |
| 19301650 | Harbinger Systems Private Limited | 139 Siddhant, Survey No 97/6 Off Paud Ro | Kothrud Pune, KY 41103–8000 | |
| 19301819 | Harvesting Hope | 16200 Southwest 285th Street | Homestead, FL 33033 | |
| 19301693 | Hattabaugh II, Mark | 12843 Spring Lake Dr | Cooper City, FL 33330 | |
| 19301807 | Hazel Health Inc | 8300 Esters Boulevard | Irving, TX 75063 | |
| 19301809 | Heartland Educational Consortium | 1096 US Highway 27 | Lake Placid, FL 33852 | |
| 19301733 | HubSpot | PO Box 419842 | Boston, MA 2241 | |
| 19301837 | ILO Group | 10 Dorrance Street, Suite 700 #15561 | Providence, RI 2903 | |
| 19301651 | IRS | Ogden, UT 84201 | | |
| 19301780 | Institute For Education Innovation | 46 Woodbine Avenue | Suite 4 | Northport, NY 11768 |
| 19301816 | JASON Learning | 44983 Knoll Square Suite 150 | Ashburn, VA 20147 | |
| 19301694 | Jackson, Toby | 178 E Hanover Ave 103–133 | Cedar Knolls, NJ 07927 | |
| 19301768 | Jackson–Price Consulting Services Inc | 47 W Polk, Unit 174 | Chicago, IL 60605 | |
| 19301730 | K1 Investment Management | 875 Manhattan Beach Blvd | Manhattan Beach, AL 90266 | |
| 19301652 | KEH Communications | 504 Balt.–Annapolis Blvd., Ste 6 | Severna Park, MD 21146 | |
| 19301828 | KEH Communications | 504 Balt.–Annapolis Blvd., Ste 6 | Severna Park, MD 21146 | |
| 19301695 | Kerr, Debra | 6101 SW 148 Ave | Southwest Ranches, FL 33330 | |
| 19301791 | Key Biscayne Community Foundation | 240 Crandon Boulevard | Key Biscayne, FL 33149 | |
| 19301743 | LRP CONFERENCES, LLC | 360 Hiatt Drive | Palm Beach Gardens, FL, FL 33418 | |
| 19301790 | Leadership on Demand in Demand | 555 South Goddard Boulevard | Apt. 131 | King of Prussia, PA 19406 |
| 19301696 | Lecompte, Liz | 46 Norwood Avenue | 1 | Buffalo, NY 14222 |
| 19301792 | Lede Ventures LLC | 1515 Vancouver Avenue | Burlingame, CA 94010 | |
| 19301752 | Leoni Consulting Group Llc | 238 Woodward Ave | Apt. 2 | Sausalito, CA 94965 |
| 19301735 | Life Labs Learning | P.O. Box 22202 | New York, NY 10087–2202 | |

| | | | | |
|---|---|---|---|---|
| 19301841 | Los Angeles Unified School District Education Foun | 333 South Beaudry Avenue | Los Angeles, CA 90017 | |
| 19301653 | Los Angeles United School District | 333 South Beaudry Ave. | Los Angeles, CA 90017 | |
| 19301844 | MECA | 1501 Northeast 2nd Avenue | SBAB Annex Room 409G | Miami, FL 33132 |
| 19301657 | MECA Education Comm of States | PO Box 33674 | Denver, CO 80233 | |
| 19301697 | Maddox, Griffin | 6612 Shedden Rd | Greenbrier, TN 37073 | |
| 19301799 | Magnolia Bluebird Design + Events | 16047 Comprint Circle | Gaithersburg, MD 20877 | |
| 19301789 | Marengo Community High School | 110 Franks Road | Marengo, IL 60152 | |
| 19301848 | Marengo Community Pharmacy | 20015 East Grant Highway | Marengo, IL 60152 | |
| 19301654 | Mary Nelson | 5252 Finisterre Drive | Panama City, FL 32408 | |
| 19301656 | Massena Central | 84 Nightengale Ave. | Massena, NY 13662 | |
| 19301759 | Massena Central School District | 84 Nightengale Avenue | Massena, NY 13662 | |
| 19301698 | Mayle, Ava | 1502 E Sumner Ave | Indianapolis, IN 46227 | |
| 19301658 | Miami Dade | 1450 N.E. Second Ave. | Suite 912 | Miami, FL 33132 |
| 19301699 | Moore, Alicen | 1307 Hickory Trace Dr | Greensboro, NC 27407 | |
| 19301659 | National Coalition on Education Equity | 11856 Balboa Blvd | Suite 228 | Granada Hills, CA 91344 |
| 19301845 | National Coalition on Education Equity | 11856 Balboa Blvd Suite 228 | Granada Hills, CA | |
| 19301727 | New York State Workers Compensation Board | 328 State Street | Room 331 | Schenectady, NY 12305 |
| 19301784 | Nothing But Education | 5071 Lake Bluff Road | West Bloomfield, MI 48323 | |
| 19301772 | Npn360 | 2801 Lakeside Drive | Ste 110 | Bannockburn, IL 60015 |
| 19301700 | O'Brien, Maureen | 330 East 33rd Street, 12M | New York, NY 10016 | |
| 19301764 | Obility Consulting Inc | PO Box 2393 | Lake Oswego, OR 97035 | |
| 19301803 | Observation Group | 641 Fulton Avenue | STE 200 | Sacramento, CA 95825 |
| 19301814 | Openai LLc | 548 Market Street Pmb 97273 | San Francisco, CA 94104–5401 | |
| 19301781 | Outreach Corporation | 333 Elliot Ave W Suite 500 | Seattle, WA 98119 | |
| 19301755 | PR Newswire | 602 Plaza Three | Harborside Financial Center | Jersey City, NJ 7311 |
| 19301701 | Pantaleon, Elizabeth | 4143 SW 65th Ave | Davie, FL 33314 | |
| 19301702 | Patel, Karan | 10895 Holman Ridge Road | Glen Allen, VA 23059 | |
| 19301703 | Polling, Owen | 720 Rainbow Dr NW | Lancaster, OH 43130 | |
| 19301704 | Posner, Bethany | 2 Garrison Farms Court | Pikesville, MD 21208 | |
| 19301660 | Prince Georges County | Sasscer Administration Bldg. | 14201 School Lane | Upper Marlboro, MD 20772 |
| 19301745 | RYE Consulting | 3611 Lipan Street | Denver, CO 80211 | |
| 19301661 | ReThink Education II L.P. | 707 Westchester Ave. | Suite 401 | White Plains, NY 10604 |
| 19301662 | ReThink Education III L.P. | 707 Westchester Ave | #401 | White Plains, NY 10604 |
| 19301663 | ReThink Education Seed L.P. | 707 Westchester Ave. | Suite 401 | White Plains, NY 10604 |
| 19301728 | Redfish Technology | 416 South Main St | Suite 201 | Hailey, ID 83333 |
| 19301820 | Region 19 Education Service Center | 6611 Boeing Drive | El Paso, TX 799251010 | |
| 19301746 | Revenue Ops LLC | 67 Agnes Drive | Framingham, MA 1701 | |
| 19301805 | Rhodes Strategy Group | 502 Dennis Magruder Drive | Upper Marlboro, MD 20774 | |
| 19301705 | Rhodes, Christian | 502 Dennis Magruder Dr | Upper Marlboro, MD 20774 | |
| 19301664 | Richard Kerr | 3386 W 104th St | Hialeah, FL 33018 | |
| 19301785 | Robots and Pencils | 1215 Superior Avenue | Ste M25 | Cleveland, OH 44114 |
| 19301706 | Rodriguez, Marvict J | 1937 Panama Drive | APT 7 | Sarasota, FL 34234 |
| 19301766 | Romano & Associates | 228 Park Ave S | 94662 | New York, NY 10003 |
| 19301798 | SIIA | P.O. Box 34340 | Washington, DC 20043 | |
| 19301740 | SWPR Group | 19714 Sunshine Way | Bend, OR 97702 | |
| 19301763 | Salesforce.com | PO Box No. 203141 | Dallas, TX 75320–3141 | |
| 19301707 | Salzwedel, Andrew | 76 DOONBEG DR | FUQUAY VARINA, NC 27526 | |
| 19301708 | Sangary, Raquel | 4419 Stonefield Dr | Orlando, FL 32826 | |
| 19301738 | School Superintendents Of Alabama | 534 Adams Avenue | Montgomery, AL 36104 | |
| 19301758 | Sedgwick Street Partners LLC | 4743 Kincross Ct | Boulder, CO 80301 | |
| 19301754 | Sedgwick Street Partners, LLC | 2500 South Court | Palo Alto, CA 94301 | |
| 19301797 | Shepard | 1424 Hills Place Northwest | Atlanta, GA 30318 | |
| 19301771 | Skaled Consulting | 823 Congress Ste 1550 | Austin, TX 78701 | |
| 19301709 | Skylar, Jess | 4316 Guardia Ave. | Los Angeles, CA 90032 | |
| 19301710 | Sloan, Julie | 12813 97th Ave NE | Kirkland, WA 98034 | |
| 19301711 | Smith, Preston | 5222 Buffington Rd. | El Monte, CA 91732 | |
| 19301712 | Smith, Shakyna | 1023 49th St | Norfolk, VA 23508 | |
| 19301665 | Spero Fund I, LP | 1325 Howard Ave. #923 | Burlingame, CA 94010 | |
| 19301863 | State of Delaware | Division of Revenue | 820 N. French Street, 8th Floor | Wilmington, DE 19801–0820 |
| 19301840 | Statista, Inc | 3 World Trade Center | 175 Greenwich Street, 36th Floor | New York, NY 10007 |
| 19301666 | Statista, Inc. | 3 World Trade Center | 175 Greenwich Street | 36th Floor   New York, NY 10007 |
| 19301773 | Street LLC | 3310 Central St | Evanston, IL 60201 | |
| 19301713 | Suazo Taylor, Destiny | 8960 NW | 21st Street | Pembroke Pines, FL 33024 |
| 19301667 | Svitia Systems | 100 Meadowcreek Dr. Ste 102 | Corte Madera, CA 94925 | |
| 19301726 | Svitla Systems, Inc. | 100 Meadowcreek Dr. Ste 102 | Corte Madera, CA 94925 | |
| 19301810 | Talkjs | 1 Bogert | Eindhoven, 5612 LX | |
| 19301737 | Taren E Bradley | 3111 Burning Springs Road | Apartment 3A | Laurel, MD 20724 |
| 19301668 | Tech Breakthrough | 22 Corte Vidriosa | San Clemente, CA 92673 | |
| 19301813 | Tech Breakthrough | 22 Corte Vidriosa | San Clemente, CA 92673 | |
| 19301806 | The Only Agency Inc. | 20 West 22nd Street | Suite 905 | New York, NY 10010 |
| 19301788 | The Pinkney Group | 201 South Warren Street | Mobile, AL 36602 | |
| 19301714 | The Pinkney Group LLC | 201 S Warren St | Mobile, AL 36602 | |

| | | | | |
|---|---|---|---|---|
| 19301724 | The TSB Group | 811 Wilshire Boulevard 17th Floor | Unit 548 | Los Angeles, CA 90017 |
| 19301715 | Tolefree, Davione | 4305 S Harlem Ave Apt 2 | Berwyn, IL 60402 | |
| 19301716 | Torres, Yohan | Rio Grande Canyon Loop | Poinciana, FL, 34759 | |
| 19301783 | True Capital Partners | 56 N Haddon Avenue | Haddonfield, NJ 8033 | |
| 19301717 | Turner, Kia | 7420 Troost Avenue | NUM 16254 | Kansas City, MO 64131 |
| 19301849 | Twilio | 375 Beale Street | Suite 300 | San Francisco, CA 94105 |
| 19301669 | Union Local School District | 66779 Belmont Morristown Road | Belmont, OH 43718 | |
| 19301670 | University View Academy | 3113 Valley Creek Dr. | Baton Rouge, LA 70808 | |
| 19301800 | University of Chicago | 1212 East 59th Street | Chicago, IL 60637 | |
| 19301804 | Urban Superintendent Collaborative Inc. | 331 Community Center Avenue | Gaithersburg, MD 20878 | |
| 19301718 | Vargas, Gus | 604 Antebellum Way | Collierville, TN 38017 | |
| 19301795 | Watco Marketing Services | 66 Orchard Street | Unit 1 | Cambridge, MA 2140 |
| 19301719 | Watkins, Lauren | 66 Orchard St | Unit 1 | Cambridge, MA 02140 |
| 19301671 | Weehawken NJ | 53 Liberty Place | Weehawken, NJ 07086 | |
| 19301720 | Wellington Lynn, LLC | 8327 NW 26th Court | Cooper City, FL 33024 | |
| 19301672 | Whiteboard Advisors | 1000 Potomac St NW Suite 150 | Washington, DC 20007 | |
| 19301834 | Whiteboard Advisors | 1000 Potomac St NW Suite 150 | Washington, DC 20007 | |
| 19301673 | Wicked Sage | 12721 Oak Farms Dr | Herndon, VA 20171 | |
| 19301777 | Wicked Sage, LLC | 12721 Oak Farms Dr | Oak Hill, VA 20171 | |
| 19301760 | Winning By Design | 650 CASTRO STREET, Suite 120–252 | Bldg 4, Ste 210 | MOUNTAIN VIEW, CA 94041 |
| 19301748 | Wolf, Greenfield Sacks PC | 600 Atlantic Avenue | Boston, MA 02210–2206 | |
| 19301674 | Wolf, Greenfield, Sacks PC | 600 Atlantic Ave. | Boston, MA 02210 | |
| 19301721 | Young, Diego | 9 Bowling Dr | Oakland, CA 94618 | |
| 19301675 | Ypsilanti Community School District | 1885 Packard Road | Ypsilanti, MI 48197 | |
| 19301770 | ZoomInfo Technologies LLC | 805 Broadway Street | Suite 900 | Vancouver, WA 98660 |
| 19301722 | Zuniga, Tanner | 110 Yvonne Ct | Goodlettsville, TN 37072 | |

TOTAL: 224