| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | AllHere Education, Inc.<br>Name | EIN: | 82–2640577 |
| United States Bankruptcy Court | District of Delaware | Date case filed for chapter: | 7   8/13/24 |
| Case number: | 24–11841–LSS | | |

## Official Form 309C (For Corporations or Partnerships)

**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                  10/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Valid picture ID is required for access to the J. Caleb Boggs Federal Building. Additionally, Debtor(s) must also present photo ID plus original verification of his/her social security number to the Bankruptcy Trustee. If you do not have a photo ID and/or original verification of your social security number, please contact the Office of the United States Trustee's (302–573–6491).**

| | | | |
|---|---|---|---|
| **1. Debtor's full name** | AllHere Education, Inc. | | |
| **2. All other names used in the last 8 years** | | | |
| **3. Address** | 177 Huntington Ave.<br>Suite 1705<br>PMB #28939<br>Boston, MA 02115 | | |
| **4. Debtor's attorney**<br>Name and address | Joseph M Mulvihill<br>Young Conaway Stargatt & Taylor, LLP<br>Rodney Square<br>1000 N. King Street<br>Wilmington, DE 19801 | Contact phone 302–571–6600<br><br>Email: jmulvihill@ycst.com | |
| **5. Bankruptcy trustee**<br>Name and address | George L. Miller<br>1628 John F. Kennedy Blvd.<br>Suite 950<br>Philadelphia, PA 19103–2110 | Contact phone 215–561–0950<br><br>Email: gmiller@mctllp.com | |
| **6. Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 824 Market Street, 3rd Floor<br>Wilmington, DE 19801 | Hours open: Monday – Friday 8:00 AM – 4:00 PM<br><br>Contact phone 302–252–2900<br><br>Date: 8/14/24 | |
| **7. Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **September 10, 2024 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. All times listed are in EST. | Location: **Zoom video meeting. Go to www.Zoom.us/join, Enter Meeting ID: 653 180 0746, Passcode: 7131311419, OR Call 1(267) 362–3487**<br><br>For additional information go to https://www.deb.uscourts.gov/virtual–341–meetings–creditors | |
| **8. Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br><br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | | |
| **9. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have | | |

any questions about your rights in this case.

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page **1**

United States Bankruptcy Court
District of Delaware

| | |
|---|---|
| In re: | Case No. 24-11841-LSS |
| AllHere Education, Inc. | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 1 of 5 |
| Date Rcvd: Aug 14, 2024 | Form ID: 309C | Total Noticed: 199 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | AllHere Education, Inc., 177 Huntington Ave., Suite 1705, PMB #28939, Boston, MA 02115-3153 |
| 19301739 | + | 1EdTech Consortium, Inc., 801 International Parkway, 5th Floor, PMB #112, Lake Mary, FL 32746-4762 |
| 19301762 | + | AASA, 1615 DUKE ST, Alexandria, VA 22314-3406 |
| 19301630 | + | ABC Educational Consulting Group, 10572 Regatta Ridge Rd., Boynton Beach, FL 33473-4983 |
| 19301835 | + | AMC Theatres, 13731 Collections Center Drive, Chicago, IL 60693-0001 |
| 19301632 | | AWS - Amazon Web Services, Seattle, WA 98124 |
| 19301823 | + | Action Verb LLC, Po Box 8101, Carol Stream, IL 60197-8101 |
| 19301677 | + | Adib, Taha, 15 Spruce St, Roslyn, NY 11576-1210 |
| 19301750 | + | Agile Education Marketing LLC, 700 17th Street, #2250, Denver, CO 80202-3556 |
| 19301779 | + | Alliance for Public Schools Foundation Inc., 5810 Falconcreek Place, Lithia, FL 33547-5892 |
| 19301749 | + | Amazon Web Services, 2121 7th Avenue, SEA41, Los Angeles, CA 90018-1144 |
| 19301794 | + | Andela, 580 Fifth Ave Suite 820, New York, NY 10036-4762 |
| 19301678 | + | Animated Intelligences, 2800 Neilson Way #1616, Santa Monica, CA 90405-4044 |
| 19301631 | + | Animated Intelligences, 2800 Neilson Way, 1616, Santa Monica, CA 90405-4044 |
| 19301831 | + | Animated Intelligences, LLC, 2800 Neilson Way, Unit 1616, Santa Monica, CA 90405-4044 |
| 19301679 | + | Arnold, Jordan, 424 E 36th St #543, Charlotte, NC 28205-1380 |
| 19301751 | + | Attendance Works, 1000 Broadway, Suite 480, Oakland, CA 94607-4044 |
| 19301680 | + | Attoh, Emmanuel, 55 Trumbull St, Apt 703, Hartford, CT 06103-2420 |
| 19301822 | + | Axis Learning Group, 416 Washington Ave, Montclair, NJ 07042-4321 |
| 19301793 | + | BCBS Florida Blue, 1501 North Plano Road, Suite 100, Attn: Lockbox Dept 660299, Richardson, TX 75081-2493 |
| 19301736 | + | BPAA, 11012 Boston Dr., Cooper City, FL 33026-4937 |
| 19301681 | + | Banks, Mikaela, 2 Silk Tree Pl, Hampton, VA 23666-6809 |
| 19301682 | + | Bati, Guyatu, 113 Jacob Dr, Mankato, MN 56001-5296 |
| 19301847 | + | Be Light and Love, LLC, 1400 Saint Charles Place, Arbor #303, Pembroke Pines, FL 33026-3236 |
| 19301683 | + | BioCIO, 330 E 33rd St 12M, New York, NY 10016-9438 |
| 19301741 | + | Board of Education of Prince George's County, 14201 school lane, Room 130, upper marlboro, MD 20772-2866 |
| 19301633 | + | Brex, 650 S 500 W, Suite 209, Salt Lake City, UT 84101-2380 |
| 19301684 | + | Brown, Keith, 4204 Lucerne St, Metairie, LA 70006-2444 |
| 19301685 | + | Buckner, Tony, 115 Stonehouse Rd, Glen Ridge, NJ 07028-1719 |
| 19301836 | + | Burbank Printing, 3131 W. Burbank Boulevard, Burbank, CA 91505-2314 |
| 19301827 | + | Butler County Educational Service Center, 400 North Erie Blvd, Hamilton, OH 45011-4263 |
| 19301729 | + | C Ward Consulting LLC, 2634 Rose Ave, South Lake Tahoe, CA 96150-3224 |
| 19301775 | + | CT Corporation, CT Corporation, 208 S. LaSalle Street, Chicago, IL, Carol Stream, IL 60604-1000 |
| 19301829 | + | California Association of African American, 11856 Balboa Blvd. 228, Granada Hills, CA 91344-2753 |
| 19301686 | + | Chu, Po-ling (Bryan), 5643 206th St, Oakland Gardens, NY 11364-1724 |
| 19301634 | + | Cincinnati School District, 2651 Burnet Ave., Cincinnati, OH 45219-2551 |
| 19301734 | + | Clark County School District, 4212 Eucalyptus Ave, Bldg. 8, Attn: Community Engagement, Las Vegas, NV 89121-5207 |
| 19301635 | + | Clever, 575 Market Street, Suite 1850, San Francisco, CA 94105-5803 |
| 19301687 | + | DGD Communications, 3325 SW 20th St, Miami, FL 33145-2258 |
| 19301802 | + | DGD Communications, 3325 Southwest 20th Street, Miami, FL 33145-2258 |
| 19301639 | | DGD Communications, 3325 Soutwest 20th Street, Miami, FL 33145 |

District/off: 0311-1                          User: admin                          Page 2 of 5
Date Rcvd: Aug 14, 2024                       Form ID: 309C                        Total Noticed: 199

| | | |
|---|---|---|
| 19301636 | | Dade Association of School Admin, 1498 Northease 2nd Avenue, Suite 200, Miami, FL 33132 |
| 19301776 | + | Dade Association of School Administrators, 1498 Northeast 2nd Avenue, Suite 200, Miami, FL 33132-1308 |
| 19301637 | + | Day Pitney, PO Box 935743, Atlanta, GA 31193-5743 |
| 19301638 | + | Debra Kerr LLC, 6101 Hancock Road, Fort Lauderdale, FL 33330-3443 |
| 19301769 | + | Debra Kerr LLC, 6101 Hancock Road, Southwest Ranches, FL 33330-3443 |
| 19301846 | + | Disney Destinations, Po Box 733100, Dallas, TX 75373-3100 |
| 19301641 | + | EDSolutions, 301 W. 118th Street PH1D, New York, NY 10026-1049 |
| 19301725 | + | ERDI Partners Inc, PO Box 551, Highwood, IL 60040-0551 |
| 19301640 | + | East Baton Rouge, 1050 S. Foster Dr., Baton Rouge, LA 70806-7221 |
| 19301747 | + | EdWeb LLC, 50 Vreeland Drive - Suite 1, Skillman, NJ 08558-2639 |
| 19301808 | + | EdWeek Market Brief, 6935 Arlington Road, Ste 100, Bethesda, MD 20814-5287 |
| 19301767 | + | Editorial Projects in Education Inc, Education Week, 6935 Arlington Road, Bethesda, MD 20814-5270 |
| 19301843 | + | Education Commission of the States, PO Box 33674, Northglenn, CO 80233-0674 |
| 19301688 | + | Ehlert, Anke, 108 E 82nd St 2C, New York, NY 10028-1138 |
| 19301642 | + | Exbo Group, 305 7th Avenue, Suite 1901, New York, NY 10001-6170 |
| 19301830 | + | Exquisite Catering By Robert Inc., 1800 NE 150th St, North Miami, FL 33181-1114 |
| 19301821 | + | FASFEPA, PO Box 64, Brooksville, FL 34605-0064 |
| 19301796 | + | Fearless Inside, 7114 Eagles Nest Lane, Huntersville, NC 28078-5132 |
| 19301812 | + | Files.com, PO Box 8101, Carol Stream, IL 60197-8101 |
| 19301832 | + | First District RESA, 149 South Register Street, P.O. Box 1218, Metter, GA 30439-1218 |
| 19301689 | + | First Step Advisors, 1004 Woodland Way, Clarks Summit, PA 18411-2714 |
| 19301690 | + | Florida School Services, 9737 NW 41st St Ste. 359, Doral, FL 33178-2924 |
| 19301643 | + | Florida School Services, 9737 NW 41st Street, Box 359, Miami, FL 33178-2924 |
| 19301817 | + | FloridaLearns Foundation, PO Box 243, Chipley, FL 32428-0243 |
| 19301742 | | Foley Hoag LLP, 155 Seaport Boulevard, Boston, MA 02210-2600 |
| 19301757 | + | Folly Ventures, 4 Phillips Place, Somerville, MA 02143-2544 |
| 19301644 | + | Folly Ventures, 4 Phillips Place 2, Somerville, MA 02143-2544 |
| 19301815 | + | Foundation for New Education Initiatives, Inc., 1450 Northeast 2nd Avenue, Suite 315, Miami, FL 33132-1308 |
| 19301645 | + | Foundation for Rural Education, PO Box 756, Palatka, FL 32178-0756 |
| 19301842 | + | Foundation for Rural Education Excellence, Inc., P.O. Box 756, Palatka, FL 32178-0756 |
| 19301778 | + | Friends of AALA, 1910 Sunset Boulevard, Suite 410, Los Angeles, CA 90026-3393 |
| 19301825 | + | GEORGIA SCHOOL SUPERINTENDENTS ASSOCIATION, 9 Jefferson Street, Newnan, GA 30263-1911 |
| 19301838 | + | GeoEvent, LLC, 7139 Hazeltine Avenue apt. 217, Los Angeles, CA 91405-3265 |
| 19301646 | + | Georgia School Board Association, 5120 Sugarload Parkway, Lawrenceville, GA 30043-5702 |
| 19301826 | + | Georgia School Boards Association, 5120 Sugarloaf Parkway, Lawrenceville, GA 30043-5702 |
| 19301818 | + | Goodwin Procter LLP, 53 State Street, Exchange Place, Boston, MA 02109-2820 |
| 19301691 | + | Grant, Shadarra, 3512 Valley Chase Ct, Lithonia, GA 30038-2758 |
| 19301647 | + | Greater Florida Consortium, Florida Schools Services, Inc., 9737 NW 41st Street, Miami, FL 33178-2924 |
| 19301731 | + | Greater Florida Consortium of School Boards, Florida School Services, Inc., 9737 NW 41st Street, Doral, FL 33178-2924 |
| 19301692 | + | Grove, Keiko, 10097 Mountain Rd, Mill Creek, PA 17060-9549 |
| 19301787 | + | Gulf Coast Challenge, PO Box 41014, Mobile, AL 36640-1014 |
| 19301648 | + | Gunderson Dettmer, 550 Allerton St., Redwood City, CA 94063-1524 |
| 19301649 | + | Guyatu Bati, 113 Jacob Dr., Mankato, MN 56001-5296 |
| 19301732 | | Harbinger Systems Inc, 16770 NE,, 79th Street, Suite 106, Redmond, WA 98052 |
| 19301650 | | Harbinger Systems Private Limited, 139 Siddhant, Survey No 97/6 Off Paud Ro, Kothrud Pune, KY 41103-8000 |
| 19301819 | + | Harvesting Hope, 16200 Southwest 285th Street, Homestead, FL 33033-1026 |
| 19301693 | + | Hattabaugh II, Mark, 12843 Spring Lake Dr, Cooper City, FL 33330-2747 |
| 19301807 | + | Hazel Health Inc, 8300 Esters Boulevard, Irving, TX 75063-2233 |
| 19301809 | + | Heartland Educational Consortium, 1096 US Highway 27, Lake Placid, FL 33852-9436 |
| 19301733 | + | HubSpot, PO Box 419842, Boston, MA 02241-9842 |
| 19301837 | + | ILO Group, 10 Dorrance Street, Suite 700 #15561, Providence, RI 02903-2014 |
| 19301780 | + | Institute For Education Innovation, 46 Woodbine Avenue, Suite 4, Northport, NY 11768-2884 |
| 19301816 | + | JASON Learning, 44983 Knoll Square Suite 150, Ashburn, VA 20147-2692 |
| 19301694 | + | Jackson, Toby, 178 E Hanover Ave 103-133, Cedar Knolls, NJ 07927-2038 |
| 19301768 | + | Jackson-Price Consulting Services Inc, 47 W Polk, Unit 174, Chicago, IL 60605-2000 |
| 19301730 | + | K1 Investment Management, 875 Manhattan Beach Blvd, Manhattan Beach, AL 90266-4911 |
| 19301652 | + | KEH Communications, 504 Balt.-Annapolis Blvd., Ste 6, Severna Park, MD 21146-3890 |
| 19301695 | + | Kerr, Debra, 6101 SW 148 Ave, Southwest Ranches, FL 33330-3400 |
| 19301791 | + | Key Biscayne Community Foundation, 240 Crandon Boulevard, Key Biscayne, FL 33149-1543 |
| 19301743 | + | LRP CONFERENCES, LLC, 360 Hiatt Drive, Palm Beach Gardens, FL, FL 33418-7106 |
| 19301790 | + | Leadership on Demand in Demand, 555 South Goddard Boulevard, Apt. 131, King of Prussia, PA 19406-1950 |
| 19301696 | + | Lecompte, Liz, 46 Norwood Avenue, 1, Buffalo, NY 14222-2320 |
| 19301792 | + | Lede Ventures LLC, 1515 Vancouver Avenue, Burlingame, CA 94010-5537 |

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 3 of 5 |
| Date Rcvd: Aug 14, 2024 | Form ID: 309C | Total Noticed: 199 |

```
19301752        +   Leoni Consulting Group Llc, 238 Woodward Ave, Apt. 2, Sausalito, CA 94965-3326
19301735            Life Labs Learning, P.O. Box 22202, New York, NY 10087-2202
19301841        +   Los Angeles Unified School District Education Foun, 333 South Beaudry Avenue, Los Angeles, CA 90017-5141
19301653        +   Los Angeles United School District, 333 South Beaudry Ave., Los Angeles, CA 90017-5141
19301844        +   MECA, 1501 Northeast 2nd Avenue, SBAB Annex Room 409G, Miami, FL 33132-1309
19301657        +   MECA Education Comm of States, PO Box 33674, Denver, CO 80233-0674
19301697        +   Maddox, Griffin, 6612 Shedden Rd, Greenbrier, TN 37073-4732
19301789        +   Marengo Community High School, 110 Franks Road, Marengo, IL 60152-3425
19301848        +   Marengo Community Pharmacy, 20015 East Grant Highway, Marengo, IL 60152-8207
19301654        +   Mary Nelson, 5252 Finisterre Drive, Panama City, FL 32408-7925
19301656        +   Massena Central, 84 Nightengale Ave., Massena, NY 13662-2594
19301759        +   Massena Central School District, 84 Nightengale Avenue, Massena, NY 13662-2594
19301698        +   Mayle, Ava, 1502 E Sumner Ave, Indianapolis, IN 46227-3291
19301658        +   Miami Dade, 1450 N.E. Second Ave., Suite 912, Miami, FL 33132-1308
19301699        +   Moore, Alicen, 1307 Hickory Trace Dr, Greensboro, NC 27407-2847
19301659        +   National Coalition on Education Equity, 11856 Balboa Blvd, Suite 228, Granada Hills, CA 91344-2753
19301784        +   Nothing But Education, 5071 Lake Bluff Road, West Bloomfield, MI 48323-2430
19301772        +   Npn360, 2801 Lakeside Drive, Ste 110, Bannockburn, IL 60015-1200
19301700        +   O'Brien, Maureen, 330 East 33rd Street, 12M, New York, NY 10016-9438
19301764        +   Obility Consulting Inc, PO Box 2393, Lake Oswego, OR 97035-0674
19301814            Openai LLc, 548 Market Street Pmb 97273, San Francisco, CA 94104-5401
19301781        +   Outreach Corporation, 333 Elliot Ave W Suite 500, Seattle, WA 98119-4115
19301755        +   PR Newswire, 602 Plaza Three, Harborside Financial Center, Jersey City, NJ 07311
19301701        +   Pantaleon, Elizabeth, 4143 SW 65th Ave, Davie, FL 33314-3327
19301702        +   Patel, Karan, 10895 Holman Ridge Road, Glen Allen, VA 23059-5926
19301703        +   Polling, Owen, 720 Rainbow Dr NW, Lancaster, OH 43130-9197
19301704        +   Posner, Bethany, 2 Garrison Farms Court, Pikesville, MD 21208-1846
19301660        +   Prince Georges County, Sasscer Administration Bldg., 14201 School Lane, Upper Marlboro, MD 20772-2866
19301745        +   RYE Consulting, 3611 Lipan Street, Denver, CO 80211-3046
19301661        +   ReThink Education II L.P., 707 Westchester Ave., Suite 401, White Plains, NY 10604-3102
19301662        +   ReThink Education III L.P., 707 Westchester Ave, #401, White Plains, NY 10604-3102
19301663        +   ReThink Education Seed L.P., 707 Westchester Ave., Suite 401, White Plains, NY 10604-3102
19301728        +   Redfish Technology, 416 South Main St, Suite 201, Hailey, ID 83333-8440
19301820            Region 19 Education Service Center, 6611 Boeing Drive, El Paso, TX 799251010
19301746        +   Revenue Ops LLC, 67 Agnes Drive, Framingham, MA 01701-3845
19301805        +   Rhodes Strategy Group, 502 Dennis Magruder Drive, Upper Marlboro, MD 20774-2108
19301705        +   Rhodes, Christian, 502 Dennis Magruder Dr, Upper Marlboro, MD 20774-2108
19301664        +   Richard Kerr, 3386 W 104th St, Hialeah, FL 33018-1242
19301706        +   Rodriguez, Marvict J, 1937 Panama Drive, APT 7, Sarasota, FL 34234-8461
19301766        +   Romano & Associates, 228 Park Ave S, 94676, New York, NY 10003-1502
19301798        +   SIIA, P.O. Box 34340, Washington, DC 20043-4340
19301740        +   SWPR Group, 19714 Sunshine Way, Bend, OR 97702-1984
19301763            Salesforce.com, PO Box No. 203141, Dallas, TX 75320-3141
19301707        +   Salzwedel, Andrew, 76 DOONBEG DR, FUQUAY VARINA, NC 27526-2293
19301708        +   Sangary, Raquel, 4419 Stonefield Dr, Orlando, FL 32826-4257
19301738        +   School Superintendents Of Alabama, 534 Adams Avenue, Montgomery, AL 36104-4334
19301758        +   Sedgwick Street Partners LLC, 4743 Kincross Ct, Boulder, CO 80301-4230
19301754        +   Sedgwick Street Partners, LLC, 2500 South Court, Palo Alto, CA 94301-4240
19301771        +   Skaled Consulting, 823 Congress Ste 1550, Austin, TX 78701-2648
19301709        +   Skylar, Jess, 4316 Guardia Ave., Los Angeles, CA 90032-1117
19301710        +   Sloan, Julie, 12813 97th Ave NE, Kirkland, WA 98034-2738
19301711        +   Smith, Preston, 5222 Buffington Rd., El Monte, CA 91732-1242
19301712        +   Smith, Shakyna, 1023 49th St, Norfolk, VA 23508-1946
19301665        +   Spero Fund I, LP, 1325 Howard Ave. #923, Burlingame, CA 94010-4212
19301666        +   Statista, Inc., 3 World Trade Center, 175 Greenwich Street, 36th Floor, New York, NY 10007-2784
19301773        +   Street LLC, 3310 Central St, Evanston, IL 60201-1151
19301713        +   Suazo Taylor, Destiny, 8960 NW, 21st Street, Pembroke Pines, FL 33024-3215
19301667        +   Svitia Systems, 100 Meadowcreek Dr. Ste 102, Corte Madera, CA 94925-1230
19301726        +   Svitla Systems, Inc., 100 Meadowcreek Dr. Ste 102, Corte Madera, CA 94925-1230
19301737       #+   Taren E Bradley, 3111 Burning Springs Road, Apartment 3A, Laurel, MD 20724-6054
19301668        +   Tech Breakthrough, 22 Corte Vidriosa, San Clemente, CA 92673-7009
19301806        +   The Only Agency Inc., 20 West 22nd Street, Suite 905, New York, NY 10010-5845
19301788        +   The Pinkney Group, 201 South Warren Street, Mobile, AL 36602-1620
```

Case 24-11841-LSS    Doc 7    Filed 08/16/24    Page 6 of 7

| District/off: 0311-1 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Aug 14, 2024 | Form ID: 309C | Total Noticed: 199 |

| | | |
|---|---|---|
| 19301714 | + | The Pinkney Group LLC, 201 S Warren St, Mobile, AL 36602-1620 |
| 19301724 | + | The TSB Group, 811 Wilshire Boulevard 17th Floor, Unit 548, Los Angeles, CA 90017-2606 |
| 19301715 | + | Tolefree, Davione, 4305 S Harlem Ave Apt 2, Berwyn, IL 60402-4227 |
| 19301716 |   | Torres, Yohan, Rio Grande Canyon Loop, Poinciana, FL, 34759 |
| 19301783 | + | True Capital Partners, 56 N Haddon Avenue, Haddonfield, NJ 08033-2438 |
| 19301717 | + | Turner, Kia, 7420 Troost Avenue, NUM 16254, Kansas City, MO 64131-5600 |
| 19301669 | + | Union Local School District, 66779 Belmont Morristown Road, Belmont, OH 43718-9568 |
| 19301670 | + | University View Academy, 3113 Valley Creek Dr., Baton Rouge, LA 70808-3147 |
| 19301800 | + | University of Chicago, 1212 East 59th Street, Chicago, IL 60637-1604 |
| 19301804 | + | Urban Superintendent Collaborative Inc., 331 Community Center Avenue, Gaithersburg, MD 20878-4015 |
| 19301718 | + | Vargas, Gus, 604 Antebellum Way, Collierville, TN 38017-1798 |
| 19301795 | + | Watco Marketing Services, 66 Orchard Street, Unit 1, Cambridge, MA 02140-1309 |
| 19301719 | + | Watkins, Lauren, 66 Orchard St, Unit 1, Cambridge, MA 02140-1309 |
| 19301671 | + | Weehawken NJ, 53 Liberty Place, Weehawken, NJ 07086-7023 |
| 19301720 | + | Wellington Lynn, LLC, 8327 NW 26th Court, Cooper City, FL 33024-3184 |
| 19301672 | + | Whiteboard Advisors, 1000 Potomac St NW Suite 150, Washington, DC 20007-3563 |
| 19301673 | + | Wicked Sage, 12721 Oak Farms Dr, Herndon, VA 20171-4217 |
| 19301777 | + | Wicked Sage, LLC, 12721 Oak Farms Dr, Oak Hill, VA 20171-4217 |
| 19301760 | + | Winning By Design, 650 CASTRO STREET, Suite 120-252, Bldg 4, Ste 210, MOUNTAIN VIEW, CA 94041-2055 |
| 19301674 | + | Wolf, Greenfield, Sacks PC, 600 Atlantic Ave., Boston, MA 02210-2206 |
| 19301721 | + | Young, Diego, 9 Bowling Dr, Oakland, CA 94618-1707 |
| 19301675 | + | Ypsilanti Community School District, 1885 Packard Road, Ypsilanti, MI 48197-1846 |
| 19301770 | + | ZoomInfo Technologies LLC, 805 Broadway Street, Suite 900, Vancouver, WA 98660-3506 |
| 19301722 | + | Zuniga, Tanner, 110 Yvonne Ct, Goodlettsville, TN 37072-3151 |

TOTAL: 191

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: jmulvihill@ycst.com | Aug 14 2024 23:18:00 | Joseph M Mulvihill, Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 N. King Street, Wilmington, DE 19801 |
| tr | EDI: BGLMILLER | Aug 15 2024 03:14:00 | George L. Miller, 1628 John F. Kennedy Blvd., Suite 950, Philadelphia, PA 19103-2110 |
| 19301864 + | Email/Text: michael.brittingham@delaware.gov | Aug 14 2024 23:19:00 | Department of Labor, Division of Unemployment Insurance, P.O. Box 9953, Wilmington, DE 19809-0953 |
| 19301782 | EDI: FLDEPREV.COM | Aug 15 2024 03:14:00 | Florida Department of Revenue, 1415 West US Highway 90, STE 115, Lake City, FL 32055-6156 |
| 19301774 | EDI: IRS.COM | Aug 15 2024 03:14:00 | Department of Treasury, P.O. Box 9941, Stop 5500, Ogden, UT 84409 |
| 19301727 + | Email/Text: JDU@WCB.NY.GOV | Aug 14 2024 23:19:00 | New York State Workers Compensation Board, 328 State Street, Room 331, Schenectady, NY 12305-3201 |
| 19301863 + | Email/Text: REV_Bankruptcy_General@state.de.us | Aug 14 2024 23:19:00 | State of Delaware, Division of Revenue, 820 N. French Street, 8th Floor, Wilmington, DE 19801-3509 |
| 19301723 | Email/Text: ecffilings@lni.wa.gov | Aug 14 2024 23:19:00 | Department of Labor Industries, PO Box 44171, Olympia, WA 98504-4171 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 19301744 | | 300 Morris Street Tenant LLC, PO Box 309, Ugland House, Grand Caymen, KY1-1104 |
| 19301811 | | Apify Technologies, Vodickova 704/36, 11000 Prague 1 czech r, prague, 11000 |

| District/off: 0311-1 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Aug 14, 2024 | Form ID: 309C | Total Noticed: 199 |

| | | |
|---|---|---|
| 19301839 | | Carbide Secure Inc., 92 Hillcrest dr, Sydney, B1R1V2 |
| 19301833 | | Harbinger Systems Private Limited, 139 Siddhant, Survey, No 97/6 Off Paud Road Kothrud, Pune, MH 411038 |
| 19301655 | | Massachusetts Franchise Tax |
| 19301810 | | Talkjs, 1 Bogert, Eindhoven, 5612 LX |
| 19301676 | *+ | ABC Educational Consulting Group LLC, 10572 Regatta Ridge Rd, Boynton Beach, FL 33473-4983 |
| 19301824 | *+ | ABC Educational Consulting Group LLC, 10572 Regatta Ridge Rd., Boynton Beach, FL 33473-4983 |
| 19301786 | *+ | Clever, 575 Market Street, suite 1850, San Francisco, CA 94105-5803 |
| 19301801 | *+ | EdSolutions LLC, 301 W. 118th Street, PH1D, New York, NY 10026-1049 |
| 19301756 | *+ | Exbo Group, 305 7th Avenue, Suite 1901, New York, NY 10001-6170 |
| 19301761 | *+ | Gunderson Dettmer, 550 Allerton St., Redwood City, CA 94063-1524 |
| 19301651 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, IRS, Ogden, UT 84201 |
| 19301828 | *+ | KEH Communications, 504 Balt.-Annapolis Blvd., Ste 6, Severna Park, MD 21146-3890 |
| 19301845 | *+ | National Coalition on Education Equity, 11856 Balboa Blvd Suite 228, Granada Hills, CA 91344-2753 |
| 19301840 | *+ | Statista, Inc, 3 World Trade Center, 175 Greenwich Street, 36th Floor, New York, NY 10007-2784 |
| 19301813 | *+ | Tech Breakthrough, 22 Corte Vidriosa, San Clemente, CA 92673-7009 |
| 19301834 | *+ | Whiteboard Advisors, 1000 Potomac St NW Suite 150, Washington, DC 20007-3563 |
| 19301748 | * | Wolf, Greenfield Sacks PC, 600 Atlantic Avenue, Boston, MA 02210-2206 |
| 19301765 | ##+ | Capitol Tech Solutions, 2830 G Street, Suite 200, Sacramento, CA 95816-3784 |
| 19301753 | ##+ | Exbo Group, 377 1st Street, Unit 2, Brooklyn, NY 11215-1931 |
| 19301799 | ##+ | Magnolia Bluebird Design + Events, 16047 Comprint Circle, Gaithersburg, MD 20877-1320 |
| 19301803 | ##+ | Observation Group, 641 Fulton Avenue, STE 200, Sacramento, CA 95825-4869 |
| 19301785 | ##+ | Robots and Pencils, 1215 Superior Avenue, Ste M25, Cleveland, OH 44114-3282 |
| 19301797 | ##+ | Shepard, 1424 Hills Place Northwest, Atlanta, GA 30318-2821 |
| 19301849 | ##+ | Twilio, 375 Beale Street, Suite 300, San Francisco, CA 94105-2177 |

TOTAL: 6 Undeliverable, 13 Duplicate, 7 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2024 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| George L. Miller | gmiller@mctllp.com  lcromley@mctllp.com;Clawless@mctllp.com;de22@ecfcbis.com |
| Joseph M Mulvihill | on behalf of Debtor AllHere Education  Inc. jmulvihill@ycst.com, bankfilings@ycst.com |
| U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |

TOTAL: 3