**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

In Re: AllHere Education, Inc.        Chapter  7

                                      Case No.  24 - 11841   ( LSS )

**GOVERNMENT ATTORNEY CERTIFICATION**

Pursuant to the requirement of Local Rule 9010-1(e) for admittance of Government counsel to represent the United States of America (or any officer or agency thereof) or any state or local government (or any officer or agency thereof), the undersigned counsel hereby certifies the following in order to satisfy the requirement to appear to represent  Los Angeles Unified School District  in this action:  I am admitted to practice law in __(court(s))

  USDC - Central, Northern, Southern of CA; USBC - Central, Southern, Northern of California

I am in good standing in all jurisdictions to which I have been admitted; and, further, I consent to be bound by the Local Rules of the Bankruptcy Court-District of Delaware and submit to the jurisdiction of this court for disciplinary purposes.

/s/ Dustin J. Nirschl

Agency/Organization
Name:        Best Best & Krieger LLP, 3390 University

Address:     3390 University Avenue, Fifth Floor

             Riverside, CA 92501

Phone:       (951) 826-8211

Email:       dustin.nirschl@bbklaw.com

Local Form 105A