IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AllHere Education, Inc.<br><br>      Debtors. | Chapter 7<br><br>Case No. 24-11841 (LSS) |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that Werb & Sullivan and Rogers Law Offices hereby enters their appearance in the above-captioned cases as counsel to the Svitla pursuant to 11 U.S.C. § 1109(b) and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and such counsel hereby request, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and 11 U.S.C. §§ 342 and 1109(b), that further copies of all notices and pleadings given or filed in the above-captioned cases be given to and served upon the following at the addresses listed below:

| | |
|---|---|
| Brian A. Sullivan (DE Bar No. 2098)<br>Werb & Sullivan<br>1225 N. King Street, Suite 600<br>Wilmington, DE 19801<br>Phone: 302-652-1100<br>Fax: 302-652-1111<br>bsullivan@werbsullivan.com<br><br>*Attorneys for Svitla* | Beth E. Rogers<br>Rogers Law Offices<br>River Ridge<br>9040 Roswell Road, Suite 205<br>Atlanta, GA 30350<br>Phone: 770-685-6320<br>brogers@berlawoffice.com<br><br>*Attorneys for Svitla* |

**PLEASE TAKE FURTHER NOTICE** that pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or

oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in the above-referenced cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim, or suit is intended nor shall be deemed to waive (i) any right to have final orders in non-core matters entered only after de novo review; (ii) any right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) any right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which the Noteholders are or may be entitled under agreements, at law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments expressly are hereby reserved.

Dated: August 26th, 2024
       Wilmington, DE

Respectfully submitted,

**WERB & SULLIVAN**

*/s/ Brian A. Sullivan*
Brian A. Sullivan (DE Bar No. 2098)
1225 N. King Street, Suite 600
Wilmington, DE 19801
Phone: 302-652-1100
Fax: 302-652-1111
bsullivan@werbsullivan.com

-and-

Beth E. Rogers
Rogers Law Offices
River Ridge
9040 Roswell Road, Suite 205
Atlanta, GA 30350
Phone:770-685-6320
brogers@berlawoffice.com

*Attorneys for Svitla*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AllHere Education, Inc.<br><br>                     Debtors. | Chapter 7<br><br>Case No. 24-11841 (LSS) |

## CERTIFICATE OF SERVICE

    I, Brian A. Sullivan, certify that the *Notice of Appearance and Request for Service* was served on August 26, 2024 by CM/ECF, upon the parties who have registered for CM/ECF service of notices and pleadings in this case:

Dated: August 26, 2024
       Wilmington, DE

Respectfully submitted,

**WERB & SULLIVAN**

*/s/ Brian A. Sullivan*

Brian A. Sullivan (DE Bar No. 2098)
1225 N. King Street, Suite 600
Wilmington, DE 19801
Phone: 302-652-1100
Fax: 302-652-1111
bsullivan@werbsullivan.com

-and-

Beth E. Rogers
Rogers Law Offices
River Ridge
9040 Roswell Road, Suite 205
Atlanta, GA 30350
Phone:770-685-6320
brogers@berlawoffice.com

*Attorneys for Svitla*