**U.S. Bankruptcy Court**
**824 Market Street, 3rd Floor**
**Wilmington, DE 19801**

---

Undeliverable Address:
300 Morris Street Tenant LLC
PO Box 309, Ugland House
Grand Caymen, KY1-1104

Role type/cr id: 19301744
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:

**Foreign address**

---

Undeliverable Address:
Apify Technologies
Vodickova 704/36, 11000 Prague 1 czech r
prague, 11000

Role type/cr id: 19301811
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:

**Foreign address**

---

Undeliverable Address:
Capitol Tech Solutions
2830 G Street
Suite 200
Sacramento, CA 95816

Role type/cr id: 19301765
Reason Undeliverable: FORWARDING ADDRESS WITH USPS: 2831 G ST STE 200,

SACRAMENTO CA 95816-3783 FORWARDING ORDER HAS EXPIRED
THE UPDATED ADDRESS IS:

**Capitol Tech Solutions**
**2831 G Street, Suite 200**
**Sacramento, CA 95816**

Undeliverable Address:
Carbide Secure Inc.
92 Hillcrest dr
Sydney, B1R1V2

Role type/cr id: 19301839
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:

**Foreign address**

Undeliverable Address:
Exbo Group
377 1st Street
Unit 2
Brooklyn, NY 11215

Role type/cr id: 19301753
Reason Undeliverable: FORWARDING ORDER HAS EXPIRED
THE UPDATED ADDRESS IS:

 **Exbo Group**
**305 7th Avenue**
**Suite 1901**
**New York, NY 10001**

Undeliverable Address:

31978439.1

Harbinger Systems Private Limited
139 Siddhant, Survey
No 97/6 Off Paud Road Kothrud
Pune, MH 411038

Role type/cr id: 19301833
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:

**Foreign address**

Undeliverable Address:
Magnolia Bluebird Design + Events
16047 Comprint Circle
Gaithersburg, MD 20877

Role type/cr id: 19301799
Reason Undeliverable: FORWARDING ADDRESS WITH USPS: 8505 MUSCATELLO CT, GAITHERSBURG MD 20877-4140 FORWARDING ORDER HAS EXPIRED
THE UPDATED ADDRESS IS:

 **Magnolia Bluebird Design + Events**
**8505 Muscatello Court**
**Gaithersburg, MD 20877**

Undeliverable Address:
Massachusetts Franchise Tax

Role type/cr id: 19301655
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:

**Massachusetts Franchise Tax**
**Department of Revenue**
<u>**200 Arlington Street**</u>
<u>**Chelsea, MA 02150**</u>

Undeliverable Address:
Observation Group
641 Fulton Avenue
STE 200
Sacramento, CA 95825

Role type/cr id: 19301803
Reason Undeliverable: FORWARDING ADDRESS WITH USPS: 2377 GOLD MEADOW WAY STE 100, GOLD RIVER CA 95670-4444 FORWARDING ORDER HAS EXPIRED
THE UPDATED ADDRESS IS:

**Observation Group**
**2377 GOLD MEADOW WAY STE 100,**
**GOLD RIVER CA 95670-4444**

Undeliverable Address:
Robots and Pencils
1215 Superior Avenue
Ste M25
Cleveland, OH 44114

Role type/cr id: 19301785
Reason Undeliverable: FORWARDING ORDER HAS EXPIRED
THE UPDATED ADDRESS IS:

**Robots and Pencils**
**7 1/2 N Franklin St.**
**Chagrin Falls, OH 44022**

Undeliverable Address:
Shepard
1424 Hills Place Northwest
Atlanta, GA 30318

Role type/cr id: 19301797
Reason Undeliverable: FORWARDING ADDRESS WITH USPS: 1778 MARIETTA BLVD NW, ATLANTA GA 30318-3661 FORWARDING ORDER HAS EXPIRED
THE UPDATED ADDRESS IS:

31978439.1

**Shepard**
1531 Carroll Drive NW
Atlanta, GA 30318

Undeliverable Address:
Talkjs
1 Bogert
Eindhoven, 5612 LX

Role type/cr id: 19301810
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:

**Foreign address**

Undeliverable Address:
Twilio
375 Beale Street
Suite 300
San Francisco, CA 94105

Role type/cr id: 19301849
Reason Undeliverable: FORWARDING ORDER HAS EXPIRED
THE UPDATED ADDRESS IS:

Twilio
101 Spear Street, 1st Fl
San Francisco, CA 94105

  /s/ Joseph M. Mulvihill                         08/29/24
Signature of Debtor or Debtor's Attorney         Date

**The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.**

31978439.1