# Exhibit A

**(Proposed Order)**

{02046974;v1 }

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| ALLHERE EDUCATION, INC., | ) | Case No. 24-11841 (LSS) |
| | ) | |
| Debtor. | ) | **Related D.I.** |
| | ) | |
| | ) | |

**ORDER PURSUANT TO 11 U.S.C. §§ 327, 328 AND 330, FED. R. BANKR. P. 2014 AND 2016 AND LOCAL RULE 2014-1 AUTHORIZING THE RETENTION AND EMPLOYMENT OF ASHBY & GEDDES, P.A. AS COUNSEL TO GEORGE L, MILLER, CHAPTER 7 TRUSTEE, <u>NUNC PRO TUNC</u> TO AUGUST 27, 2024**

Upon consideration of the application (the "<u>Application</u>")[1] of, George L. Miller (the "<u>Trustee</u>"), Chapter 7 Trustee of AllHere Education, Inc. (the "<u>Debtor</u>") and its estate (the "<u>Estate</u>"), for an order authorizing the Trustee to retain and employ the law firm of Ashby & Geddes, P.A. ("<u>Ashby & Geddes</u>") as counsel *nunc pro tunc* to August 27, 2024, pursuant to Bankruptcy Code sections 327, 328 and 330, Bankruptcy Rules 2014 and 2016 and Local Rule 2014-1; and upon consideration of the Palacio Affidavit filed in support thereof; and the Court being satisfied based upon the representations made in the Application and the Palacio Affidavit that Ashby & Geddes represents no interest adverse to the Trustee or the Debtor or the Debtor's estate, that Ashby & Geddes is a "disinterested person" as that term is defined under section 101(14) of the Bankruptcy Code, and that Ashby & Geddes' employment is necessary and is in the best interests of the Trustee and the Debtor's estate; and due and adequate notice of the Application having been given; and it appearing that no further or other notice is required; and after due deliberation and sufficient cause appearing therefor, it is hereby **ORDERED** that:

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Application.

{02046974;v1 }

1. The Application is hereby **GRANTED**.

2. In accordance with sections 327 and 328 of the Bankruptcy Code, the Trustee is hereby authorized to retain and employ the law firm of Ashby & Geddes, P.A. as counsel on the terms set forth in the Application and the Palacio Affidavit, effective *nunc pro tunc* to August 27, 2024.

3. In accordance with sections 328, 330 and 331 of the Bankruptcy Code, Ashby & Geddes shall be entitled to the allowance and payment of compensation and reimbursement of expenses upon the filing and approval of interim and final applications pursuant to the Bankruptcy Code, Bankruptcy Rules, the Local Rules and such other Orders as the Court may enter.

4. The Trustee is authorized and empowered to take such actions as may be necessary and appropriate to implement the terms of this Order.

5. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation or implementation of this Order.