# Exhibit B

**(Palacio Affidavit)**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| ALLHERE EDUCATION, INC., | ) | Case No. 24-11841 (LSS) |
| | ) | |
| Debtor. | ) ) | |

**AFFIDAVIT OF RICARDO PALACIO IN SUPPORT OF THE
APPLICATION FOR AN ORDER, PURSUANT TO 11 U.S.C. §§ 327, 328 AND 330,
FED. R. BANKR. P. 2014 AND 2016 AND LOCAL RULE 2014-1, AUTHORIZING
THE RETENTION AND EMPLOYMENT OF ASHBY & GEDDES, P.A.
AS COUNSEL TO GEORGE L. MILLER, CHAPTER 7 TRUSTEE,
_NUNC PRO TUNC_ TO AUGUST 27, 2024**

| | | |
|---|---|---|
| STATE OF DELAWARE | ) | |
| | ) | ss.: |
| COUNTY OF NEW CASTLE | ) | |

Ricardo Palacio, being duly sworn, deposes and says:

1. I am a member of the firm of Ashby & Geddes, P.A. ("Ashby & Geddes" or the "Firm"), which maintains an office for the practice of law at 500 Delaware Avenue, 8th Floor, Wilmington, Delaware 19899. I make this affidavit in support of the *Application for an Order Pursuant to 11 U.S.C. §§ 327, 328 and 330, Fed. R. Bankr. P. 2014 and 2016 and Local Rule 2014-1 Authorizing the Retention and Employment of Ashby & Geddes, P.A., as Counsel to George L. Miller, Chapter 7 Trustee, Nunc Pro Tunc, to August 27, 2024* (the "Application") filed by George L. Miller (the "Trustee"), Chapter 7 Trustee of AllHere Education, Inc. (the "Debtor") and its estate (the "Estate").

2. Except as otherwise indicated, I have personal knowledge of the matters set forth herein.[3] To the extent that any information disclosed herein requires amendment or modification

---

[3] Certain of the disclosures herein may relate to matters within the knowledge of others.

upon additional analysis or discovery of additional information by Ashby & Geddes, Ashby & Geddes will submit a supplemental affidavit disclosing such information.

3. On August 13, 2024 (the "Petition Date"), the Debtor filed a voluntary petition under Chapter 7 of the Bankruptcy Code commencing this chapter 7 case (the "Case").

4. Following the filing of the bankruptcy petition, the United States Trustee for the District of Delaware appointed George L. Miller to serve as interim Chapter 7 Trustee in this Case.

5. On August 27, 2024, the Trustee selected Ashby & Geddes as his general bankruptcy counsel and requested that Ashby & Geddes begin to advise him in connection with the administration of this Case.

6. The Trustee is in the process of investigating the Debtor's assets with the intent of maximizing value for the benefit of creditors.

7. Ashby & Geddes has conducted a series of searches in the Firm's conflicts databases to identify relationships with the Debtor, its creditors and other parties-in-interest (or potential parties-in-interest) in this Case.

8. Ashby & Geddes systematically maintains and updates its conflicts check system in the regular course of its business. The system is designed to record every entity that has ever engaged the Firm, and every matter in respect of which the Firm has ever been engaged. Further, with respect to each past or present matter, the system records the identity of related parties and adverse parties and the Ashby & Geddes attorney(s) who are knowledgeable about the matter.

9. In connection with its proposed retention by the Trustee in this Case and preparing this Affidavit, Ashby & Geddes prepared an extensive, but not necessarily comprehensive, list of

interested parties and significant creditors (the "Potential Parties-in-Interest")[4] for review in the computerized conflict check system maintained by Ashby & Geddes. Such Potential Parties-in-Interest include, but are not limited to: (i) the Debtor; (ii) certain significant creditors of the Debtor's estate[5]; (iii) the Debtor's alleged secured lenders and its professionals; (iv) executory contract and lease counterparties and its professionals; (v) the United States Trustee's Office for the District of Delaware and their professionals; and (vi) the judiciary for the United States Bankruptcy Court for the District of Delaware.

10. A list of the names of the Potential Parties-in-Interest that were submitted to the conflict check system is attached hereto as **Schedule 1**.

11. Attached hereto as **Schedule 2** is a list of the entities or individuals, or entities, if any, that may be affiliates of the entities, identified in Schedule 1 that Ashby & Geddes has represented, currently represents or may represent in the future in matters totally unrelated to the Debtor and this Case. When warranted, the Ashby & Geddes attorney who worked with such parties was asked about the connection between such parties and Ashby & Geddes and if he or she was aware of any conflict that may exist if Ashby & Geddes represented the Trustee.

12. Out of an abundance of caution, I disclose that (i) The Honorable Christopher S. Sontchi (Ret.) was a Director of Ashby & Geddes prior to his appointment to the bench in 2006; (ii) The Honorable Karen B. Owens was a Director of Ashby & Geddes prior to her appointment to the bench in 2019; (iii) Don A. Beskrone, a Director of this Firm, was previously employed by the Office of the United States Trustee, Region 3 as a trial attorney; and (iv) an associate of this

---

[4] This list is based upon the Schedules, Statements and Creditors List filed by the Debtor, and on the Trustee's investigation to date. However, as information becomes available, Ashby & Geddes will supplement this Application and the Palacio Affidavit, as appropriate. Indeed, as additional parties-in-interest are discovered through further investigation, Ashby & Geddes will submit a supplemental affidavit in compliance with Local Rule 2014-1(a).

Firm, Destiny Kosloske, is engaged to be married to a judicial law clerk currently serving under the Honorable Karen B. Owens.

13. As a result of the foregoing procedures, I have thus far ascertained that Ashby & Geddes has no disqualifying conflicts of interest.

14. I have further determined that neither Ashby & Geddes, nor any partner, counsel or associate of Ashby & Geddes: (i) holds an adverse interest in connection with this Case or (ii) represents any other entity having an adverse interest in connection with this Case. I have also determined that Ashby & Geddes is "disinterested" as that term is defined in section 101(14) of the Bankruptcy Code in that Ashby & Geddes—(A) is not a creditor, an equity security holder, or an insider of the Debtor, (B) is not and was not, within 2 years before the date of the filing of the petition, a director, officer or employee of the Debtor, and (C) does not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, in connection with, or interest in, the Debtor, or for any other reason.

15. Because of the nature of its general practice, and as disclosed in Schedule 2, Ashby & Geddes: (i) has appeared in the past and may appear in the future in cases unrelated to this Case where one or more of the Potential Parties-in-Interest may be involved and (ii) has represented in the past, currently represents or may represent in the future one or more of such parties or other Potential Parties-in-Interest in matters unrelated to this Case. Ashby & Geddes does not represent these entities on matters in any way related to the Debtor or this Case.

16. As disclosed in Schedule 2, as part of its practices, Ashby & Geddes and its members, counsel and associates have in the past represented, currently represent and may represent in the future entities, or affiliates of entities, that are creditors of the Debtor, or other

parties-in-interest in this Case in matters unrelated to this Case.  Prior to the commencement of this Case, Ashby & Geddes has not, and during the pendency of its representation of the Trustee will not, represent any entity other than the Trustee in connection with this Case.

17. Further, Ashby & Geddes appears in cases, proceedings and transactions involving different attorneys, accountants, financial consultants and investment bankers, some of which now or may in the future represent parties-in-interest in this Case.  Additionally, in the course of its practice, Ashby & Geddes represents different financial institutions in matters unrelated to the Debtor and has or may have represented one or more of the financial institutions which are creditors in this Case.  Notwithstanding the foregoing, Ashby & Geddes has not and will not represent any of such entities, or any of their affiliates or subsidiaries, in relation to this Case, or have any relationship with any such entity, attorneys, accountants, financial consultants and investment bankers which would be adverse to the Trustee or the Debtor's estate.

18. Ashby & Geddes will continue to supplement this Affidavit as appropriate upon completion of its additional search and as additional creditors and parties-in-interest are identified in this Case.

19. Subject to the Court's approval, Ashby & Geddes will charge for its legal services on an hourly basis in accordance with its ordinary and customary hourly rates in effect on the date such services are rendered.  Ashby & Geddes will seek approval of payment of compensation and reimbursement of expenses subject to sections 328(a) and 330 of the Bankruptcy Code upon Ashby & Geddes' filing of appropriate applications for the allowance of interim and final compensation and reimbursement of expenses pursuant to sections 328, 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016 and such other Orders as the Court may enter.

20. Although certain additional professionals and paraprofessionals at Ashby & Geddes may provide services to the Trustee from time to time, the principal attorneys and paralegal presently designated to represent the Trustee, and their current standard hourly rates, are:

| NAME | TITLE | RATE |
|---|---|---|
| Ricardo Palacio | Director | $785 |
| Destiny A. Kosloske | Associate | $395 |
| Kristy Jones | Paralegal | $335 |
| Anthony Dellose | Paralegal | $335 |

21. The hourly rates set forth above are Ashby & Geddes' current regular hourly rates for work of this nature and are subject to adjustment on an annual basis, effective January 1. In addition, other attorneys and paralegals will be involved as necessary and appropriate to represent the Trustee. The current range of rates of Ashby & Geddes partners, attorneys, paralegals and legal secretaries are as follows:

| TITLE | RATE |
|---|---|
| Partners/Of Counsel | $620 – $1090 |
| Associates | $305 – $465 |
| Paralegals/Legal Secretaries | $300 – $335 |

22. The hourly rates set forth above are set at a level designed to fairly compensate Ashby & Geddes for the work of its attorneys and paraprofessionals and to cover fixed and routine overhead expenses. Such hourly rates do not include charges for non-legal personnel who also record time spent working on matters for particular clients. It is Ashby & Geddes' policy to charge its clients in all areas of practice for all other expenses incurred in connection with the client's case. The expenses charged to clients include, among other things, regular mail and express mail charges, special or hand delivery charges, document processing charges, printing/photocopying charges, travel expenses, expenses for "working meals," computerized research charges and transcription costs, as well as non-ordinary overhead expenses such as secretarial and other

overtime.  Ashby & Geddes will charge the Trustee for these expenses in a manner and at rates consistent with charges made generally to Ashby & Geddes' other clients or as previously fixed by this Court.  In accordance with Local Rule 2016-2(d)(ix), travel time during which no work is performed shall be separately described and billed at no more than 50% of regular hourly rates.

23. Other than as set forth herein or in the Application, no arrangement is proposed between the Trustee and Ashby & Geddes for compensation to be paid in this Case.

24. Ashby & Geddes understands that any compensation and expenses paid to it must be approved by this Court upon application consistent with the Bankruptcy Code and applicable Bankruptcy Rules and Local Rules.

25. No promises have been received by the Firm, nor by any partner, counsel, or associate thereof, as to compensation in connection with this Case other than in accordance with the provisions of the Bankruptcy Code.  The Firm has no agreement with any other entity to share with such entity any compensation received by the Firm in connection with this Case.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct to the best of my information and belief.

Dated: September 9, 2024
Wilmington, Delaware

**ASHBY & GEDDES, P.A.**

 /s/ Ricardo Palacio
Ricardo Palacio (DE Bar No. 3765)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
Tel: (302) 654-1888
Email: RPalacio@ashbygeddes.com

*(Proposed) Counsel for George L. Miller, Chapter 7 Trustee*

## SCHEDULE 1

### Creditors and Other Potential Parties in Interest

**Debtor/Affiliates**
AllHere Education, Inc.

**Debtor's Professionals**
Joseph M. Mulvihill
Young Conaway Stargatt & Taylor, LLP

**Debtor's Employees/Directors**
Andrew Parker
Toby Jackson
Andre Bennin
Jeff Livingston
Janice Jackson

**Equity Interest Holders**
Joanna Smith
New Wave Advisors, LLC
Rethink Education III, L.P.
SB Opportunity Fund LLC
Potencia Ventures
Gratitude Railroad Ventures, LLC
Rethink Education II, L.P.
Rethink Education Seed, L.P.
AT&T Venture Investments, LLC
Boston Impact Initiative
Tethered, LLC
Spero Fund I, LP
Alumni Ventures Group - AllHere Trust A
Operator Collective Fund, L.P.
Toby Brzoznowski

**Banks/Lenders**
Silicon Valley Bank
Bank of America

**Bankruptcy Judges and Clerk of Court**
Chan, Ashley M.
Dorsey, John

**Other Known Creditors or Parties in Interest**
ABC Educational Consulting Group
Animated Intelligences, LLC
AWS - Amazon Web Services
Brex
Cincinnati School District
Clever

Goldblatt, Craig T.
O'Boyle, Una
Owens, Karen B.
Shannon, Brendan L.
Silverstein, Laurie S.
Sontchi, Christopher S. (Ret.)
Stickles, J. Kate
Walrath, Mary F.
Horan, Thomas M.

**Office of the United States Trustee for Region 3**
Attix, Lauren
Bates, Malcolm
Buchbinder, David
Casey, Linda
Cooke, Denis
Dice, Holly
Dortch, Shakima L.
Fox, Timothy J., Jr.
Giordano, Diane
Girello, Mike
Green, Christine
Hackman, Benjamin
Jones, Nyanquoi
Leamy, Jane
McCollum, Hannah M.
O'Malley, James R.
Richenderfer, Linda
Sarkessian, Juliet
Schepacarter, Richard
Serrano, Edith A.
Sierra, Rosa
Starr, Karen
Tinker, T. Patrick
Villagrana, David
Vinson, Ramona
Wynn, Dion

Dade Association of School Admin
Day Pitney
Debra Kerr LLC
DGD Communications
East Baton Rouge
EDSolutions LLC

| | |
|---|---|
| Exbo Group | Hattabaugh II, Mark |
| Florida School Services | Jackson, Toby |
| Folly Ventures | Kerr, Debra |
| Foundation for Rural Education Excellence, Inc. | Lecompte, Liz |
| Georgia School Board Association | Maddox, Griffin |
| Greater Florida Consortium of School Boards | Mayle, Ava |
| Gunderson Dettmer | Moore, Alicen |
| Guyatu Bati | O'Brien, Maureen |
| Harbinger Systems Private Limited | Pantaleon, Elizabeth |
| IRS | Patel, Karan |
| KEH Communications | Polling, Owen |
| Los Angeles Unified School District Education Foundation | Posner, Bethany |
| | Rhodes, Christian |
| Mary Nelson | Rodriguez, Marvict J |
| Massachusetts Franchise Tax Massena Central School District | Salzwedel, Andrew |
| | Sangary, Raquel |
| Madi Lyford | Skylar, Jess |
| Miami Dade | Sloan, Julie |
| National Coalition on Education Equity | Smith, Preston |
| Prince Georges County | Smith, Shakyna |
| ReThink Education II L.P. | Suazo Taylor, Destiny |
| ReThink Education III L.P. | Tolefree, Davione |
| ReThink Education Seed L.P. | Torres, Yohan |
| Richard Kerr | Turner, Kia |
| Spero Fund I, LP | Vargas, Gus |
| Svitia Systems | Watkins, Lauren |
| Tech Breakthrough | Wellington Lynn, LLC |
| Union Local School District | The TSB Group |
| University View Academy | ERDI Partners Inc |
| Weehawken NJ | Svitla Systems, Inc. |
| Whiteboard Advisors | New York State Workers Compensation Board |
| Wicked Sage, LLC | Redfish Technology |
| Wolf, Greenfield, Sacks PC | C Ward Consulting LLC |
| Ypsilanti Community School District | K1 Investment Management |
| Adib, Taha | Harbinger Systems Inc |
| Arnold, Jordan | HubSpot |
| Attoh, Emmanuel | Clark County School District |
| Banks, Mikaela | Life Labs Learning |
| BioCIO | BPAA |
| Brown, Keith | Taren E Bradley |
| Buckner, Tony | School Superintendents Of Alabama |
| Chu, Po-ling (Bryan) | 1EdTech Consortium, Inc. |
| Ehlert, Anke | SWPR Group |
| First Step Advisors | Board of Education of Prince George's County |
| Grant, Shadarra | Foley Hoag LLP |
| Grove, Keiko | LRP CONFERENCES, LLC |

300 Morris Street Tenant LLC
RYE Consulting
Revenue Ops LLC
EdWeb LLC
Agile Education Marketing LLC
Attendance Works
Leoni Consulting Group LLC
Sedgwick Street Partners, LLC
PR Newswire
Sedgwick Street Partners LLC
Winning By Design
AASA
Salesforce.com
Obility Consulting Inc
Capitol Tech Solutions
Romano & Associates
Editorial Projects in Education Inc
Jackson-Price Consulting Services Inc
ZoomInfo Technologies LLC
Skaled Consulting
Npn360
Street LLC
Department of Treasury
CT Corporation
Friends of AALA
Alliance for Public Schools Foundation Inc.
Institute For Education Innovation
Outreach Corporation
Florida Department of Revenue
True Capital Partners
Nothing But Education
Robots and Pencils
Gulf Coast Challenge
The Pinkney Group
Marengo Community High School
Leadership on Demand in Demand
Key Biscayne Community Foundation
Lede Ventures LLC
BCBS Florida Blue
Andela
Watco Marketing Services
Fearless Inside
Shepard
SIIA
Magnolia Bluebird Design + Events

University of Chicago
Observation Group
Urban Superintendent Collaborative Inc.
Rhodes Strategy Group
The Only Agency Inc.
Hazel Health Inc
EdWeek Market Brief
Heartland Educational Consortium
Talkjs
Apify Technologies
Files.com
Openai LLC
Foundation for New Education Initiatives, Inc.
JASON Learning
FloridaLearns Foundation
Goodwin Procter LLP
Harvesting Hope
Region 19 Education Service Center
FASFEP
Axis Learning Group
Action Verb LLC
GEORGIA SCHOOL SUPERINTENDENTS ASSOCIATION
Georgia School Boards Association
Butler County Educational Service Center
California Association of African American
Exquisite Catering By Robert Inc.
First District RESA
AMC Theatres
Burbank Printing
ILO Group
GeoEvent, LLC
Carbide Secure Inc.
Statista, Inc
Education Commission of the States
MECA
Disney Destinations
Be Light and Love, LLC
Marengo Community Pharmacy
Twilio
Young, Diego
Zuniga, Tanner
Department of Labor Industries
Amazon Web Services

## **SCHEDULE 2**

**(Potential Parties-In-Interest That Ashby & Geddes Has Represented,
Currently Represents or May in the Future Represent in Matters Unrelated to the Debtor)**

{02046974;v1 }

As a result of its review, Ashby & Geddes has determined that it has in the past, presently or may in the future represent the following individuals or entities that are, or may be affiliates of, creditors of the Debtor or parties-in-interest in the Debtor's case, in each instance on matters unrelated to the Debtor:

| Name | Current Unrelated | Former Unrelated |
|---|---|---|
| Salesforce.com |  | ✓ |
| Walter Shepard* |  | ✓ |
| Amazon* | ✓ | ✓ |
| AT&T* |  | ✓ |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**\*** Denotes entities that Ashby & Geddes believes may be affiliated with entities that it has in the past, presently or may in the future represent in matters unrelated to the Debtor and this case.

{02046974;v1 }