**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| ALLHERE EDUCATION, INC., | ) | Case No. 24-11841 (LSS) |
| | ) | |
| Debtor. | ) | Hearing Date: October 10, 2024 at 9:30 a.m. (ET) |
| | ) | Objections Due: September 23, 2024 at 4:00 p.m. (ET) |
| | ) | |

**NOTICE OF APPLICATION FOR AN ORDER PURSUANT TO 11 U.S.C. §§ 327, 328
AND 330, FED. R. BANKR. P. 2014 AND 2016 AND LOCAL RULE 2014-1
AUTHORIZING THE RETENTION AND EMPLOYMENT OF ASHBY & GEDDES,
P.A. AS COUNSEL TO GEORGE L. MILLER, CHAPTER 7 TRUSTEE,
*NUNC PRO TUNC* TO AUGUST 27, 2024**

**PLEASE TAKE NOTICE** that, on September 9, 2024, George L. Miller (the "Trustee"), solely as Chapter 7 Trustee of Essential Associates Holding, LLC (the "Debtor") filed the *Application for an Order Pursuant to 11 U.S.C. §§ 327, 328 and 330, Fed. R. Bankr. P. 2014 and 2016 and Local Rule 2014-1 Authorizing the Retention and Employment of Ashby & Geddes, P.A. as Counsel to George L. Miller, Chapter 7 Trustee, Nunc Pro Tunc to August 27, 2024* (the "Motion") with the United States Bankruptcy Court for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Court's approval of the Motion must be (a) in writing and served on or before **September 23, 2024 at 4:00 p.m. (ET)** (the "Objection Deadline"); (b) filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, DE 19801; and (c) served as to be received on or before the Objection Deadline by the undersigned attorneys.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING ON THE MOTION WILL BE HELD ON **OCTOBER 10, 2024 AT 9:30 A.M.** BEFORE THE HONORABLE LAURIE SELBER SILVERTEIN, UNITED STATES BANKRUPTCY JUDGE FOR THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 6TH FLOOR, COURTROOM #2, WILMINGTON, DE 19801.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: September 9, 2024
Wilmington, Delaware

**ASHBY & GEDDES, P.A.**

*/s/ Ricardo Palacio*
Ricardo Palacio (DE Bar No. 3765)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
Tel: (302) 654-1888
Email: RPalacio@ashbygeddes.com

*(Proposed) Counsel for George L. Miller, Chapter 7 Trustee*

{02049655;v1 }