UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

AllHere Education, Inc.

Debtors.

Chapter 7

Case No. 24-11841 (LSS)

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of  Beth Ellen Rogers  to represent  Svitla Systems, Inc.  in this action.

/s/ Brian A. Sullivan

Firm Name: Web & Sullivan
Address: Legal Arts Building
1225 N. King Street, Suite 600
Wilmington, DE 19801
Phone: Tel.: (302) 652-1100
Email: bsullivan@werbsullivan.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of  Georgia  and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

/s/ Beth E. Rogers

Firm Name: Rogers Law Offices
Address: 9040 Roswell Road, Suite 205
Roswell, GA 30350
Phone: Tel.: (770) 685-6320
Email: distribution@berlawoffice.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: September 10th, 2024
Wilmington, Delaware

LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE