# Notice Recipients

District/Off: 0311−1        User: admin        Date Created: 09/12/2024
Case: 24−11841−LSS        Form ID: van043        Total: 231

**Recipients of Notice of Electronic Filing:**
ust        U.S. Trustee        USTPRegion03.WL.ECF@USDOJ.GOV
aty        Joseph M Mulvihill        jmulvihill@ycst.com
aty        Ricardo Palacio, Esq        rpalacio@ashbygeddes.com

                                                                                            TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          AllHere Education, Inc.        177 Huntington Ave.        Suite 1705        PMB #28939        Boston, MA 02115
tr          George L. Miller        1628 John F. Kennedy Blvd.        Suite 950        Philadelphia, PA 19103−2110
19301739    1EdTech Consortium, Inc.        801 International Parkway        5th Floor, PMB #112        Lake Mary, FL 32746
19301744    300 Morris Street Tenant LLC        PO Box 309, Ugland House        Grand Caymen, KY1−1104
19301762    AASA        1615 DUKE ST        Alexandria, VA 22314
19301630    ABC Educational Consulting Group        10572 Regatta Ridge Rd.        Boynton Beach, FL 33473
19301676    ABC Educational Consulting Group LLC        10572 Regatta Ridge Rd        Boynton Beach, FL 33473
19301824    ABC Educational Consulting Group LLC        10572 Regatta Ridge Rd.        Boynton Beach, FL 33473
19301835    AMC Theatres        13731 Collections Center Drive        Chicago, IL 60693
19301632    AWS − Amazon Web Services        Seattle, WA 98124
19301823    Action Verb LLC        Po Box 8101        Carol Stream, IL 60197
19301677    Adib, Taha        15 Spruce St        Roslyn, NY 11576
19301750    Agile Education Marketing LLC        700 17th Street, #2250        Denver, CO 80202
19301779    Alliance for Public Schools Foundation Inc.        5810 Falconcreek Place        Lithia, FL 33547
19301749    Amazon Web Services        2121 7th Avenue        SEA41        Los Angeles, CA 90018
19301794    Andela        580 Fifth Ave Suite 820        New York, NY 10036
19301678    Animated Intelligences        2800 Neilson Way #1616        Santa Monica, CA 90405
19301631    Animated Intelligences        2800 Neilson Way, 1616        Santa Monica, CA 90405
19301831    Animated Intelligences, LLC        2800 Neilson Way        Unit 1616        Santa Monica, CA 90405
19301811    Apify Technologies        Vodickova 704/36, 11000 Prague 1 czech r        prague, 11000
19301679    Arnold, Jordan        424 E 36th St #543        Charlotte, NC 28205
19301751    Attendance Works        1000 Broadway        Suite 480        Oakland, CA 94607
19301680    Attoh, Emmanuel        55 Trumbull St        Apt 703        Hartford, CT 06103
19301822    Axis Learning Group        416 Washington Ave        Montclair, NJ 7042
19301793    BCBS Florida Blue        1501 North Plano Road        Suite 100        Attn: Lockbox Dept 660299        Richardson, TX 75081
19301736    BPAA        11012 Boston Dr.        Cooper City, FL 33026
19301681    Banks, Mikaela        2 Silk Tree Pl        Hampton, VA 23666
19301682    Bati, Guyatu        113 Jacob Dr        Mankato, MN 56001
19301847    Be Light and Love, LLC        1400 Saint Charles Place        Arbor #303        Pembroke Pines, FL 33026
19301683    BioCIO        330 E 33rd St 12M        New York, NY 10016
19301741    Board of Education of Prince George's County        14201 school lane        Room 130        upper marlboro, MD 20772
19301633    Brex        650 S 500 W        Suite 209        Salt Lake City, UT 84101
19301684    Brown, Keith        4204 Lucerne St        Metairie, LA 70006
19301685    Buckner, Tony        115 Stonehouse Rd        Glen Ridge, NJ 07028
19301836    Burbank Printing        3131 W. Burbank Boulevard        Burbank, CA 91505
19301827    Butler County Educational Service Center        400 North Erie Blvd        Hamilton, OH 45011
19301729    C Ward Consulting LLC        2634 Rose Ave        South Lake Tahoe, CA 96150
19301775    CT Corporation        CT Corporation        208 S. LaSalle Street, Chicago, IL        Carol Stream, IL 60604
19301829    California Association of African American        11856 Balboa Blvd. 228        Granada Hills, CA 91344
19301765    Capitol Tech Solutions        2831 G Street        Suite 200        Sacramento, CA 95816
19301839    Carbide Secure Inc.        92 Hillcrest dr        Sydney, B1R1V2
19301686    Chu, Po−ling (Bryan)        5643 206th St        Oakland Gardens, NY 11364
19301634    Cincinnati School District        2651 Burnet Ave.        Cincinnati, OH 45217
19301734    Clark County School District        4212 Eucalyptus Ave, Bldg. 8        Attn: Community Engagement        Las Vegas, NV 89121
19301786    Clever        575 Market Street        suite 1850        San Francisco, CA 94105
19301635    Clever        575 Market Street, Suite 1850        San Francisco, CA 94105
19301687    DGD Communications        3325 SW 20th St        Miami, FL 33145
19301802    DGD Communications        3325 Southwest 20th Street        Miami, FL 33145
19301639    DGD Communications        3325 Soutwest 20th Street        Miami, FL 33145
19301636    Dade Association of School Admin        1498 Northease 2nd Avenue        Suite 200        Miami, FL 33132
19301776    Dade Association of School Administrators        1498 Northeast 2nd Avenue        Suite 200        Miami, FL 33132
19301637    Day Pitney        PO Box 935743        Atlanta, GA 31193
19301638    Debra Kerr LLC        6101 Hancock Road        Fort Lauderdale, FL 33330
19301769    Debra Kerr LLC        6101 Hancock Road        Southwest Ranches, FL 33330
19301864    Department of Labor        Division of Unemployment Insurance        P.O. Box 9953        Wilmington, DE 19809

| | | | | |
|---|---|---|---|---|
| 19301723 | Department of Labor Industries | PO Box 44171 | Olympia, WA 98504–4171 | |
| 19301774 | Department of Treasury | P.O. Box 9941 | Stop 5500 | Ogden, UT 84409 |
| 19301846 | Disney Destinations | Po Box 733100 | Dallas, TX 75373 | |
| 19301641 | EDSolutions | 301 W. 118th Street PH1D | New York, NY 10026 | |
| 19301725 | ERDI Partners Inc | PO Box 551 | Highwood, IL 60040 | |
| 19301640 | East Baton Rouge | 1050 S. Foster Dr. | Baton Rouge, LA 70806 | |
| 19301801 | EdSolutions LLC | 301 W. 118th Street | PH1D | New York, NY 10026 |
| 19301747 | EdWeb LLC | 50 Vreeland Drive – Suite 1 | Skillman, NJ 8558 | |
| 19301808 | EdWeek Market Brief | 6935 Arlington Road | Ste 100 | Bethesda, MD 20814 |
| 19301767 | Editorial Projects in Education Inc | Education Week | 6935 Arlington Road | Bethesda, MD 20814–5233 |
| 19301843 | Education Commission of the States | PO Box 33674 | Northglenn, CO 80233 | |
| 19301688 | Ehlert, Anke | 108 E 82nd St 2C | New York, NY 10028 | |
| 19301642 | Exbo Group | 305 7th Avenue | Suite 1901 | New York, NY 10001 |
| 19301756 | Exbo Group | 305 7th Avenue | Suite 1901 | New York, NY 10001 |
| 19301753 | Exbo Group | 305 7th Avenue | Suite 1901 | New York, NY 10001 |
| 19301830 | Exquisite Catering By Robert Inc. | 1800 NE 150th St | North Miami, FL 33181 | |
| 19301821 | FASFEPA | PO Box 64 | Brooksville, FL 34605 | |
| 19301796 | Fearless Inside | 7114 Eagles Nest Lane | Huntersville, NC 28078 | |
| 19301812 | Files.com | PO Box 8101 | Carol Stream, IL 60197 | |
| 19301832 | First District RESA | 149 South Register Street | P.O. Box 1218 | Metter, GA 30439 |
| 19301689 | First Step Advisors | 1004 Woodland Way | Clarks Summit, PA 18411 | |
| 19301782 | Florida Department of Revenue | 1415 West US Highway 90 | STE 115 | Lake City, FL 32055–6156 |
| 19301690 | Florida School Services | 9737 NW 41st St Ste. 359 | Doral, FL 33178 | |
| 19301643 | Florida School Services | 9737 NW 41st Street | Box 359 | Miami, FL 33178 |
| 19301817 | FloridaLearns Foundation | PO Box 243 | Chipley, FL 32428 | |
| 19301742 | Foley Hoag LLP | 155 Seaport Boulevard | Boston, MA 02210–2600 | |
| 19301757 | Folly Ventures | 4 Phillips Place | Somerville, MA 2143 | |
| 19301644 | Folly Ventures | 4 Phillips Place 2 | Somerville, MA 02143 | |
| 19301815 | Foundation for New Education Initiatives, Inc. | 1450 Northeast 2nd Avenue | Suite 315 | Miami, FL 33132 |
| 19301645 | Foundation for Rural Education | PO Box 756 | Palatka, FL 32178 | |
| 19301842 | Foundation for Rural Education Excellence, Inc. | P.O. Box 756 | Palatka, FL 32178 | |
| 19301778 | Friends of AALA | 1910 Sunset Boulevard | Suite 410 | Los Angeles, CA 90026 |
| 19301825 | GEORGIA SCHOOL SUPERINTENDENTS ASSOCIATION | 9 Jefferson Street | Newnan, GA 30263 | |
| 19301838 | GeoEvent, LLC | 7139 Hazeltine Avenue apt. 217 | Los Angeles, CA 91405 | |
| 19301646 | Georgia School Board Association | 5120 Sugarload Parkway | Lawrenceville, GA 30043 | |
| 19301826 | Georgia School Boards Association | 5120 Sugarloaf Parkway | Lawrenceville, GA 30043 | |
| 19301818 | Goodwin Procter LLP | 53 State Street | Exchange Place | Boston, MA 2109 |
| 19301691 | Grant, Shadarra | 3512 Valley Chase Ct | Lithonia, GA 30038 | |
| 19301647 | Greater Florida Consortium | Florida Schools Services, Inc. | 9737 NW 41st Street | Miami, FL 33178 |
| 19301731 | Greater Florida Consortium of School Boards | Florida School Services, Inc. | 9737 NW 41st Street | Doral, FL 33178 |
| 19301692 | Grove, Keiko | 10097 Mountain Rd | Mill Creek, PA 17060 | |
| 19302847 | Guideline | 330 S. Cedros Avenue | Suite 201 | Solana Beach, CA 92075 |
| 19301787 | Gulf Coast Challenge | PO Box 41014 | Mobile, AL 36640 | |
| 19301648 | Gunderson Dettmer | 550 Allerton St. | Redwood City, CA 94063 | |
| 19301761 | Gunderson Dettmer | 550 Allerton St. | Redwood City, CA 94063 | |
| 19303079 | Gusto | Attn: Servicing Dept | 525 20th Street | San Francisco, CA 94107 |
| 19301649 | Guyatu Bati | 113 Jacob Dr. | Mankato, MN 56001 | |
| 19301732 | Harbinger Systems Inc | 16770 NE, | 79th Street, Suite 106 | Redmond, WA 98052 |
| 19301833 | Harbinger Systems Private Limited | 139 Siddhant, Survey | No 97/6 Off Paud Road Kothrud | Pune, MH 411038 |
| 19301650 | Harbinger Systems Private Limited | 139 Siddhant, Survey No 97/6 | Off Paud Road Kothrud | Pune, NH 411038 |
| 19301819 | Harvesting Hope | 16200 Southwest 285th Street | Homestead, FL 33033 | |
| 19301693 | Hattabaugh II, Mark | 12843 Spring Lake Dr | Cooper City, FL 33330 | |
| 19301807 | Hazel Health Inc | 8300 Esters Boulevard | Irving, TX 75063 | |
| 19301809 | Heartland Educational Consortium | 1096 US Highway 27 | Lake Placid, FL 33852 | |
| 19301733 | HubSpot | PO Box 419842 | Boston, MA 2241 | |
| 19301837 | ILO Group | 10 Dorrance Street, Suite 700 #15561 | Providence, RI 2903 | |
| 19301651 | IRS | Ogden, UT 84201 | | |
| 19301780 | Institute For Education Innovation | 46 Woodbine Avenue | Suite 4 | Northport, NY 11768 |
| 19301816 | JASON Learning | 44983 Knoll Square Suite 150 | Ashburn, VA 20147 | |
| 19301694 | Jackson, Toby | 178 E Hanover Ave 103–133 | Cedar Knolls, NJ 07927 | |
| 19301768 | Jackson–Price Consulting Services Inc | 47 W Polk, Unit 174 | Chicago, IL 60605 | |
| 19301730 | K1 Investment Management | 875 Manhattan Beach Blvd | Manhattan Beach, AL 90266 | |
| 19301652 | KEH Communications | 504 Balt.–Annapolis Blvd., Ste 6 | Severna Park, MD 21146 | |
| 19301828 | KEH Communications | 504 Balt.–Annapolis Blvd., Ste 6 | Severna Park, MD 21146 | |
| 19301695 | Kerr, Debra | 6101 SW 148 Ave | Southwest Ranches, FL 33330 | |
| 19301791 | Key Biscayne Community Foundation | 240 Crandon Boulevard | Key Biscayne, FL 33149 | |
| 19301743 | LRP CONFERENCES, LLC | 360 Hiatt Drive | Palm Beach Gardens, FL, FL 33418 | |
| 19301790 | Leadership on Demand in Demand | 555 South Goddard Boulevard | Apt. 131 | King of Prussia, PA 19406 |
| 19301696 | Lecompte, Liz | 46 Norwood Avenue | 1 | Buffalo, NY 14222 |

| | | | | |
|---|---|---|---|---|
| 19301792 | Lede Ventures LLC | 1515 Vancouver Avenue | Burlingame, CA 94010 | |
| 19301752 | Leoni Consulting Group Llc | 238 Woodward Ave | Apt. 2 | Sausalito, CA 94965 |
| 19301735 | Life Labs Learning | P.O. Box 22202 | New York, NY 10087–2202 | |
| 19301841 | Los Angeles Unified School District Education Foun | 333 South Beaudry Avenue | Los Angeles, CA 90017 | |
| 19301653 | Los Angeles United School District | 333 South Beaudry Ave. | Los Angeles, CA 90017 | |
| 19301844 | MECA | 1501 Northeast 2nd Avenue | SBAB Annex Room 409G | Miami, FL 33132 |
| 19301657 | MECA Education Comm of States | PO Box 33674 | Denver, CO 80233 | |
| 19301697 | Maddox, Griffin | 6612 Shedden Rd | Greenbrier, TN 37073 | |
| 19301799 | Magnolia Bluebird Design + Events | 8505 Muscatello Court | Gaithersburg, MD 20877 | |
| 19301789 | Marengo Community High School | 110 Franks Road | Marengo, IL 60152 | |
| 19301848 | Marengo Community Pharmacy | 20015 East Grant Highway | Marengo, IL 60152 | |
| 19301654 | Mary Nelson | 5252 Finisterre Drive | Panama City, FL 32408 | |
| 19301655 | Massachusetts Franchise Tax | Department of Revenue | 200 Arlington Street | Chelsea, MA 02150 |
| 19301656 | Massena Central | 84 Nightengale Ave. | Massena, NY 13662 | |
| 19301759 | Massena Central School District | 84 Nightengale Avenue | Massena, NY 13662 | |
| 19301698 | Mayle, Ava | 1502 E Sumner Ave | Indianapolis, IN 46227 | |
| 19301658 | Miami Dade | 1450 N.E. Second Ave. | Suite 912 | Miami, FL 33132 |
| 19301699 | Moore, Alicen | 1307 Hickory Trace Dr | Greensboro, NC 27407 | |
| 19301659 | National Coalition on Education Equity | 11856 Balboa Blvd | Suite 228 | Granada Hills, CA 91344 |
| 19301845 | National Coalition on Education Equity | 11856 Balboa Blvd Suite 228 | Granada Hills, CA | |
| 19301727 | New York State Workers Compensation Board | 328 State Street | Room 331 | Schenectady, NY 12305 |
| 19301784 | Nothing But Education | 5071 Lake Bluff Road | West Bloomfield, MI 48323 | |
| 19301772 | Npn360 | 2801 Lakeside Drive | Ste 110 | Bannockburn, IL 60015 |
| 19301700 | O'Brien, Maureen | 330 East 33rd Street, 12M | New York, NY 10016 | |
| 19301764 | Obility Consulting Inc | PO Box 2393 | Lake Oswego, OR 97035 | |
| 19301803 | Observation Group | 2377 Gold Meadow Way Ste 100 | Gold River, CA 95670–4444 | |
| 19301814 | Openai LLc | 548 Market Street Pmb 97273 | San Francisco, CA 94104–5401 | |
| 19301781 | Outreach Corporation | 333 Elliot Ave W Suite 500 | Seattle, WA 98119 | |
| 19301755 | PR Newswire | 602 Plaza Three | Harborside Financial Center | Jersey City, NJ 7311 |
| 19301701 | Pantaleon, Elizabeth | 4143 SW 65th Ave | Davie, FL 33314 | |
| 19301702 | Patel, Karan | 10895 Holman Ridge Road | Glen Allen, VA 23059 | |
| 19301703 | Polling, Owen | 720 Rainbow Dr NW | Lancaster, OH 43130 | |
| 19301704 | Posner, Bethany | 2 Garrison Farms Court | Pikesville, MD 21208 | |
| 19301660 | Prince Georges County | Sasscer Administration Bldg. | 14201 School Lane | Upper Marlboro, MD 20772 |
| 19301745 | RYE Consulting | 3611 Lipan Street | Denver, CO 80211 | |
| 19301661 | ReThink Education II L.P. | 707 Westchester Ave. | Suite 401 | White Plains, NY 10604 |
| 19301662 | ReThink Education III L.P. | 707 Westchester Ave | #401 | White Plains, NY 10604 |
| 19301663 | ReThink Education Seed L.P. | 707 Westchester Ave. | Suite 401 | White Plains, NY 10604 |
| 19301728 | Redfish Technology | 416 South Main St | Suite 201 | Hailey, ID 83333 |
| 19301820 | Region 19 Education Service Center | 6611 Boeing Drive | El Paso, TX 799251010 | |
| 19301746 | Revenue Ops LLC | 67 Agnes Drive | Framingham, MA 1701 | |
| 19301805 | Rhodes Strategy Group | 502 Dennis Magruder Drive | Upper Marlboro, MD 20774 | |
| 19301705 | Rhodes, Christian | 502 Dennis Magruder Dr | Upper Marlboro, MD 20774 | |
| 19301664 | Richard Kerr | 3386 W 104th St | Hialeah, FL 33018 | |
| 19301785 | Robots and Pencils | 7 1/2 N Franklin St. | Chagrin Falls, OH 44022 | |
| 19301706 | Rodriguez, Marvict J | 1937 Panama Drive | APT 7 | Sarasota, FL 34234 |
| 19301766 | Romano & Associates | 228 Park Ave S | 94676 | New York, NY 10003 |
| 19301798 | SIIA | P.O. Box 34340 | Washington, DC 20043 | |
| 19301740 | SWPR Group | 19714 Sunshine Way | Bend, OR 97702 | |
| 19301763 | Salesforce.com | PO Box No. 203141 | Dallas, TX 75320–3141 | |
| 19301707 | Salzwedel, Andrew | 76 DOONBEG DR | FUQUAY VARINA, NC 27526 | |
| 19301708 | Sangary, Raquel | 4419 Stonefield Dr | Orlando, FL 32826 | |
| 19301738 | School Superintendents Of Alabama | 534 Adams Avenue | Montgomery, AL 36104 | |
| 19301758 | Sedgwick Street Partners LLC | 4743 Kincross Ct | Boulder, CO 80301 | |
| 19301754 | Sedgwick Street Partners, LLC | 2500 South Court | Palo Alto, CA 94301 | |
| 19301797 | Shepard | 1531 Carroll Drive NW | Atlanta, GA 30318 | |
| 19302846 | Silicon Valley Bank | Attn: Estefania Cunha Flynn | 3003 Tasman Drive | Santa Clara, CA 95054 |
| 19301771 | Skaled Consulting | 823 Congress Ste 1550 | Austin, TX 78701 | |
| 19301709 | Skylar, Jess | 4316 Guardia Ave. | Los Angeles, CA 90032 | |
| 19301710 | Sloan, Julie | 12813 97th Ave NE | Kirkland, WA 98034 | |
| 19301711 | Smith, Preston | 5222 Buffington Rd. | El Monte, CA 91732 | |
| 19301712 | Smith, Shakyna | 1023 49th St | Norfolk, VA 23508 | |
| 19301665 | Spero Fund I, LP | 1325 Howard Ave. #923 | Burlingame, CA 94010 | |
| 19301863 | State of Delaware | Division of Revenue | 820 N. French Street, 8th Floor | Wilmington, DE 19801–0820 |
| 19301840 | Statista, Inc | 3 World Trade Center | 175 Greenwich Street, 36th Floor | New York, NY 10007 |
| 19301666 | Statista, Inc. | 3 World Trade Center | 175 Greenwich Street | 36th Floor | New York, NY 10007 |
| 19301773 | Street LLC | 3310 Central St | Evanston, IL 60201 | |
| 19301713 | Suazo Taylor, Destiny | 8960 NW | 21st Street | Pembroke Pines, FL 33024 |
| 19301667 | Svitia Systems | 100 Meadowcreek Dr. Ste 102 | Corte Madera, CA 94925 | |
| 19301726 | Svitla Systems, Inc. | 100 Meadowcreek Dr. Ste 102 | Corte Madera, CA 94925 | |
| 19301810 | Talkjs | 1 Bogert | Eindhoven, 5612 LX | |

| | | | | |
|---|---|---|---|---|
| 19301737 | Taren E Bradley | 3111 Burning Springs Road | Apartment 3A | Laurel, MD 20724 |
| 19301668 | Tech Breakthrough | 22 Corte Vidriosa | San Clemente, CA 92673 | |
| 19301813 | Tech Breakthrough | 22 Corte Vidriosa | San Clemente, CA 92673 | |
| 19301806 | The Only Agency Inc. | 20 West 22nd Street | Suite 905 | New York, NY 10010 |
| 19301788 | The Pinkney Group | 201 South Warren Street | Mobile, AL 36602 | |
| 19301714 | The Pinkney Group LLC | 201 S Warren St | Mobile, AL 36602 | |
| 19301724 | The TSB Group | 811 Wilshire Boulevard 17th Floor | Unit 548 | Los Angeles, CA 90017 |
| 19301715 | Tolefree, Davione | 4305 S Harlem Ave Apt 2 | Berwyn, IL 60402 | |
| 19301716 | Torres, Yohan | Rio Grande Canyon Loop | Poinciana, FL, 34759 | |
| 19301783 | True Capital Partners | 56 N Haddon Avenue | Haddonfield, NJ 8033 | |
| 19301717 | Turner, Kia | 7420 Troost Avenue | NUM 16254 | Kansas City, MO 64131 |
| 19301849 | Twilio | 101 Spear Street, 1st Fl | San Francisco, CA 94105 | |
| 19301669 | Union Local School District | 66779 Belmont Morristown Road | Belmont, OH 43718 | |
| 19301670 | University View Academy | 3113 Valley Creek Dr. | Baton Rouge, LA 70808 | |
| 19301800 | University of Chicago | 1212 East 59th Street | Chicago, IL 60637 | |
| 19301804 | Urban Superintendent Collaborative Inc. | 331 Community Center Avenue | Gaithersburg, MD 20878 | |
| 19301718 | Vargas, Gus | 604 Antebellum Way | Collierville, TN 38017 | |
| 19303037 | WA State Dept of Labor and Industries | Bankruptcy Unit | PO Box 44171 | Olympia, WA 98504 |
| 19301795 | Watco Marketing Services | 66 Orchard Street | Unit 1 | Cambridge, MA 2140 |
| 19301719 | Watkins, Lauren | 66 Orchard St | Unit 1 | Cambridge, MA 02140 |
| 19301671 | Weehawken NJ | 53 Liberty Place | Weehawken, NJ 07086 | |
| 19301720 | Wellington Lynn, LLC | 8327 NW 26th Court | Cooper City, FL 33024 | |
| 19301672 | Whiteboard Advisors | 1000 Potomac St NW Suite 150 | Washington, DC 20007 | |
| 19301834 | Whiteboard Advisors | 1000 Potomac St NW Suite 150 | Washington, DC 20007 | |
| 19301673 | Wicked Sage | 12721 Oak Farms Dr | Herndon, VA 20171 | |
| 19301777 | Wicked Sage, LLC | 12721 Oak Farms Dr | Oak Hill, VA 20171 | |
| 19301760 | Winning By Design | 650 CASTRO STREET, Suite 120–252 | Bldg 4, Ste 210 | MOUNTAIN VIEW, CA 94041 |
| 19301748 | Wolf, Greenfield Sacks PC | 600 Atlantic Avenue | Boston, MA 02210–2206 | |
| 19301674 | Wolf, Greenfield, Sacks PC | 600 Atlantic Ave. | Boston, MA 02210 | |
| 19301721 | Young, Diego | 9 Bowling Dr | Oakland, CA 94618 | |
| 19301675 | Ypsilanti Community School District | 1885 Packard Road | Ypsilanti, MI 48197 | |
| 19301770 | ZoomInfo Technologies LLC | 805 Broadway Street | Suite 900 | Vancouver, WA 98660 |
| 19301722 | Zuniga, Tanner | 110 Yvonne Ct | Goodlettsville, TN 37072 | |

TOTAL: 228