# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**  
AllHere Education, Inc.

**Chapter:** 7

177 Huntington Ave.  
Suite 1705  
PMB #28939  
Boston, MA 02115  
  **EIN:** 82−2640577

**Case No.:** 24−11841−LSS

### NOTICE THAT THERE ARE ASSETS FROM
### WHICH A DIVIDEND MIGHT POSSIBLY BE PAID TO CREDITORS

**YOU ARE HEREBY NOTIFIED** that there are assets from which a dividend might possibly be paid to creditors.

In order to share in any distribution, a creditor must file a proof of claim with the Clerk of the Bankruptcy Court. Claims must be filed within ninety (90) days after service of this notice.

For governmental entities, the proof of claim deadline shall be the longer of one−hundred eighty (180) days after the petition was filed or ninety (90) days after this Notice of Assets is served or as otherwise provided in the Federal Rules. A proof of claim may be filed either electronically or as a paper document. For information on how to file a claim, visit the United States Bankruptcy Court − District of Delaware website at (http://www.deb.uscourts.gov), and click on the "Programs & Services" tab − Claims Information.

Late filed claims may be paid after timely filed claims and therefore may not share ratably in any distribution from the debtor's estate.

*Una O'Boyle*

Una O'Boyle, Clerk of Court

Dated: 9/12/24  
(VAN−043)

United States Bankruptcy Court
District of Delaware

In re:  Case No. 24-11841-LSS
AllHere Education, Inc.  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0311-1 User: admin Page 1 of 6
Date Rcvd: Sep 12, 2024 Form ID: van043 Total Noticed: 208

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | AllHere Education, Inc., 177 Huntington Ave., Suite 1705, PMB #28939, Boston, MA 02115-3153 |
| 19301739 | + | 1EdTech Consortium, Inc., 801 International Parkway, 5th Floor, PMB #112, Lake Mary, FL 32746-4762 |
| 19301762 | + | AASA, 1615 DUKE ST, Alexandria, VA 22314-3406 |
| 19301630 | + | ABC Educational Consulting Group, 10572 Regatta Ridge Rd., Boynton Beach, FL 33473-4983 |
| 19301835 | + | AMC Theatres, 13731 Collections Center Drive, Chicago, IL 60693-0001 |
| 19301632 |   | AWS - Amazon Web Services, Seattle, WA 98124 |
| 19301823 | + | Action Verb LLC, Po Box 8101, Carol Stream, IL 60197-8101 |
| 19301677 | + | Adib, Taha, 15 Spruce St, Roslyn, NY 11576-1210 |
| 19301750 | + | Agile Education Marketing LLC, 700 17th Street, #2250, Denver, CO 80202-3556 |
| 19301779 | + | Alliance for Public Schools Foundation Inc., 5810 Falconcreek Place, Lithia, FL 33547-5892 |
| 19301749 | + | Amazon Web Services, 2121 7th Avenue, SEA41, Los Angeles, CA 90018-1144 |
| 19301794 | + | Andela, 580 Fifth Ave Suite 820, New York, NY 10036-4762 |
| 19301678 | + | Animated Intelligences, 2800 Neilson Way #1616, Santa Monica, CA 90405-4044 |
| 19301631 | + | Animated Intelligences, 2800 Neilson Way, 1616, Santa Monica, CA 90405-4044 |
| 19301831 | + | Animated Intelligences, LLC, 2800 Neilson Way, Unit 1616, Santa Monica, CA 90405-4044 |
| 19301679 | + | Arnold, Jordan, 424 E 36th St #543, Charlotte, NC 28205-1380 |
| 19301751 | + | Attendance Works, 1000 Broadway, Suite 480, Oakland, CA 94607-4044 |
| 19301680 | + | Attoh, Emmanuel, 55 Trumbull St, Apt 703, Hartford, CT 06103-2420 |
| 19301822 | + | Axis Learning Group, 416 Washington Ave, Montclair, NJ 07042-4321 |
| 19301793 | + | BCBS Florida Blue, 1501 North Plano Road, Suite 100, Attn: Lockbox Dept 660299, Richardson, TX 75081-2493 |
| 19301736 | + | BPAA, 11012 Boston Dr., Cooper City, FL 33026-4937 |
| 19301681 | + | Banks, Mikaela, 2 Silk Tree Pl, Hampton, VA 23666-6809 |
| 19301682 | + | Bati, Guyatu, 113 Jacob Dr, Mankato, MN 56001-5296 |
| 19301847 | + | Be Light and Love, LLC, 1400 Saint Charles Place, Arbor #303, Pembroke Pines, FL 33026-3236 |
| 19301683 | + | BioCIO, 330 E 33rd St 12M, New York, NY 10016-9438 |
| 19301741 | + | Board of Education of Prince George's County, 14201 school lane, Room 130, upper marlboro, MD 20772-2866 |
| 19301633 | + | Brex, 650 S 500 W, Suite 209, Salt Lake City, UT 84101-2380 |
| 19301684 | + | Brown, Keith, 4204 Lucerne St, Metairie, LA 70006-2444 |
| 19301685 | + | Buckner, Tony, 115 Stonehouse Rd, Glen Ridge, NJ 07028-1719 |
| 19301836 | + | Burbank Printing, 3131 W. Burbank Boulevard, Burbank, CA 91505-2314 |
| 19301827 | + | Butler County Educational Service Center, 400 North Erie Blvd, Hamilton, OH 45011-4263 |
| 19301729 | + | C Ward Consulting LLC, 2634 Rose Ave, South Lake Tahoe, CA 96150-3224 |
| 19301775 | + | CT Corporation, CT Corporation, 208 S. LaSalle Street, Chicago, IL, Carol Stream, IL 60604-1000 |
| 19301829 | + | California Association of African American, 11856 Balboa Blvd. 228, Granada Hills, CA 91344-2753 |
| 19301765 | + | Capitol Tech Solutions, 2831 G Street, Suite 200, Sacramento, CA 95816-3783 |
| 19301686 | + | Chu, Po-ling (Bryan), 5643 206th St, Oakland Gardens, NY 11364-1724 |
| 19301634 | + | Cincinnati School District, 2651 Burnet Ave., Cincinnati, OH 45219-2551 |
| 19301734 | + | Clark County School District, 4212 Eucalyptus Ave, Bldg. 8, Attn: Community Engagement, Las Vegas, NV 89121-5207 |
| 19301635 | + | Clever, 575 Market Street, Suite 1850, San Francisco, CA 94105-5803 |
| 19301687 | + | DGD Communications, 3325 SW 20th St, Miami, FL 33145-2258 |
| 19301802 | + | DGD Communications, 3325 Southwest 20th Street, Miami, FL 33145-2258 |
| 19301639 |   | DGD Communications, 3325 Soutwest 20th Street, Miami, FL 33145 |
| 19301636 |   | Dade Association of School Admin, 1498 Northease 2nd Avenue, Suite 200, Miami, FL 33132 |
| 19301776 | + | Dade Association of School Administrators, 1498 Northeast 2nd Avenue, Suite 200, Miami, FL 33132-1308 |

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 2 of 6 |
| Date Rcvd: Sep 12, 2024 | Form ID: van043 | Total Noticed: 208 |

```
19301637        +   Day Pitney, PO Box 935743, Atlanta, GA 31193-5743
19301638        +   Debra Kerr LLC, 6101 Hancock Road, Fort Lauderdale, FL 33330-3443
19301769        +   Debra Kerr LLC, 6101 Hancock Road, Southwest Ranches, FL 33330-3443
19301846        +   Disney Destinations, Po Box 733100, Dallas, TX 75373-3100
19301641        +   EDSolutions, 301 W. 118th Street PH1D, New York, NY 10026-1049
19301725        +   ERDI Partners Inc, PO Box 551, Highwood, IL 60040-0551
19301640        +   East Baton Rouge, 1050 S. Foster Dr., Baton Rouge, LA 70806-7221
19301747        +   EdWeb LLC, 50 Vreeland Drive - Suite 1, Skillman, NJ 08558-2639
19301808        +   EdWeek Market Brief, 6935 Arlington Road, Ste 100, Bethesda, MD 20814-5287
19301767        +   Editorial Projects in Education Inc, Education Week, 6935 Arlington Road, Bethesda, MD 20814-5270
19301843        +   Education Commission of the States, PO Box 33674, Northglenn, CO 80233-0674
19301688        +   Ehlert, Anke, 108 E 82nd St 2C, New York, NY 10028-1138
19301642        +   Exbo Group, 305 7th Avenue, Suite 1901, New York, NY 10001-6170
19301830        +   Exquisite Catering By Robert Inc., 1800 NE 150th St, North Miami, FL 33181-1114
19301821        +   FASFEPA, PO Box 64, Brooksville, FL 34605-0064
19301796        +   Fearless Inside, 7114 Eagles Nest Lane, Huntersville, NC 28078-5132
19301812        +   Files.com, PO Box 8101, Carol Stream, IL 60197-8101
19301832        +   First District RESA, 149 South Register Street, P.O. Box 1218, Metter, GA 30439-1218
19301689        +   First Step Advisors, 1004 Woodland Way, Clarks Summit, PA 18411-2714
19301690        +   Florida School Services, 9737 NW 41st St Ste. 359, Doral, FL 33178-2924
19301643        +   Florida School Services, 9737 NW 41st Street, Box 359, Miami, FL 33178-2924
19301817        +   FloridaLearns Foundation, PO Box 243, Chipley, FL 32428-0243
19301742            Foley Hoag LLP, 155 Seaport Boulevard, Boston, MA 02210-2600
19301757        +   Folly Ventures, 4 Phillips Place, Somerville, MA 02143-2544
19301644        +   Folly Ventures, 4 Phillips Place 2, Somerville, MA 02143-2544
19301815        +   Foundation for New Education Initiatives, Inc., 1450 Northeast 2nd Avenue, Suite 315, Miami, FL 33132-1308
19301645        +   Foundation for Rural Education, PO Box 756, Palatka, FL 32178-0756
19301842        +   Foundation for Rural Education Excellence, Inc., P.O. Box 756, Palatka, FL 32178-0756
19301778        +   Friends of AALA, 1910 Sunset Boulevard, Suite 410, Los Angeles, CA 90026-3393
19301825        +   GEORGIA SCHOOL SUPERINTENDENTS ASSOCIATION, 9 Jefferson Street, Newnan, GA 30263-1911
19301838        +   GeoEvent, LLC, 7139 Hazeltine Avenue apt. 217, Los Angeles, CA 91405-3265
19301646        +   Georgia School Board Association, 5120 Sugarload Parkway, Lawrenceville, GA 30043-5702
19301826        +   Georgia School Boards Association, 5120 Sugarloaf Parkway, Lawrenceville, GA 30043-5702
19301818        +   Goodwin Procter LLP, 53 State Street, Exchange Place, Boston, MA 02109-2820
19301691        +   Grant, Shadarra, 3512 Valley Chase Ct, Lithonia, GA 30038-2758
19301647        +   Greater Florida Consortium, Florida Schools Services, Inc., 9737 NW 41st Street, Miami, FL 33178-2924
19301731        +   Greater Florida Consortium of School Boards, Florida School Services, Inc., 9737 NW 41st Street, Doral, FL 33178-2924
19301692        +   Grove, Keiko, 10097 Mountain Rd, Mill Creek, PA 17060-9549
19302847        +   Guideline, 330 S. Cedros Avenue, Suite 201, Solana Beach, CA 92075-2150
19301787        +   Gulf Coast Challenge, PO Box 41014, Mobile, AL 36640-1014
19301648        +   Gunderson Dettmer, 550 Allerton St., Redwood City, CA 94063-1524
19301649        +   Guyatu Bati, 113 Jacob Dr., Mankato, MN 56001-5296
19301732            Harbinger Systems Inc, 16770 NE,, 79th Street, Suite 106, Redmond, WA 98052
19301819        +   Harvesting Hope, 16200 Southwest 285th Street, Homestead, FL 33033-1026
19301693        +   Hattabaugh II, Mark, 12843 Spring Lake Dr, Cooper City, FL 33330-2747
19301807        +   Hazel Health Inc, 8300 Esters Boulevard, Irving, TX 75063-2233
19301809        +   Heartland Educational Consortium, 1096 US Highway 27, Lake Placid, FL 33852-9436
19301733        +   HubSpot, PO Box 419842, Boston, MA 02241-9842
19301837        +   ILO Group, 10 Dorrance Street, Suite 700 #15561, Providence, RI 02903-2014
19301780        +   Institute For Education Innovation, 46 Woodbine Avenue, Suite 4, Northport, NY 11768-2884
19301816        +   JASON Learning, 44983 Knoll Square Suite 150, Ashburn, VA 20147-2692
19301694        +   Jackson, Toby, 178 E Hanover Ave 103-133, Cedar Knolls, NJ 07927-2038
19301768        +   Jackson-Price Consulting Services Inc, 47 W Polk, Unit 174, Chicago, IL 60605-2000
19301730        +   K1 Investment Management, 875 Manhattan Beach Blvd, Manhattan Beach, AL 90266-4911
19301652        +   KEH Communications, 504 Balt.-Annapolis Blvd., Ste 6, Severna Park, MD 21146-3890
19301695        +   Kerr, Debra, 6101 SW 148 Ave, Southwest Ranches, FL 33330-3400
19301791        +   Key Biscayne Community Foundation, 240 Crandon Boulevard, Key Biscayne, FL 33149-1543
19301743        +   LRP CONFERENCES, LLC, 360 Hiatt Drive, Palm Beach Gardens, FL, FL 33418-7106
19301790        +   Leadership on Demand in Demand, 555 South Goddard Boulevard, Apt. 131, King of Prussia, PA 19406-1950
19301696        +   Lecompte, Liz, 46 Norwood Avenue, 1, Buffalo, NY 14222-2320
19301792        +   Lede Ventures LLC, 1515 Vancouver Avenue, Burlingame, CA 94010-5537
19301752        +   Leoni Consulting Group Llc, 238 Woodward Ave, Apt. 2, Sausalito, CA 94965-3326
19301735            Life Labs Learning, P.O. Box 22202, New York, NY 10087-2202
```

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 3 of 6 |
| Date Rcvd: Sep 12, 2024 | Form ID: van043 | Total Noticed: 208 |

```
19301841        +  Los Angeles Unified School District Education Foun, 333 South Beaudry Avenue, Los Angeles, CA 90017-5141
19301653        +  Los Angeles United School District, 333 South Beaudry Ave., Los Angeles, CA 90017-5141
19301844        +  MECA, 1501 Northeast 2nd Avenue, SBAB Annex Room 409G, Miami, FL 33132-1309
19301657        +  MECA Education Comm of States, PO Box 33674, Denver, CO 80233-0674
19301697        +  Maddox, Griffin, 6612 Shedden Rd, Greenbrier, TN 37073-4732
19301799        +  Magnolia Bluebird Design + Events, 8505 Muscatello Court, Gaithersburg, MD 20877-4140
19301789        +  Marengo Community High School, 110 Franks Road, Marengo, IL 60152-3425
19301848        +  Marengo Community Pharmacy, 20015 East Grant Highway, Marengo, IL 60152-8207
19301654        +  Mary Nelson, 5252 Finisterre Drive, Panama City, FL 32408-7925
19301655        +  Massachusetts Franchise Tax, Department of Revenue, 200 Arlington Street, Chelsea, MA 02150-2301
19301656        +  Massena Central, 84 Nightengale Ave., Massena, NY 13662-2594
19301759        +  Massena Central School District, 84 Nightengale Avenue, Massena, NY 13662-2594
19301698        +  Mayle, Ava, 1502 E Sumner Ave, Indianapolis, IN 46227-3291
19301658        +  Miami Dade, 1450 N.E. Second Ave., Suite 912, Miami, FL 33132-1308
19301699        +  Moore, Alicen, 1307 Hickory Trace Dr, Greensboro, NC 27407-2847
19301659        +  National Coalition on Education Equity, 11856 Balboa Blvd, Suite 228, Granada Hills, CA 91344-2753
19301784        +  Nothing But Education, 5071 Lake Bluff Road, West Bloomfield, MI 48323-2430
19301772        +  Npn360, 2801 Lakeside Drive, Ste 110, Bannockburn, IL 60015-1200
19301700        +  O'Brien, Maureen, 330 East 33rd Street, 12M, New York, NY 10016-9438
19301764        +  Obility Consulting Inc, PO Box 2393, Lake Oswego, OR 97035-0674
19301803           Observation Group, 2377 Gold Meadow Way Ste 100, Gold River, CA 95670-4444
19301814           Openai LLc, 548 Market Street Pmb 97273, San Francisco, CA 94104-5401
19301781        +  Outreach Corporation, 333 Elliot Ave W Suite 500, Seattle, WA 98119-4115
19301755        +  PR Newswire, 602 Plaza Three, Harborside Financial Center, Jersey City, NJ 07311
19301701        +  Pantaleon, Elizabeth, 4143 SW 65th Ave, Davie, FL 33314-3327
19301702        +  Patel, Karan, 10895 Holman Ridge Road, Glen Allen, VA 23059-5926
19301703        +  Polling, Owen, 720 Rainbow Dr NW, Lancaster, OH 43130-9197
19301704        +  Posner, Bethany, 2 Garrison Farms Court, Pikesville, MD 21208-1846
19301660        +  Prince Georges County, Sasscer Administration Bldg., 14201 School Lane, Upper Marlboro, MD 20772-2866
19301745        +  RYE Consulting, 3611 Lipan Street, Denver, CO 80211-3046
19301661        +  ReThink Education II L.P., 707 Westchester Ave., Suite 401, White Plains, NY 10604-3102
19301662        +  ReThink Education III L.P., 707 Westchester Ave, #401, White Plains, NY 10604-3102
19301663        +  ReThink Education Seed L.P., 707 Westchester Ave., Suite 401, White Plains, NY 10604-3102
19301728        +  Redfish Technology, 416 South Main St, Suite 201, Hailey, ID 83333-8440
19301820           Region 19 Education Service Center, 6611 Boeing Drive, El Paso, TX 799251010
19301746        +  Revenue Ops LLC, 67 Agnes Drive, Framingham, MA 01701-3845
19301805        +  Rhodes Strategy Group, 502 Dennis Magruder Drive, Upper Marlboro, MD 20774-2108
19301705        +  Rhodes, Christian, 502 Dennis Magruder Dr, Upper Marlboro, MD 20774-2108
19301664        +  Richard Kerr, 3386 W 104th St, Hialeah, FL 33018-1242
19301785        +  Robots and Pencils, 7 1/2 N Franklin St., Chagrin Falls, OH 44022-3009
19301706        +  Rodriguez, Marvict J, 1937 Panama Drive, APT 7, Sarasota, FL 34234-8461
19301766        +  Romano & Associates, 228 Park Ave S, 94676, New York, NY 10003-1502
19301798        +  SIIA, P.O. Box 34340, Washington, DC 20043-4340
19301740        +  SWPR Group, 19714 Sunshine Way, Bend, OR 97702-1984
19301763           Salesforce.com, PO Box No. 203141, Dallas, TX 75320-3141
19301707        +  Salzwedel, Andrew, 76 DOONBEG DR, FUQUAY VARINA, NC 27526-2293
19301708        +  Sangary, Raquel, 4419 Stonefield Dr, Orlando, FL 32826-4257
19301738        +  School Superintendents Of Alabama, 534 Adams Avenue, Montgomery, AL 36104-4334
19301758        +  Sedgwick Street Partners LLC, 4743 Kincross Ct, Boulder, CO 80301-4230
19301754        +  Sedgwick Street Partners, LLC, 2500 South Court, Palo Alto, CA 94301-4240
19301797        +  Shepard, 1531 Carroll Drive NW, Atlanta, GA 30318-3697
19301771        +  Skaled Consulting, 823 Congress Ste 1550, Austin, TX 78701-2648
19301709        +  Skylar, Jess, 4316 Guardia Ave., Los Angeles, CA 90032-1117
19301710        +  Sloan, Julie, 12813 97th Ave NE, Kirkland, WA 98034-2738
19301711        +  Smith, Preston, 5222 Buffington Rd., El Monte, CA 91732-1242
19301712        +  Smith, Shakyna, 1023 49th St, Norfolk, VA 23508-1946
19301665        +  Spero Fund I, LP, 1325 Howard Ave. #923, Burlingame, CA 94010-4212
19301666        +  Statista, Inc., 3 World Trade Center, 175 Greenwich Street, 36th Floor, New York, NY 10007-2784
19301773        +  Street LLC, 3310 Central St, Evanston, IL 60201-1151
19301713        +  Suazo Taylor, Destiny, 8960 NW, 21st Street, Pembroke Pines, FL 33024-3215
19301667        +  Svitia Systems, 100 Meadowcreek Dr. Ste 102, Corte Madera, CA 94925-1230
19301726        +  Svitla Systems, Inc., 100 Meadowcreek Dr. Ste 102, Corte Madera, CA 94925-1230
19301737       #+  Taren E Bradley, 3111 Burning Springs Road, Apartment 3A, Laurel, MD 20724-6054
```

| District/off: 0311-1 | User: admin | Page 4 of 6 |
|---|---|---|
| Date Rcvd: Sep 12, 2024 | Form ID: van043 | Total Noticed: 208 |

| | | |
|---|---|---|
| 19301668 | + | Tech Breakthrough, 22 Corte Vidriosa, San Clemente, CA 92673-7009 |
| 19301806 | + | The Only Agency Inc., 20 West 22nd Street, Suite 905, New York, NY 10010-5845 |
| 19301788 | + | The Pinkney Group, 201 South Warren Street, Mobile, AL 36602-1620 |
| 19301714 | + | The Pinkney Group LLC, 201 S Warren St, Mobile, AL 36602-1620 |
| 19301724 | + | The TSB Group, 811 Wilshire Boulevard 17th Floor, Unit 548, Los Angeles, CA 90017-2606 |
| 19301715 | + | Tolefree, Davione, 4305 S Harlem Ave Apt 2, Berwyn, IL 60402-4227 |
| 19301716 |   | Torres, Yohan, Rio Grande Canyon Loop, Poinciana, FL, 34759 |
| 19301783 | + | True Capital Partners, 56 N Haddon Avenue, Haddonfield, NJ 08033-2438 |
| 19301717 | + | Turner, Kia, 7420 Troost Avenue, NUM 16254, Kansas City, MO 64131-5600 |
| 19301849 | + | Twilio, 101 Spear Street, 1st Fl, San Francisco, CA 94105-1580 |
| 19301669 | + | Union Local School District, 66779 Belmont Morristown Road, Belmont, OH 43718-9568 |
| 19301670 | + | University View Academy, 3113 Valley Creek Dr., Baton Rouge, LA 70808-3147 |
| 19301800 | + | University of Chicago, 1212 East 59th Street, Chicago, IL 60637-1604 |
| 19301804 | + | Urban Superintendent Collaborative Inc., 331 Community Center Avenue, Gaithersburg, MD 20878-4015 |
| 19301718 | + | Vargas, Gus, 604 Antebellum Way, Collierville, TN 38017-1798 |
| 19301795 | + | Watco Marketing Services, 66 Orchard Street, Unit 1, Cambridge, MA 02140-1309 |
| 19301719 | + | Watkins, Lauren, 66 Orchard St, Unit 1, Cambridge, MA 02140-1309 |
| 19301671 | + | Weehawken NJ, 53 Liberty Place, Weehawken, NJ 07086-7023 |
| 19301720 | + | Wellington Lynn, LLC, 8327 NW 26th Court, Cooper City, FL 33024-3184 |
| 19301672 | + | Whiteboard Advisors, 1000 Potomac St NW Suite 150, Washington, DC 20007-3563 |
| 19301673 | + | Wicked Sage, 12721 Oak Farms Dr, Herndon, VA 20171-4217 |
| 19301777 | + | Wicked Sage, LLC, 12721 Oak Farms Dr, Oak Hill, VA 20171-4217 |
| 19301760 | + | Winning By Design, 650 CASTRO STREET, Suite 120-252, Bldg 4, Ste 210, MOUNTAIN VIEW, CA 94041-2055 |
| 19301674 | + | Wolf, Greenfield, Sacks PC, 600 Atlantic Ave., Boston, MA 02210-2206 |
| 19301721 | + | Young, Diego, 9 Bowling Dr, Oakland, CA 94618-1707 |
| 19301675 | + | Ypsilanti Community School District, 1885 Packard Road, Ypsilanti, MI 48197-1846 |
| 19301770 | + | ZoomInfo Technologies LLC, 805 Broadway Street, Suite 900, Vancouver, WA 98660-3506 |
| 19301722 | + | Zuniga, Tanner, 110 Yvonne Ct, Goodlettsville, TN 37072-3151 |

TOTAL: 198

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | | EDI: BGLMILLER | Sep 12 2024 23:59:00 | George L. Miller, 1628 John F. Kennedy Blvd., Suite 950, Philadelphia, PA 19103-2110 |
| 19301864 | + | Email/Text: michael.brittingham@delaware.gov | Sep 12 2024 19:56:00 | Department of Labor, Division of Unemployment Insurance, P.O. Box 9953, Wilmington, DE 19809-0953 |
| 19301782 | | EDI: FLDEPREV.COM | Sep 12 2024 23:53:00 | Florida Department of Revenue, 1415 West US Highway 90, STE 115, Lake City, FL 32055-6156 |
| 19303079 | + | Email/Text: bankruptcynotices@gusto.com | Sep 12 2024 19:56:00 | Gusto, Attn: Servicing Dept, 525 20th Street, San Francisco, CA 94107-4345 |
| 19301774 | | EDI: IRS.COM | Sep 12 2024 23:53:00 | Department of Treasury, P.O. Box 9941, Stop 5500, Ogden, UT 84409 |
| 19301727 | + | Email/Text: JDU@WCB.NY.GOV | Sep 12 2024 19:56:00 | New York State Workers Compensation Board, 328 State Street, Room 331, Schenectady, NY 12305-3201 |
| 19302846 | + | Email/Text: L28ce9a@svb.com | Sep 12 2024 19:56:00 | Silicon Valley Bank, Attn: Estefania Cunha Flynn, 3003 Tasman Drive, Santa Clara, CA 95054-1191 |
| 19301863 | + | Email/Text: REV_Bankruptcy_General@state.de.us | Sep 12 2024 19:56:00 | State of Delaware, Division of Revenue, 820 N. French Street, 8th Floor, Wilmington, DE 19801-3509 |
| 19303037 | | Email/Text: ecffilings@lni.wa.gov | Sep 12 2024 19:56:00 | WA State Dept of Labor and Industries, Bankruptcy Unit, PO Box 44171, Olympia, WA 98504 |
| 19301723 | | Email/Text: ecffilings@lni.wa.gov | Sep 12 2024 19:56:00 | Department of Labor Industries, PO Box 44171, Olympia, WA 98504-4171 |

| District/off: 0311-1 | User: admin | Page 5 of 6 |
|---|---|---|
| Date Rcvd: Sep 12, 2024 | Form ID: van043 | Total Noticed: 208 |
| TOTAL: 10 | | |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 19301744 | | 300 Morris Street Tenant LLC, PO Box 309, Ugland House, Grand Caymen, KY1-1104 |
| 19301811 | | Apify Technologies, Vodickova 704/36, 11000 Prague 1 czech r, prague, 11000 |
| 19301839 | | Carbide Secure Inc., 92 Hillcrest dr, Sydney, B1R1V2 |
| 19301833 | | Harbinger Systems Private Limited, 139 Siddhant, Survey, No 97/6 Off Paud Road Kothrud, Pune, MH 411038 |
| 19301650 | | Harbinger Systems Private Limited, 139 Siddhant, Survey No 97/6, Off Paud Road Kothrud, Pune, NH 411038 |
| 19301810 | | Talkjs, 1 Bogert, Eindhoven, 5612 LX |
| 19301676 | *+ | ABC Educational Consulting Group LLC, 10572 Regatta Ridge Rd, Boynton Beach, FL 33473-4983 |
| 19301824 | *+ | ABC Educational Consulting Group LLC, 10572 Regatta Ridge Rd., Boynton Beach, FL 33473-4983 |
| 19301786 | *+ | Clever, 575 Market Street, suite 1850, San Francisco, CA 94105-5803 |
| 19301801 | *+ | EdSolutions LLC, 301 W. 118th Street, PH1D, New York, NY 10026-1049 |
| 19301756 | *+ | Exbo Group, 305 7th Avenue, Suite 1901, New York, NY 10001-6170 |
| 19301753 | *+ | Exbo Group, 305 7th Avenue, Suite 1901, New York, NY 10001-6170 |
| 19301761 | *+ | Gunderson Dettmer, 550 Allerton St., Redwood City, CA 94063-1524 |
| 19301651 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, IRS, Ogden, UT 84201 |
| 19301828 | *+ | KEH Communications, 504 Balt.-Annapolis Blvd., Ste 6, Severna Park, MD 21146-3890 |
| 19301845 | *+ | National Coalition on Education Equity, 11856 Balboa Blvd Suite 228, Granada Hills, CA 91344-2753 |
| 19301840 | *+ | Statista, Inc, 3 World Trade Center, 175 Greenwich Street, 36th Floor, New York, NY 10007-2784 |
| 19301813 | *+ | Tech Breakthrough, 22 Corte Vidriosa, San Clemente, CA 92673-7009 |
| 19301834 | *+ | Whiteboard Advisors, 1000 Potomac St NW Suite 150, Washington, DC 20007-3563 |
| 19301748 | * | Wolf, Greenfield Sacks PC, 600 Atlantic Avenue, Boston, MA 02210-2206 |

TOTAL: 6 Undeliverable, 14 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2024          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Beth E Rogers | on behalf of Creditor Svitla distribution@berlawoffice.com |
| Brian A. Sullivan | on behalf of Creditor Svitla bsullivan@werbsullivan.com  hbelair@werbsullivan.com |
| Dustin Nirschl | on behalf of Creditor Los Angeles Unified School District dustin.nirschl@bbklaw.com linda.tapia@bbklaw.com;wilma.escalante@bbklaw.com |
| George L. Miller | gmiller@mctllp.com  lcromley@mctllp.com;Clawless@mctllp.com;de22@ecfcbis.com |
| Joseph M Mulvihill | |

on behalf of Debtor AllHere Education Inc. jmulvihill@ycst.com, bankfilings@ycst.com

Ricardo Palacio, Esq

on behalf of Trustee George L. Miller rpalacio@ashbygeddes.com kjones@ashbygeddes.com;DKosloske@ashbygeddes.com;adellose@ashbygeddes.com

U.S. Trustee

USTPRegion03.WL.ECF@USDOJ.GOV

TOTAL: 7