IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| ALLHERE EDUCATION, INC., | ) | Case No. 24-11841 (LSS) |
| | ) | |
| Debtor. | ) | Hearing Date: October 10, 2024 at 9:30 a.m. (ET) |
| | ) | Objections Due: September 23, 2024 at 4:00 p.m. (ET) |
| | ) | |

**CERTIFICATE OF NO OBJECTION REGARDING
APPLICATION FOR AN ORDER PURSUANT TO 11 U.S.C. §§ 327, 328 AND
330, FED. R. BANKR. P. 2014 AND 2016 AND LOCAL RULE 2014-1 AUTHORIZING
THE RETENTION AND EMPLOYMENT OF ASHBY & GEDDES, P.A.
AS COUNSEL TO GEORGE L. MILLER, CHAPTER 7 TRUSTEE,
<u>*NUNC PRO TUNC* TO AUGUST 27, 2024</u>**

I, Ricardo Palacio, a member of the firm of Ashby & Geddes, P.A. ("<u>Ashby & Geddes</u>"), counsel to George L. Miller, the Chapter 7 trustee (the "<u>Trustee</u>") of the above-captioned debtor (the "<u>Debtor</u>"), hereby certify the following:

1. On September 9, 2024, Ashby & Geddes filed the *Application for an Order Pursuant to 11 U.S.C. §§ 327, 328 and 330, Fed. R. Bankr. P. 2014 and 2016 and Local Rule 2014-1 Authorizing the Retention and Employment of Ashby & Geddes, P.A., as Counsel to George L. Miller, Chapter 7 Trustee, Nunc Pro Tunc, to August 27, 2024* [Docket No. 12] (the "<u>Application</u>"). Attached to the Application as <u>Exhibit A</u> is a proposed form of order approving the Application and the relief sought therein (the "<u>Order</u>").

2. Pursuant to the notice of the Application, objections or responses, if any, to the Application were to be filed with the Court and served upon the undersigned counsel by 4:00 p.m. (prevailing Eastern Time) on September 23, 2024.

{02054217;v1 }

3. As of the date hereof, the undersigned counsel have not been served with any objections or responses to the Application. A review of the Court's docket indicates that, as of this date, no responses or objections to the Application have been filed.

WHEREFORE, Ashby & Geddes respectfully requests that the Order approving the Application be entered at the Court's earliest convenience.

Dated: September 24, 2024

**ASHBY & GEDDES, P.A.**

*/s/ Ricardo Palacio*
Ricardo Palacio (DE Bar No. 3765)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
Tel: (302) 654-1888
Email: RPalacio@ashbygeddes.com

*(Proposed) Counsel for George L. Miller, Chapter 7 Trustee*