# Exhibit 1

## (Acknowledgment and Agreement To Be Bound)

## ACKNOWLEDGEMENT AND AGREEMENT TO BE BOUND

I, _____, declare that I have read in its entirety and understand the Order that was issued by the United States Bankruptcy Court for the District of Delaware on _____, in Case No. 24-11841 (LSS). I agree to comply with and to be bound by all the terms of the Order. I understand and acknowledge that failure to so comply could expose me to sanctions and punishment in the nature of contempt. I agree that I will not disclose in any manner any information or item that is subject to the Order ("Covered Material") to any person or entity except in strict compliance with the provisions of the Order. I agree that the disclosure to me of any Covered Material does not constitute a waiver of any privilege or protection over the Covered Material, any information or communication referenced in the Covered Material, or the subject matter thereof. I agree that the Order is binding on me, my counsel, and agents of my counsel assisting counsel in representing me.

I further agree to submit to the jurisdiction of the United States Bankruptcy Court for the District of Delaware for the purpose of enforcing the terms of the Order.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at _____, on _____.

                                          _____
                                          NAME