IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 7 |
| ALLHERE EDUCATION, INC., | ) | |
| | ) | Case No. 24-11841 (LSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON OCTOBER 10, 2024 AT 9:30 A.M. (ET)
<u>BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN</u>**

> **THIS HEARING HAS BEEN CANCELLED AT THE DIRECTION OF THE COURT, AS NO MATTERS ARE GOING FORWARD.**

**<u>RESOLVED MATTERS</u>**

1. Application for an Order Pursuant to 11 U.S.C. §§ 327, 328 and 330, Fed. R. Bankr. P. 2014 and 2016 and Local Rule 2014-1 Authorizing the Retention and Employment of Ashby & Geddes, P.A., as Counsel to George L. Miller, Chapter 7 Trustee, Nunc Pro Tunc, to August 27, 2024 [D.I. 12; 9/9/2024]

    **<u>Objection Deadline</u>**:     September 23, 2024 at 4:00 p.m. (ET)

    **<u>Objections/Informal Responses</u>**:    None.

    **<u>Related Pleadings:</u>**

    A. Certificate of No Objection regarding the Application for an Order Pursuant to 11 U.S.C. §§ 327, 328 and 330, Fed. R. Bankr. P. 2014 and 2016 and Local Rule 2014-1 Authorizing the Retention and Employment of Ashby & Geddes, P.A., as Counsel to George L. Miller, Chapter 7 Trustee, Nunc Pro Tunc, to August 27, 2024 [D.I. 21; 9/24/2024]

    B. Order Pursuant To 11 U.S.C. §§ 327, 328 And 330, Fed. R. Bankr. P. 2014 And 2016 And Local Rule 2014-1 Authorizing The Retention And Employment Of Ashby & Geddes, P.A. As Counsel To George L, Miller, Chapter 7 Trustee, Nunc Pro Tunc To May 31, 2024 [D.I. 24; 9/30/2024]

**Status:**     The Order has been entered.

Dated: October 8, 2024              **ASHBY & GEDDES, P.A.**

  /s/ Ricardo Palacio
Ricardo Palacio (DE Bar No. 3765)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
Tel: (302) 654-1888
Fax: (302) 654-2067
Email:   RPalacio@ashbygeddes.com

*Counsel for George L. Miller, Chapter 7 Trustee*