**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| ALLHERE EDUCATION, INC., | ) | Case No. 24-11841 (LSS) |
| | ) | |
| Debtor. | ) | **Hearing Date:  November 21, 2024 at 10:30 a.m. (ET)** |
| | ) | **Obj.. Deadline:  October 23, 2024 at 4:00 p.m. (ET)** |
| | ) | |

**NOTICE OF MOTION OF GEORGE L. MILLER, CHAPTER 7 TRUSTEE,
TO EXTEND THE TIME TO ASSUME OR REJECT EXECUTORY
CONTRACTS AND UNEXPIRED LEASES PURSUANT TO
SECTION 365(d)(1) OF THE BANKRUPTCY CODE**

**PLEASE TAKE NOTICE** that, on October 9, 2024, George L. Miller (the "Trustee"), solely as Chapter 7 Trustee of AllHere Education, Inc. (the "Debtor") filed the *Motion of George L. Miller, Chapter 7 Trustee, to Extend the Time to Assume or Reject Executory Contracts and Unexpired Leases Pursuant to Section 365(d)(1) of the Bankruptcy Code* (the "Motion") with the United States Bankruptcy Court for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Court's approval of the Motion must be (a) in writing and served on or before **October 23, 2024 at 4:00 p.m. (ET)** (the "Objection Deadline"); (b) filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, DE 19801; and (c) served as to be received on or before the Objection Deadline by the undersigned attorneys.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING ON THE MOTION WILL BE HELD ON **NOVEMBER 21, 2024 AT 10:30 A.M.** BEFORE THE HONORABLE LAURIE SELBER SILVERTEIN, UNITED STATES BANKRUPTCY JUDGE FOR THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 6TH FLOOR, COURTROOM #2, WILMINGTON, DE 19801.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

| | |
|---|---|
| Dated: October 9, 2024<br>Wilmington, Delaware | **ASHBY & GEDDES, P.A.**<br><br>*/s/ Ricardo Palacio*<br>Ricardo Palacio (DE Bar No. 3765)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, Delaware 19899<br>Tel: (302) 654-1888<br>Email: RPalacio@ashbygeddes.com<br><br>*Counsel for George L. Miller,*<br>*Chapter 7 Trustee* |

{02058009;v1 }