IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| ALLHERE EDUCATION, INC., | ) | Case No. 24-11841 (LSS) |
| | ) | |
| Debtor. | ) | Hearing Date: November 21, 2024 at 10:30 a.m. (ET) |
| | ) | Obj. Deadline: October 23, 2024 at 4:00 p.m. (ET) |
| | ) | |

**CERTIFICATE OF NO OBJECTION REGARDING
MOTION OF GEORGE L. MILLER, CHAPTER 7 TRUSTEE, TO EXTEND THE
TIME TO ASSUME OR REJECT EXECUTORY CONTRACTS AND UNEXPIRED
LEASES PURSUANT TO SECTION 365(d)(1) OF THE BANKRUPTCY CODE**

I, Ricardo Palacio, a member of the firm of Ashby & Geddes, P.A. ("Ashby & Geddes"), counsel to George L. Miller, the Chapter 7 trustee (the "Trustee") of the above-captioned debtor (the "Debtor"), hereby certify the following:

1. On October 9, 2024, the Trustee filed the *Motion of George L. Miller, Chapter 7 Trustee, to Extend the Time to Assume or Reject Executory Contracts and Unexpired Leases Pursuant to Section 365(d)(1) of the Bankruptcy Code* [Docket No. 26] (the "Motion"). Attached to the Motion as Exhibit A is a proposed form of order approving the Motion and the relief sought therein (the "Order").

2. Pursuant to the notice of the Motion, objections or responses, if any, to the Motion were to be filed with the Court and served upon the undersigned counsel by 4:00 p.m. (prevailing Eastern Time) on October 23, 2024.

3. As of the date hereof, the undersigned counsel have not been served with any objections or responses to the Motion. A review of the Court's docket indicates that, as of this date, no responses or objections to the Motion have been filed.

{02062270;v1 }

WHEREFORE, the Trustee respectfully requests that the Order approving the Motion be entered at the Court's earliest convenience.

| | |
|---|---|
| Dated: October 24, 2024 | **ASHBY & GEDDES, P.A.**<br><br>*/s/ Ricardo Palacio*<br>Ricardo Palacio (DE Bar No. 3765)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, Delaware 19899<br>Tel: (302) 654-1888<br>Email: RPalacio@ashbygeddes.com<br><br>*Counsel for George L. Miller, Chapter 7 Trustee* |