# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 7 |
| ALLHERE EDUCATION, INC., | ) |
| | ) Case No. 24-11841 (LSS) |
| Debtor. | ) |
| | ) |
| | ) |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
### HEARING ON NOVEMBER 21, 2024 AT 10:30 A.M. (ET)
### BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN

**THIS HEARING HAS BEEN CANCELLED AT THE DIRECTION OF THE COURT, AS NO MATTERS ARE GOING FORWARD.**

### RESOLVED MATTERS

1. Motion of George L. Miller, Chapter 7 Trustee, to Extend the Time to Assume or Reject Executory Contracts and Unexpired Leases Pursuant to Section 365(d)(1) of the Bankruptcy Code [D.I. 26; 10/9/2024]

   **Objection Deadline**:        October 23, 2024 at 4:00 p.m. (ET)

   **Objections/Informal Responses**:    None.

   **Related Pleadings:**

   A. Certificate of No Objection regarding Motion of George L. Miller, Chapter 7 Trustee, to Extend the Time to Assume or Reject Executory Contracts and Unexpired Leases Pursuant to Section 365(d)(1) of the Bankruptcy Code [D.I. 27; 10/24/2024]

   B. Order Granting Trustees Motion for Entry of Order Extending Time to Assume or Reject Executory Contracts and Unexpired Leases Pursuant to Section 365(d)(1) [D.I. 28; 10/28/2024]

**Status:**   The Order has been entered.

Dated: November 18, 2024                              **ASHBY & GEDDES, P.A.**

 */s/ Ricardo Palacio*
Ricardo Palacio (DE Bar No. 3765)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
Tel: (302) 654-1888
Fax: (302) 654-2067
Email:   RPalacio@ashbygeddes.com

*Counsel for George L. Miller, Chapter 7 Trustee*

{02067858;v1 }                                          2