# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ALLHERE EDUCATION, INC.,<br><br>Debtor. | Chapter 7<br><br>Case No. 24-11841 (LSS) |

### DECLARATION OF MATTHEW R. TOMLIN, CPA, IN SUPPORT OF THE APPLICATION OF CHAPTER 7 TRUSTEE TO EMPLOY MILLER COFFEY TATE LLP AS ACCOUNTANTS AND BANKRUPTCY CONSULTANTS, EFFECTIVE AS OF NOVEMBER 25, 2024

I, Matthew R. Tomlin, being duly sworn, depose and say:

1. I am a partner with the firm of Miller Coffey Tate LLP ("MCT"), Certified Public Accountants and Consultants, with offices at Eight Penn Center, Suite 950, 1628 John F. Kennedy Boulevard, Philadelphia, Pennsylvania, 19103, and I am authorized to execute this Declaration on behalf of MCT.

2. I do not believe that I, nor any member of MCT, holds or represents any interest adverse to the Trustee or the Debtor's estate.

3. I have reviewed the Application of Chapter 7 Trustee for the estate of the above-captioned Debtor, George L. Miller, to Employ MCT as Accountants and Bankruptcy Consultants, effective as of November 25, 2024 (the "Application") and am aware of the statements contained therein, which statements are true and correct to the best of my knowledge information and belief.

4. Disclosure with respect to whether or not MCT has or has had "connections" with the Debtor's estate, creditors, or other parties-in-interest, their respective attorneys or accountants, insofar as I have been able to ascertain, is set forth below:

a. MCT has compared the parties identified on **Schedule 1** to the list of MCT's current and former engagements and clients. No connections were found, except as noted in this Declaration.

b. The Trustee is a member and partner employed as an accountant by MCT.

c. MCT may have appeared and may appear in the future in other cases unrelated to the Debtor's estate where the Debtor's counsel, creditors or other parties-in-interest herein, or their representatives, may be involved.

d. To the extent that MCT discovers any connection with any interested party or enters into any new relationship with any interested party, MCT will promptly supplement its disclosure to the Court.

e. To the best of my knowledge, information and belief, neither I nor any personnel of MCT is a relative of any judges who serve at the United States Bankruptcy Court for the District of Delaware, including Judge Laurie Selber Silverstein, the presiding judge in these cases.

f. To the best of my knowledge, information and belief, neither I nor any personnel of MCT is neither a relative of the United States Trustee for the District of Delaware or any personnel of Office of the United States Trustee for the District of Delaware.

5. MCT is a disinterested person within the meaning of Section 101(14) of the United States Bankruptcy Code.

6. Except as otherwise set forth in the Application and Declaration, MCT has no connection with the Debtor, any creditor or any other party in interest, their respective attorneys or accountants, or with the United States Trustee or any person employed in the office of the United States Trustee.

MILLER COFFEY TATE LLP

Dated: December 24, 2024

/s/ Matthew R. Tomlin, CPA
Matthew R. Tomlin, CPA
Eight Penn Center, Suite 950
1628 John F. Kennedy Blvd.
Philadelphia, Pennsylvania 19103
Telephone: (215) 561-0950

## Schedule 1
## Listing of Parties for Conflict Check
## Potential Parties-in-Interest[1]

**Debtor:**
AllHere Education, Inc.

**Debtor's Counsel:**
Young Conaway Stargatt & Taylor, LLP

**Former Directors and Officers:**
Andrew Parker
Toby Jackson
Andre Bennin
Jeff Livingston
Janice Jackson

**Banks/Lenders**
Silicon Valley Bank
Bank of America

**Equity Interest Holders**
Joanna Smith
New Wave Advisors, LLC
Rethink Education III, L.P.
SB Opportunity Fund LLC
Potencia Venture
Gratitude Railroad Ventures, LLC
Rethink Education II, L.P.
Rethink Education Seed, L.P.

AT&T Venture Investments, LLC
Boston Impact Initiative
Tethered, LLC
Spero Fund I, LP
Alumni Ventures Group – AllHere Trust A
Operator Collective Fund, L.P.
Toby Brzoznowski

**Creditors/ Interested Parties Known to Date:**
ABC Educational Consulting Group
Animated Intelligences, LLC
AWS - Amazon Web Services
Brex
Cincinnati School District
Clever
Dade Association of School Admin
Day Pitney
Debra Kerr LLC
DGD Communications
East Baton Rouge

EDSolutions LLC
Exbo Group
Florida School Services
Folly Ventures
Foundation for Rural Education Excellence, Inc.
Georgia School Board Association
Greater Florida Consortium of School Boards
Gunderson Dettmer
Guyatu Bati
Harbinger Systems Private Limited
IRS

---

[1] Known material parties as of the filing of this Declaration together with creditor names appearing in Schedule D, Schedule E and Schedule F of the Schedules of Assets and Liabilities prepared by the Debtor.

- KEH Communications
- Los Angeles Unified School District Education Foundation
- Mary Nelson
- Massachusetts Franchise Tax
- Massena Central School District
- Madi Lyford
- Miami Dade
- National Coalition on Education Equity
- Prince Georges County
- ReThink Education II L.P.
- ReThink Education III L.P.
- ReThink Education Seed L.P.
- Richard Kerr
- Spero Fund I, LP
- Svitia Systems
- Tech Breakthrough
- Union Local School District
- University View Academy
- Weehawken NJ
- Whiteboard Advisors
- Wicked Sage, LLC
- Wolf, Greenfield, Sacks PC
- Ypsilanti Community School District
- Adib, Taha
- Arnold, Jordan
- Attoh, Emmanuel
- Banks, Mikaela
- BioCIO
- Brown, Keith
- Buckner, Tony
- Chu, Po-ling (Bryan)
- Ehlert, Anke
- First Step Advisors
- Grant, Shadarra
- Grove, Keiko
- Hattabaugh II, Mark
- Jackson, Toby
- Kerr, Debra
- Lecompte, Liz
- Maddox, Griffin
- Mayle, Ava
- Moore, Alicen
- O'Brien, Maureen
- Pantaleon, Elizabeth
- Patel, Karan
- Polling, Owen
- Posner, Bethany
- Rhodes, Christian
- Rodriguez, Marvict J
- Salzwedel, Andrew
- Sangary, Raquel
- Skylar, Jess
- Sloan, Julie
- Smith, Preston
- Smith, Shakyna
- Suazo Taylor, Destiny
- Tolefree, Davione
- Torres, Yohan
- Turner, Kia
- Vargas, Gus
- Watkins, Lauren
- Wellington Lynn, LLC
- The TSB Group
- ERDI Partners Inc.
- Svitla Systems, Inc.
- New York State Workers Compensation Board
- Redfish Technology
- C Ward Consulting LLC
- K1 Investment Management
- Harbinger Systems Inc.
- HubSpot
- Clark County School District
- Life Labs Learning
- BPAA
- Taren E Bradley
- School Superintendents of Alabama
- 1EdTech Consortium, Inc.
- SWPR Group
- Board of Education of Prince George's County
- Foley Hoag LLP
- LRP CONFERENCES, LLC
- 300 Morris Street Tenant LLC
- RYE Consulting
- Revenue Ops LLC
- EdWeb LLC
- Agile Education Marketing LLC
- Attendance Works
- Leoni Consulting Group LLC
- Sedgwick Street Partners, LLC
- PR Newswire
- Winning By Design
- AASA
- Salesforce.com
- Obility Consulting Inc.
- Capitol Tech Solutions

Romano & Associates
Editorial Projects in Education Inc.
Jackson-Price Consulting Services Inc.
ZoomInfo Technologies LLC
Skaled Consulting
Npn360
Street LLC
Department of Treasury
CT Corporation
Friends of AALA
Alliance for Public Schools Foundation Inc.
Institute For Education Innovation Outreach Corporation
Florida Department of Revenue
True Capital Partners
Nothing But Education
Robots and Pencils
Gulf Coast Challenge
The Pinkney Group
Marengo Community High School
Leadership on Demand in Demand
Key Biscayne Community Foundation
Lede Ventures LLC
BCBS Florida Blue
Andela
Watco Marketing Services
Fearless Inside
Shepard
SIIA
Magnolia Bluebird Design + Events
University of Chicago
Observation Group
Urban Superintendent Collaborative Inc.
Rhodes Strategy Group
The Only Agency Inc.
Hazel Health Inc.

EdWeek Market Brief
Heartland Educational Consortium
Talkjs
Apify Technologies
Files.com
Openai LLC
Foundation for New Education Initiatives, Inc.
JASON Learning
FloridaLearns Foundation
Goodwin Procter LLP
Harvesting Hope
Region 19 Education Service Center
FASFEP
Axis Learning Group
Action Verb LLC
Georgia School Superintendents Association
Georgia School Boards Association
Butler County Educational Service Center
California Association of African American
Exquisite Catering By Robert Inc.
First District RESA
AMC Theatres
Burbank Printing
ILO Group
GeoEvent, LLC
Carbide Secure Inc.
Statista, Inc.
Education Commission of the States
MECA
Disney Destinations
Be Light and Love, LLC
Marengo Community Pharmacy
Twilio
Young, Diego
Zuniga, Tanner
Department of Labor Industries
Amazon Web Services

Parties listed on the List of Creditors and parties listed on Schedules D & E/F filed in these cases.

## Office of the United States Trustee
### Region 3 - Wilmington DE - Staff Directory

| Name | Title |
|---|---|
| Andrew R. Vara | United States Trustee |
| Joseph McMahon | Assistant U.S. Trustee |
| Lauren Attix | Paralegal Specialist |
| Malcolm M. Bates | Trial Attorney |
| Linda Casey | Trial Attorney |
| Joseph Cudia | Trial Attorney |
| Holly Dice | Auditor |
| Shakima L. Dortch | Paralegal Specialist |
| Timothy J. Fox, Jr. | Trial Attorney |
| Diane Giordano | Analyst |
| Michael Girello | Paralegal Specialist |
| Christine Green | Paralegal Specialist |
| Benjamin Hackman | Trial Attorney |
| Nyanquoi Jones | Auditor |
| Hawa Konde | Auditor |
| Jane Leamy | Trial Attorney |
| Jonathan Lipshie | Trial Attorney |
| Hannah M. McCollum | Trial Attorney |
| Jonathan Nyaku | Auditor |
| James R. O'Malley | Auditor |
| Linda Richenderfer | Trial Attorney |
| Richard Schepacarter | Trial Attorney |
| Edith A. Serrano | Paralegal Specialist |
| Rosa Sierra-Fox | Trial Attorney |
| Elizabeth Thomas | Paralegal Specialist |
| Dion Wynn | Paralegal Specialist |

## Bankruptcy Judges
### United States Bankruptcy Court
### District of Delaware

- Laurie Selber Silverstein, Chief Judge
- John T. Dorsey, Judge
- Craig T. Goldblatt, Judge
- Thomas M. Horan, Judge
- Karen B. Owens, Judge
- Brendan L. Shannon, Judge
- J. Kate Stickles, Judge
- Mary F. Walrath, Judge
- Ashely M. Chan, Judge

## Clerk of the United States Bankruptcy Court
### District of Delaware

Una O'Boyle