IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ALLHERE EDUCATION, INC.,<br><br>Debtor. | Chapter 7<br><br>Case No. 24-11841 (LSS)<br><br>Related Docket: _____ |

**ORDER AUTHORIZING APPLICATION OF CHAPTER 7 TRUSTEE TO EMPLOY MILLER COFFEY TATE LLP AS ACCOUNTANTS AND BANKRUPTCY CONSULTANTS, EFFECTIVE AS OF NOVEMBER 25, 2024**

Upon the application (the "Application") of George L. Miller, as chapter 7 trustee (the "Trustee") of the bankruptcy estate of AllHere Education, Inc., (the "Debtor") for entry of an order pursuant to sections 327(a) and 328 of the Bankruptcy Code, Bankruptcy Rule 2014, and Local Bankruptcy Rule 2014-1 authorizing the Trustee to employ Miller Coffey Tate LLP as accountants and bankruptcy consultants, effective as of November 25, 2024; and upon the Tomlin Declaration annexed to the Application; and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and reference from the District Court pursuant to 28 U.S.C. § 157; (b) notice of the Application and the hearing was sufficient under the circumstances; (c) based on the Tomlin Declaration, Miller Coffey Tate LLP neither has nor represents any interest materially adverse to the interests of the Debtors' estate, any other parties in interest, or in connection with the Debtors' case; (d) the Court having determined that Miller Coffey Tate LLP is a "disinterested person" pursuant to section 101(14) of the Bankruptcy Code; and (e) the Court having determined that the legal and factual bases set forth in the Application and the Tomlin Declaration establish just cause for the relief granted herein; and it appearing to the Court that the Application should be approved,

IT IS HEREBY ORDERED THAT:

1. The Application is GRANTED.

2. The Trustee is hereby authorized to employ Miller Coffey Tate LLP as his accountants and bankruptcy consultants pursuant to sections 327 and 328 of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016, and Local Rule 2014-1, effective as of November 25, 2024.

3. Compensation to be paid to Miller Coffey Tate LLP for services to be rendered to the Trustee, plus reimbursement of costs incurred in connection with the services provided to the Trustee, shall be determined by this Court upon appropriate application therefor in accordance with sections 330 and 331 of the Bankruptcy Code, applicable Bankruptcy Rules and/or any applicable regulations and Orders of this Court.

4. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.