**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ALLHERE EDUCATION, INC.,<br><br>Debtor. | Chapter 7<br><br>Case No. 24-11841 (LSS)<br><br>Hearing Date: January 30, 2025 at 10:30 am (ET)<br>Objection Deadline: January 9, 2025 at 4:00 pm (ET) |

**NOTICE OF APPLICATION OF CHAPTER 7 TRUSTEE TO EMPLOY
MILLER COFFEY TATE LLP AS ACCOUNTANTS AND BANKRUPTCY
CONSULTANTS EFFECTIVE AS OF NOVEMBER 25, 2024**

**PLEASE TAKE NOTICE** that the Chapter 7 Trustee, George L. Miller, (the "Trustee") filed the Application of Chapter 7 Trustee, George L. Miller, to Employ Miller Coffey Tate LLP as Accountants and Bankruptcy Consultants, effective as of November 25, 2024, (the "Application") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that any objections to the Application must be made in writing, filed with the Bankruptcy Court and served so as to actually be received by 4:00 pm Eastern Time on January 9, 2025 by the undersigned. If no objections are timely filed in accordance with the above procedures, the undersigned shall file a Certification of No Objection. Upon the filing of the Certification of No Objection, the Court may enter the Order to the Application without further notice or a hearing.

**PLEASE TAKE FURTHER NOTICE** that if an objection is properly filed in accordance with the above procedure, a hearing on the Application will be held on January 30, 2025 at 10:30 am Eastern Standard Time before the Honorable Laurie Selber Silverstein, United States Bankruptcy Court Judge. Only those objections made in writing, timely filed, and served in accordance with the above procedure will be considered at and receive notice of such hearing.

Dated: December 24, 2024

George L. Miller
Chapter 7 Trustee
1628 John F. Kennedy Blvd., Suite 950
Philadelphia, PA 19103
Telephone (215) 561-0950
Facsimile (215) 561-0330
Email: gmiller@mctllp.com