# CERTIFICATE OF SERVICE

      I, Ricardo Palacio, hereby certify that, on December 26, 2024, I caused one copy of the foregoing *Application of Chapter 7 Trustee George L. Miller to Employ Miller Coffey Tate LLP as Accountants and Bankruptcy Consultants, Effective as of November 25, 2024* to be served upon (i) all parties of record via CM/ECF; and (ii) the parties on the attached service list via electronic mail, unless otherwise indicated.

Dated: December 26, 2024                          /s/ *Ricardo Palacio*
                                                                   Ricardo Palacio (DE Bar No. 3765)

<div style="display: flex; justify-content: space-between;">

<div>

Joseph M Mulvihill
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 N. King Street
Wilmington, DE 19801
Email: jmulvihill@ycst.com

Dustin J. Nirschl
Best Best & Krieger LLP
3390 University Avenue, Fifth Floor
Riverside, CA 92501
Email: Dustin.nirschl@bbklaw.com

*Counsel for Los Angeles Unified School District*

Beth E. Rogers
Rogers Law Offices
River Ridge
9040 Roswell Road, Suite 205
Atlanta, GA 30350
Email: brogers@berlawoffice.com

*Counsel for Svitla*

</div>

<div>

**VIA FIRST CLASS MAIL**
Office of the United States Trustee
844 N King St., #2207
Lockbox #35
Wilmington, DE 19801

Brian A. Sullivan
Werb & Sullivan
1225 N. King Street, Suite 600
Wilmington, DE 19801
Email: bsullivan@werbsullivan.com

*Counsel for Svitla*

</div>

</div>