**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| ALLHERE EDUCATION, INC., | ) | Case No. 24-11841 (LSS) |
| | ) | |
| Debtor. | ) | Hearing Date: January 30, 2025 at 10:30 a.m. (ET) |
| | ) | Objections Due: January 9, 2025 at 4:00 p.m. (ET) |
| | ) | |

**CERTIFICATE OF NO OBJECTION REGARDING**
**APPLICATION OF CHAPTER 7 TO EMPLOY**
**MILLER COFFEY TATE LLP AS ACCOUNTANTS AND BANKRUPTCY**
**CONSULTANTS, EFFECTIVE AS OF NOVEMBER 25, 2024**

I, Ricardo Palacio, a member of the firm of Ashby & Geddes, P.A. ("Ashby & Geddes"), counsel to George L. Miller, the Chapter 7 trustee (the "Trustee") of the above-captioned debtor (the "Debtor"), hereby certify the following:

1. On December 26, 2024, Ashby & Geddes filed the *Application of Chapter 7 to Employ Miller Coffey Tate LLP as Accountants and Bankruptcy Consultants, Effective as of November 25, 2024* [Docket No. 30] (the "Application"). Attached to the Application is a proposed form of order approving the Application and the relief sought therein (the "Order").

2. Pursuant to the notice of the Application, objections or responses, if any, to the Application were to be filed with the Court and served upon the undersigned counsel by 4:00 p.m. (prevailing Eastern Time) on January 9, 2025.

3. As of the date hereof, the undersigned counsel have not been served with any objections or responses to the Application. A review of the Court's docket indicates that, as of this date, no responses or objections to the Application have been filed.

WHEREFORE, the Trustee respectfully requests that the Order approving the Application be entered at the Court's earliest convenience.

{02080640;v1 }

Dated: January 10, 2025            **ASHBY & GEDDES, P.A.**

/s/ *Ricardo Palacio*
Ricardo Palacio (DE Bar No. 3765)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
Tel: (302) 654-1888
Email: RPalacio@ashbygeddes.com

*Counsel for George L. Miller, Chapter 7 Trustee*