# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| ALLHERE EDUCATION, INC., | ) Case No. 24-11841 (LSS) |
| | ) |
| Debtor. | ) Related D.I. 31 |
| | ) |

## ORDER GRANTING TRUSTEE'S SECOND MOTION FOR ENTRY OF ORDER EXTENDING TIME TO ASSUME OR REJECT EXECUTORY CONTRACTS AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(d)(1)

Upon consideration of the Trustee's *Second Motion for Entry of Order Extending Time to Assume or Reject Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(d)(1)* (the "Motion");[1] the Bankruptcy Court finding that notice of the Motion was sufficient under the circumstances; after due deliberation; and good and sufficient cause having been shown; it is hereby ordered that:

1. The Motion is **GRANTED**.

2. Pursuant to section 365(d)(1) of the Bankruptcy Code, the time period within which the Trustee may assume or reject executory contracts and unexpired leases of residential real property and/or personal property is hereby extended by ninety (90) days, through and including April 10, 2025.

3. This Order is without prejudice to the Trustee's ability to request and obtain additional extensions, including but not limited to an extension under 11 U.S.C. § 365(d)(4)

---

[1] Capitalized terms not otherwise defined in this Order shall have the meanings given in the Motion.

{02085143;v1 }

with respect to unexpired leases of real property.

Dated: January 27th, 2025
Wilmington, Delaware

LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE

{02085143;v1}  2