IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 7 |
| ALLHERE EDUCATION, INC., | ) |
| | ) Case No. 24-11841 (LSS) |
| Debtor. | ) |
| | ) |
| | ) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JANUARY 30, 2025 AT 10:30 A.M. (ET)
BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN**

> **THIS HEARING HAS BEEN CANCELLED AT THE DIRECTION OF THE COURT,
> AS NO MATTERS ARE GOING FORWARD.**

**RESOLVED MATTERS**

1. Application of Chapter 7 Trustee to Employ Miller Coffey Tate LLP as Accountants and Bankruptcy Consultants Effective as of November 25, 2024 [D.I. 30; 12/26/2024]

   **Objection Deadline**:      January 9, 2025 at 4:00 p.m. (ET)

   **Objections/Informal Responses**:   None.

   **Related Pleadings:**

   A. Certificate of No Objection regarding Application of Chapter 7 Trustee to Employ Miller Coffey Tate LLP as Accountants and Bankruptcy Consultants Effective as of November 25, 2024 [D.I. 32; 1/10/2025]

   B. Order Authorizing Application of Chapter 7 Trustee George L. Miller to Employ Miller Coffey Tate LLP as Accountants and Bankruptcy Consultants, Effective as of November 25, 2024 [D.I. 33; 1/13/2025]

   **Status:**      The Order has been entered.

2. Second Motion of George L. Miller, Chapter 7 Trustee, to Extend the Time to Assume or Reject Executory Contracts and Unexpired Leases Pursuant to Section 365(d)(1) of the Bankruptcy Code [D.I. 31; 1/7/2025]

   **Objection Deadline**:      January 21, 2025 at 4:00 p.m. (ET)

   **Objections/Informal Responses**:   None.

   **Related Pleadings:**

C. Certificate of No Objection regarding Second Motion of George L. Miller, Chapter 7 Trustee, to Extend the Time to Assume or Reject Executory Contracts and Unexpired Leases Pursuant to Section 365(d)(1) of the Bankruptcy Code [D.I. 34; 1/27/2025]

D. Order Granting Trustees Second Motion for Entry of Order Extending Time to Assume or Reject Executory Contracts and Unexpired Leases Pursuant to Section 365(d)(1)  [D.I. 35; 1/27/2025]

**Status:**     The Order has been entered.

Dated: January 28, 2025

**ASHBY & GEDDES, P.A.**

 */s/ Ricardo Palacio*
Ricardo Palacio (DE Bar No. 3765)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
Tel: (302) 654-1888
Fax: (302) 654-2067
Email:  RPalacio@ashbygeddes.com

*Counsel for George L. Miller, Chapter 7 Trustee*