**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ALLHERE EDUCATION, INC.,<br><br>Debtor. | Chapter 7<br><br>Case No. 24-11841 (LSS)<br><br>Re: D.I. 19 |

### CERTIFICATION OF COUNSEL SUBMITTING PROPOSED ORDER EXTENDING THE LOS ANGELES UNIFIED SCHOOL DISTRICT'S DEADLINE TO FILE A PROOF OF CLAIM

I, Scott Leonhardt, Delaware counsel to the Los Angeles Unified School District (the "School District"), hereby certify as follows:

1. On August 13, 2024 (the "Petition Date"), the above-captioned debtor (the "Debtor") filed a voluntary petition under chapter 7 of the Bankruptcy Code commencing this chapter 7 case.

2. The current deadline for governmental entities to file proofs of claim is February 10, 2025. See D.I. 19.

3. George L. Miller, the Chapter 7 trustee of the estate of Debtor has agreed to extend the deadline for the School District to file a proof of claim to February 17, 2025 and to the form of order attached **Exhibit A** (the "Proposed Order").

**WHEREFORE**, the School District respectfully requests that the Court enter the Proposed Order at its earliest convenience without further notice of hearing.

                                                                 Respectfully submitted,

Dated: February 7, 2025
       Wilmington, Delaware

                                                                 **ESBROOK P.C.**
                                                                 */s/ Scott J. Leonhardt*
                                                                Scott J. Leonhardt (DE Bar No. 4885)
                                                                1000 N. West Street Suite 1200
                                                               Wilmington, DE 19801
                                                               Tel. 302-308-8174
                                                               scott.leonhardt@esbrook.com