**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| ALLHERE EDUCATION, INC., | Case No. 24-11841 (LSS) |
| Debtor. | Re: D.I. 19 & 38 |

**ORDER GRANTING EXTENDING THE LOS ANGELES**
**UNIFIED SCHOOL DISTRICT'S DEADLINE TO FILE A PROOF OF CLAIM**

Upon consideration of the *Certification of Counsel Submitting Proposed Order Extending the Los Angeles Unified School District's Deadline to File a Proof of Claim*, the Court finding that notice was sufficient under the circumstances; after due deliberation; and good and sufficient cause having been shown; and this matter coming to the Court on consent; it is hereby ordered that:

1. The deadline for the Los Angeles Unified School District to file a proof of claim in this case is hereby extended to, through and including February 17, 2025.

2. This Order is without prejudice to request and obtain additional extensions.

Dated: February 7th, 2025
Wilmington, Delaware

LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE