IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 7 |
| ALLHERE EDUCATION, INC., | ) |
| | ) Case No. 24-11841 (LSS) |
| Debtor. | ) |
| | ) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON FEBRUARY 20, 2025 AT 10:15 A.M. (ET)
BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN**

**THIS HEARING HAS BEEN ADJOURNED TO FEBRUARY 25, 2025 AT 10:00 A.M.**

**ADJOURNED MATTERS**

1. Motion of George L. Miller, Chapter 7 Trustee, for an Order Pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1 Compelling the Production of Records from Gusto, Inc.  [D.I. 37; 2/4/2025]

   **Objection Deadline**:     February 13, 2025 at 4:00 p.m. (ET); extended to February 17, 2025 at 12:00 p.m. (ET)

   **Objections/Informal Responses**:    None.

   **Related Pleadings:**   None.

   **Status:**   Gusto has produced certain of the information requested by the Trustee. The Trustee continues to work with Gusto.  In light of the production and agreement to cooperate, the Trustee has agreed to adjourn the hearing to February 25, 2015 at 10:00 a.m.

Dated: February 18, 2025

**ASHBY & GEDDES, P.A.**

 */s/ Ricardo Palacio*
Ricardo Palacio (DE Bar No. 3765)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
Tel: (302) 654-1888
Fax: (302) 654-2067
Email:   RPalacio@ashbygeddes.com

*Counsel for George L. Miller, Chapter 7 Trustee*

{02091541;v1 }