# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 7 |
| ) | |
| ALLHERE EDUCATION, INC., ) | Case No. 24-11841 (LSS) |
| Debtor. ) | |
| ) | (Jointly Administered) |
| ) | |
| ) | **Related D.I 37** |
| ) | |

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE** that George L. Miller, Trustee, hereby withdraws, without prejudice, the *Motion of George L. Miller, Chapter 7 Trustee, for an Order Pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1 Compelling the Production of Records from Gusto, Inc.* [D.I. 37], filed on February 4, 2025.

Dated: February 21, 2025
Wilmington, Delaware

**ASHBY & GEDDES, P.A.**

 */s/ Ricardo Palacio*
Ricardo Palacio (DE Bar No. 3765)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
Tel: (302) 654-1888
Email: RPalacio@ashbygeddes.com

*Counsel for George L. Miller,*
*Chapter 7 Trustee*