## CERTIFICATE OF SERVICE

      I, Ricardo Palacio, hereby certify that, on February 21, 2025, I caused one copy of the foregoing *Notice of Withdrawal of Motion of George L. Miller, Chapter 7 Trustee, for an Order Pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1 Compelling the Production of Records from Gusto, Inc.* to be served upon (i) all parties of record via CM/ECF; and (ii) the parties on the attached service list via electronic mail, unless otherwise indicated.

Dated: February 21, 2025                  */s/ Ricardo Palacio*
                                                     Ricardo Palacio (DE Bar No. 3765)

{02046942;v1 }

<div style="columns:2">

Joseph M Mulvihill
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 N. King Street
Wilmington, DE 19801
Email: jmulvihill@ycst.com

Dustin J. Nirschl
Best Best & Krieger LLP
3390 University Avenue, Fifth Floor
Riverside, CA 92501
Email: Dustin.nirschl@bbklaw.com

*Counsel for Los Angeles Unified School District*

Beth E. Rogers
Rogers Law Offices
River Ridge
9040 Roswell Road, Suite 205
Atlanta, GA 30350
Email: brogers@berlawoffice.com

*Counsel for Svitla*

Gusto, Inc.
c/o Incorporating Services, Ltd.
3500 S. Dupont Highway
Dover, DE 19901

William Hao
ALSTON & BIRD
90 Park Avenue
New York, NY 10016
Email: William.Hao@alston.com

*Counsel for Gusto, Inc.*

**VIA FIRST CLASS MAIL**
Office of the United States Trustee
844 N King St., #2207
Lockbox #35
Wilmington, DE 19801

Brian A. Sullivan
Werb & Sullivan
1225 N. King Street, Suite 600
Wilmington, DE 19801
Email: bsullivan@werbsullivan.com

*Counsel for Svitla*

Gusto, Inc.
Dina Segal
Chief Legal Officer
525 20th Street
San Francisco, CA 94107

Gusto, Inc.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

</div>