IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 7 |
| ALLHERE EDUCATION, INC., | ) |
| | ) Case No. 24-11841 (LSS) |
| Debtor. | ) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON FEBRUARY 25, 2025 AT 10:00 A.M. (ET)
BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN**

**THIS HEARING HAS BEEN CANCELLED AT THE DIRECTION OF THE COURT, AS NO MATTERS ARE GOING FORWARD.**

**MATTERS NOT GOING FORWARD**

1. Motion of George L. Miller, Chapter 7 Trustee, for an Order Pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1 Compelling the Production of Records from Gusto, Inc. [D.I. 37; 2/4/2025]

    **Objection Deadline**: February 13, 2025 at 4:00 p.m. (ET); extended to February 17, 2025 at 12:00 p.m. (ET)

    **Objections/Informal Responses**: None.

    **Related Pleadings:**

    A. Notice of Withdrawal of Motion of George L. Miller, Chapter 7 Trustee, for an Order Pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1 Compelling the Production of Records from Gusto, Inc., without prejudice [D.I. 41; 2/21/2025]

    **Status:** The Motion has been withdrawn. Therefore, the hearing has been cancelled.

Dated: February 21, 2025                **ASHBY & GEDDES, P.A.**

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Ricardo Palacio*
　　　　　　　　　　　　　　　　　　　　　Ricardo Palacio (DE Bar No. 3765)
　　　　　　　　　　　　　　　　　　　　　500 Delaware Avenue, 8th Floor
　　　　　　　　　　　　　　　　　　　　　P.O. Box 1150
　　　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19899
　　　　　　　　　　　　　　　　　　　　　Tel: (302) 654-1888
　　　　　　　　　　　　　　　　　　　　　Fax: (302) 654-2067
　　　　　　　　　　　　　　　　　　　　　Email:  RPalacio@ashbygeddes.com

　　　　　　　　　　　　　　　　　　　　　*Counsel for George L. Miller, Chapter 7 Trustee*