## CERTIFICATE OF SERVICE

      I, Ricardo Palacio, hereby certify that, on February 21, 2025, I caused one copy of the foregoing **[Cancelled]** *Notice of Agenda of Matters Scheduled for Hearing on February 25, 2025 before the Honorable Laurie Selber Silverstein* to be served upon (i) all parties of record via CM/ECF; and (ii) the parties on the attached service list via electronic mail, unless otherwise indicated.

Dated: February 21, 2025                                    /s/ *Ricardo Palacio*
                                                                               Ricardo Palacio (DE Bar No. 3765)

| | |
|---|---|
| Joseph M Mulvihill<br>Young Conaway Stargatt & Taylor, LLP<br>Rodney Square<br>1000 N. King Street<br>Wilmington, DE 19801<br>Email: jmulvihill@ycst.com | **VIA FIRST CLASS MAIL**<br>Office of the United States Trustee<br>844 N King St., #2207<br>Lockbox #35<br>Wilmington, DE 19801 |
| Dustin J. Nirschl<br>Best Best & Krieger LLP<br>3390 University Avenue, Fifth Floor<br>Riverside, CA 92501<br>Email: Dustin.nirschl@bbklaw.com<br><br>*Counsel for Los Angeles Unified School District* | Brian A. Sullivan<br>Werb & Sullivan<br>1225 N. King Street, Suite 600<br>Wilmington, DE 19801<br>Email: bsullivan@werbsullivan.com<br><br>*Counsel for Svitla* |
| Beth E. Rogers<br>Rogers Law Offices<br>River Ridge<br>9040 Roswell Road, Suite 205<br>Atlanta, GA 30350<br>Email: brogers@berlawoffice.com<br><br>*Counsel for Svitla* | Gusto, Inc.<br>Dina Segal<br>Chief Legal Officer<br>525 20th Street<br>San Francisco, CA 94107 |
| Gusto, Inc.<br>c/o Incorporating Services, Ltd.<br>3500 S. Dupont Highway<br>Dover, DE 19901 | Gusto, Inc.<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 |
| William Hao<br>ALSTON & BIRD<br>90 Park Avenue<br>New York, NY 10016<br>Email: William.Hao@alston.com<br><br>*Counsel for Gusto, Inc.* | |