# EXHIBIT A

# [Proposed Order]

{02107550;v1 }

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| ALLHERE EDUCATION, INC., | ) | Case No. 24-11841 (LSS) |
| | ) | |
| Debtor. | ) | **Related D.I.** |
| | ) | |

**ORDER GRANTING TRUSTEE'S THIRD MOTION FOR ENTRY OF ORDER
EXTENDING TIME TO ASSUME OR REJECT EXECUTORY CONTRACTS
AND UNEXPIRED LEASES PURSUANT TO 11 U.S.C. § 365(d)(1)**

Upon consideration of the Trustee's *Third Motion for Entry of Order Extending Time to Assume or Reject Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(d)(1)* (the "Motion");[1] the Bankruptcy Court finding that notice of the Motion was sufficient under the circumstances; after due deliberation; and good and sufficient cause having been shown; it is hereby ordered that:

1. The Motion is **GRANTED**.

2. Pursuant to section 365(d)(1) of the Bankruptcy Code, the time period within which the Trustee may assume or reject executory contracts and unexpired leases of residential real property and/or personal property is hereby extended by an additional ninety (90) days, through and including July 9, 2025.

3. This Order is without prejudice to the Trustee's ability to request and obtain additional extensions, including but not limited to an extension under 11 U.S.C. § 365(d)(4)

---

[1] Capitalized terms not otherwise defined in this Order shall have the meanings given in the Motion.

{02107550;v1 }

with respect to unexpired leases of real property.