## <u>CERTIFICATE OF SERVICE</u>

I, Ricardo Palacio, hereby certify that, on April 2, 2025, I caused one copy of the foregoing *Third Motion for Entry of Order Extending Time to Assume or Reject Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(d)(1)* to be served upon (i) all parties of record via CM/ECF; and (ii) the parties on the attached service list via electronic mail, unless otherwise indicated.


Dated: April 2, 2025                                    /s/ *Ricardo Palacio*
                                                        Ricardo Palacio (DE Bar No. 3765)

Joseph M Mulvihill
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 N. King Street
Wilmington, DE 19801
Email: jmulvihill@ycst.com

Dustin J. Nirschl
Best Best & Krieger LLP
3390 University Avenue, Fifth Floor
Riverside, CA 92501
Email: Dustin.nirschl@bbklaw.com

*Counsel for Los Angeles Unified School District*

Beth E. Rogers
Rogers Law Offices
River Ridge
9040 Roswell Road, Suite 205
Atlanta, GA 30350
Email: brogers@berlawoffice.com

*Counsel for Svitla*

**VIA FIRST CLASS MAIL**
East Baton Rouge
1050 S. Foster Dr.
Baton Rouge, LA 70806

**VIA FIRST CLASS MAIL**
Massena Central
84 Nightengale Ave.
Massena, NY 13662

**VIA FIRST CLASS MAIL**
Prince Georges County
Sasscer Administration Bldg.
14201 School Lane
Upper Marlboro, MD 20772

**VIA FIRST CLASS MAIL**
University View Academy
3113 Valley Creek Dr.
Baton Rouge, LA 70808

**VIA FIRST CLASS MAIL**
Office of the United States Trustee
844 N King St., #2207
Lockbox #35
Wilmington, DE 19801

Brian A. Sullivan
Werb & Sullivan
1225 N. King Street, Suite 600
Wilmington, DE 19801
Email: bsullivan@werbsullivan.com

*Counsel for Svitla*

**VIA FIRST CLASS MAIL**
Cincinnati School District
2651 Burnet Ave.
Cincinnati, OH 45217

**VIA FIRST CLASS MAIL**
Los Angeles United School District
333 South Beaudry Ave.
Los Angeles, CA 90017

**VIA FIRST CLASS MAIL**
Miami Dade
1450 N.E. Second Ave.
Suite 912
Miami, FL 33132

**VIA FIRST CLASS MAIL**
Union Local School District
66779 Belmont Morristown Road
Belmont, OH 43718

**VIA FIRST CLASS MAIL**
Weehawken NJ
53 Liberty Place
Weehawken, NJ 07086

{02057970;v1 }

**<u>VIA FIRST CLASS MAIL</u>**
Ypsilanti Community School District
1885 Packard Road
Ypsilanti, MI 48197