**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| ALLHERE EDUCATION, INC., | ) | Case No. 24-11841 (LSS) |
| | ) | |
| Debtor. | ) | Hearing Date: May 8, 2025 at 11:15 a.m. (ET) |
| | ) | Obj. Deadline: April 16, 2025 at 4:00 p.m. (ET) |
| | ) | |

**CERTIFICATE OF NO OBJECTION REGARDING**
**THIRD MOTION OF GEORGE L. MILLER, CHAPTER 7 TRUSTEE, TO**
**EXTEND THE TIME TO ASSUME OR REJECT EXECUTORY**
**CONTRACTS AND UNEXPIRED LEASES PURSUANT TO**
**SECTION 365(d)(1) OF THE BANKRUPTCY CODE**

I, Ricardo Palacio, a member of the firm of Ashby & Geddes, P.A. ("Ashby & Geddes"), counsel to George L. Miller, the Chapter 7 trustee (the "Trustee") of the above-captioned debtor (the "Debtor"), hereby certify the following:

1. On February 2, 2025, the Trustee filed the *Third Motion of George L. Miller, Chapter 7 Trustee, to Extend the Time to Assume or Reject Executory Contracts and Unexpired Leases Pursuant to Section 365(d)(1) of the Bankruptcy Code* [Docket No. 43] (the "Motion"). Attached to the Motion as Exhibit A is a proposed form of order approving the Motion and the relief sought therein (the "Order").

2. Pursuant to the notice of the Motion, objections or responses, if any, to the Motion were to be filed with the Court and served upon the undersigned counsel by 4:00 p.m. (prevailing Eastern Time) on April 16, 2025.

3. As of the date hereof, the undersigned counsel have not been served with any objections or responses to the Motion. A review of the Court's docket indicates that, as of this date, no responses or objections to the Motion have been filed.

WHEREFORE, the Trustee respectfully requests that the Order approving the Motion be entered at the Court's earliest convenience.

Dated: April 17, 2025

**ASHBY & GEDDES, P.A.**

*/s/ Ricardo Palacio*
Ricardo Palacio (DE Bar No. 3765)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
Tel: (302) 654-1888
Email: RPalacio@ashbygeddes.com

*Counsel for George L. Miller, Chapter 7 Trustee*