## CERTIFICATE OF SERVICE

      I, Ricardo Palacio, hereby certify that, on July 7 2025, I caused one copy of the foregoing *Third Motion for Entry of Order Extending Time to Assume or Reject Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(d)(1)* to be served upon (i) all parties of record via CM/ECF; and (ii) the parties on the attached service list via electronic mail, unless otherwise indicated.

Dated: July 7, 2025                                                    */s/ Ricardo Palacio*  
                                                                              Ricardo Palacio (DE Bar No. 3765)

| | |
|---|---|
| Joseph M Mulvihill<br>Young Conaway Stargatt & Taylor, LLP<br>Rodney Square<br>1000 N. King Street<br>Wilmington, DE 19801<br>Email: jmulvihill@ycst.com | **VIA FIRST CLASS MAIL**<br>Office of the United States Trustee<br>844 N King St., #2207<br>Lockbox #35<br>Wilmington, DE 19801 |
| Dustin J. Nirschl<br>Best Best & Krieger LLP<br>3390 University Avenue, Fifth Floor<br>Riverside, CA 92501<br>Email: Dustin.nirschl@bbklaw.com<br><br>*Counsel for Los Angeles Unified School District* | Brian A. Sullivan<br>Werb & Sullivan<br>1225 N. King Street, Suite 600<br>Wilmington, DE 19801<br>Email: bsullivan@werbsullivan.com<br><br>*Counsel for Svitla* |
| Beth E. Rogers<br>Rogers Law Offices<br>River Ridge<br>9040 Roswell Road, Suite 205<br>Atlanta, GA 30350<br>Email: brogers@berlawoffice.com<br><br>*Counsel for Svitla* | **VIA FIRST CLASS MAIL**<br>Cincinnati School District<br>2651 Burnet Ave.<br>Cincinnati, OH 45217 |
| **VIA FIRST CLASS MAIL**<br>East Baton Rouge<br>1050 S. Foster Dr.<br>Baton Rouge, LA 70806 | **VIA FIRST CLASS MAIL**<br>Los Angeles United School District<br>333 South Beaudry Ave.<br>Los Angeles, CA 90017 |
| **VIA FIRST CLASS MAIL**<br>Massena Central<br>84 Nightengale Ave.<br>Massena, NY 13662 | **VIA FIRST CLASS MAIL**<br>Miami Dade<br>1450 N.E. Second Ave.<br>Suite 912<br>Miami, FL 33132 |
| **VIA FIRST CLASS MAIL**<br>Prince Georges County<br>Sasscer Administration Bldg.<br>14201 School Lane<br>Upper Marlboro, MD 20772 | **VIA FIRST CLASS MAIL**<br>Union Local School District<br>66779 Belmont Morristown Road<br>Belmont, OH 43718 |
| **VIA FIRST CLASS MAIL**<br>University View Academy<br>3113 Valley Creek Dr.<br>Baton Rouge, LA 70808 | **VIA FIRST CLASS MAIL**<br>Weehawken NJ<br>53 Liberty Place<br>Weehawken, NJ 07086 |

**VIA FIRST CLASS MAIL**
Ypsilanti Community School District
1885 Packard Road
Ypsilanti, MI 48197