IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 7 |
| ALLHERE EDUCATION, INC., | ) |
| | ) Case No. 24-11841 (LSS) |
| Debtor. | ) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON AUGUST 14, 2025 AT 11:00 A.M. (ET)
BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN**

**THIS HEARING HAS BEEN CANCELLED AT THE DIRECTION OF THE COURT,
AS NO MATTERS ARE GOING FORWARD.**

**RESOLVED MATTERS**

1. Fourth Motion for Entry of Order Extending Time to Assume or Reject Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(d)(1) [D.I. 48; 7/7/2025]

   **Objection Deadline**:    July 21, 2025 at 4:00 p.m. (ET)

   **Objections/Informal Responses**:    None.

   **Related Pleadings:**

   A. Certificate of No Objection regarding Fourth Motion of George L. Miller, Chapter 7 Trustee, to Extend the Time to Assume or Reject Executory Contracts and Unexpired Leases Pursuant to Section 365(d)(1) of the Bankruptcy Code [D.I. 49; 7/23/2025]

   B. Order Granting Trustees Fourth Motion for Entry of Order Extending Time to Assume or Reject Executory Contracts and Unexpired Leases Pursuant to 11 U.S.C. § 365(d)(1) [D.I. 50; 7/24/2025]

   **Status:**    The Order has been entered.

Dated: August 5, 2025

**ASHBY & GEDDES, P.A.**

*/s/ Ricardo Palacio*
Ricardo Palacio (DE Bar No. 3765)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
Tel: (302) 654-1888
Fax: (302) 654-2067
Email:   RPalacio@ashbygeddes.com

*Counsel for George L. Miller, Chapter 7 Trustee*

{02150242;v1 }