July 29, 2025

Dear USBC District Delaware Representative,

My name is Matthew Guidarelli and I am a creditor in the AllHere Bankruptcy case number 24 – 11841 – LSS.

My information should be listed as the following in the claim:

- Matthew Guidarelli, Founder & Managing Partner of Folly Ventures
- My addresses:
    - 4 Phillips Place, Somerville, MA 02143 (US Address)
    - 65 Rue Jeanne D'Arc, 94160 Saint Mandé, FRANCE
- French Phone: +33 6 62 31 88 31

I have since closed my business and taken an opportunity with EQT in Stockholm. My new information is:

- Mailing Address:
    - Röjningsstigen 11, 16754 Bromma, Sweden
- Phone number:
    - +46 72 987 36 25

Hopeful the case will move to addressing and paying out creditor claims. Please let me know if you need additional information for the record and in the event the creditor. My email is still the same: matthew.guidarelli@gmail.com.

Many thanks for your efforts on my behalf for updating the system.

Warmly,

Matthew Guidarelli



USBC District of Deleware
824 Market Street
Wilmington, DE 19801   USA

**EQT PARTNERS AB**

P.O. Box 16409  SE-103 27 Stockholm  Sweden