**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| ALLHERE EDUCATION, INC., | Case No. 24-11841-LSS |
| Debtor. | |

**CERTIFICATION OF COUNSEL REGARDING PROPOSED ORDER APPROVING
STIPULATION TO TERMINATE EXECUTORY CONTRACT BETWEEN
AMAZON WEB SERVICES, INC. AND ALLHERE EDUCATION, INC.**

I, Matthew B. Goeller, counsel for Amazon Web Services, Inc. ("AWS") in the above-captioned cases, certify as follows:

1.      George L. Miller, in his capacity as Chapter 7 Trustee for Debtor AllHere Education, Inc. (the "Trustee") and AWS have entered into the *Stipulation to Terminate Executory Contract Between Amazon Web Services, Inc. and AllHere Education, Inc.* (the "Stipulation"). A copy of the Stipulation memorializing the agreement of the parties is attached as Exhibit 1 to the Order.

2.      The Trustee has reviewed the Proposed Order and agrees to its entry. Accordingly, AWS respectfully requests that the Court enter the order attached hereto as Exhibit A at the convenience of the Court.

Dated: October 13, 2025

**K&L GATES LLP**

*/s/ Matthew B. Goeller*
Matthew B. Goeller (No. 6283)
600 N. King St., Suite 901
Wilmington, Delaware 19801
Tel: (302) 416-7080
Email: matthew.goeller@klgates.com

*Counsel for Amazon Web Services, Inc.*