**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 7 |
| ALLHERE EDUCATION, INC., | ) | |
| | ) | Case No. 24-11841 (LSS) |
| Debtor. | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON OCTOBER 20, 2025 AT 1:00 P.M. (ET)**
**BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN**

> **This proceeding will be conducted remotely via Zoom.  Please refer to Chief Judge Silverstein's Chambers Procedures (https://www.deb.uscourts.gov/judge-laurie-selber-silverstein) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Chief Judge Silverstein's expectations of remote participants, and the advance registration requirements.  Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.**
>
> Topic: AllHere Education, Inc. - Case No. 24-11841 (LSS)
> When: October 20, 2025 at 1:00 p.m. Eastern Time (US and Canada)
>
> **YOU MUST USE YOU FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.**

**STATUS CONFERENCE**

1. Certification of Counsel regarding Proposed Order Approving Stipulation to Terminate Executory Contract between Amazon Web Services, Inc. and Allhere Education, Inc.

    **Objection Deadline**:         N/A

    **Objections/Informal Responses**:     None.

    **Related Pleadings:**     None.

    **Status:**         This matter is going forward as a status conference.

Dated: October 16, 2025                **ASHBY & GEDDES, P.A.**

                     */s/ Ricardo Palacio*
                    Ricardo Palacio (DE Bar No. 3765)
                    500 Delaware Avenue, 8th Floor
                    P.O. Box 1150
                    Wilmington, Delaware 19899
                    Tel: (302) 654-1888
                    Fax: (302) 654-2067
                    Email:  RPalacio@ashbygeddes.com

                    *Counsel for George L. Miller, Chapter 7 Trustee*

{02173985;v1 }