IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ALLHERE EDUCATION, INC.,<br><br>Debtor. | Chapter 7<br><br>Case No. 24-11841-LSS<br><br>#53 |

### ORDER APPROVING STIPULATION TO TERMINATE EXECUTORY CONTRACT BETWEEN AMAZON WEB SERVICES, INC. AND ALLHERE EDUCATION, INC.

Upon consideration of the *Stipulation to Terminate Executory Contract Between Amazon Web Services, Inc. and AllHere Education, Inc.* (the "Stipulation") between George L. Miller, in his capacity as Chapter 7 Trustee for Debtor AllHere Education, Inc. (the "Trustee") and Amazon Web Services, Inc. ("AWS") attached hereto as Exhibit 1; the Court having determined that good and adequate cause exists for approval of the Stipulation; and the Court having determined that no further notice of the Stipulation must be given;

IT IS HEREBY ORDERED THAT:

1. The Stipulation is Approved.

2. The Agreement[1] is rejected pursuant to 11 U.S.C. § 365 and terminated without further notice.

3. AWS shall have no obligations of performance under the Agreement and in connection with the AWS Accounts.

4. Nothing in Stipulation or this Order shall waive or limit AWS' rights to assert claims for unpaid charges that have accrued under the Agreement prior to entry of this Order.

5. AWS may delete the AWS Accounts and all data stored in connection therewith, without further notice.

---

[1] Capitalized terms not defined in this Order shall have the meanings given to them in the Stipulation.

6.  To the extent relief from the automatic stay under 11 U.S.C. § 362(d) is required for any relief approved in connection with this Stipulation, such relief from the automatic stay shall be immediately and automatically granted upon entry of this Order.

7.  Notwithstanding the applicability of Bankruptcy Rule 4001(a)(3), the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**

Dated: October 20 2025
**Wilmington, Delaware**

# Exhibit 1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ALLHERE EDUCATION, INC.,<br><br>Debtor. | Chapter 7<br><br>Case No. 24-11841-LSS |

## STIPULATION TO TERMINATE EXECUTORY CONTRACT BETWEEN AMAZON WEB SERVICES, INC. AND ALLHERE EDUCATION, INC.

Amazon Web Services, Inc. ("AWS") and George L. Miller, Chapter 7 Trustee (the "Trustee") for the estates of the above-captioned debtor (the "Debtor") hereby stipulate and agree as follows:

### RECITALS

1. On August 13, 2024 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 7 of title 11 of the United States Code, 11 U.S.C. §§ 101, et. seq. in the United States Bankruptcy Court for the District of Delaware. Thereafter, the Trustee was appointed as the chapter 7 Trustee for the Debtor's bankruptcy estates.

2. AWS is a worldwide leader in the provision of cloud computing and storage services. AWS provides cloud computing and storage services to Debtor according to the terms of an AWS Customer Agreement (the "Agreement"), a copy of which can found at the following link: https://aws.amazon.com/agreement/. Debtor's cloud computing and storage accounts with AWS are identified by a main payor account number ending in "00775", as well as certain linked accounts ending in the following numbers: "99073", "73986", "65846", "37582", "69174", "63206", "72579", "82001" and "04263" (collectively, the "AWS Accounts").

3. AWS asserts that the Debtor owes AWS a total of $40,374.74 for services that AWS provided on a prepetition basis in connection with the AWS Accounts. In addition, AWS asserts that charges continue to accrue on the AWS Accounts, and that a total of $44,465.46 in charges were owed as of August 1, 2025, for AWS services rendered during postpetition periods.

4. The Trustee has no intention or desire to continue to use the AWS Accounts and has decided that he no longer has any need for any data being stored in connection with the AWS Accounts.

5. Pursuant to the terms of the Stipulation, AWS and the Trustee have agreed to terminate the Agreement according to the terms set forth below.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED:**

A. The Agreement is rejected pursuant to Section 365 of the Bankruptcy Code, and terminated immediately without further notice, effective as of the date the Court enters an order approving this Stipulation.

B. AWS shall have no obligations of performance under the Agreement and in connection with the AWS Accounts.

C. AWS may delete the AWS Accounts, and all data stored in connection therewith, without further notice.

D. Nothing herein shall waive or limit AWS' rights to assert claims in the case for charges accrued through the date of the order approving this Stipulation.

E. To the extent relief from the automatic stay under 11 U.S.C. § 362(d) is required for any relief approved in connection with this Stipulation, such relief from the automatic stay shall be immediately and automatically granted upon entry of a Court order approving this Stipulation.

F. Notwithstanding the applicability of Bankruptcy Rule 4001(a)(3), the terms and conditions of this Stipulation shall be immediately effective and enforceable upon its entry.

Dated: October 13, 2025

| | |
|---|---|
| **ASHBY & GEDDES, P.A.** | **K&L GATES LLP** |
| By: */s/ Ricardo Palacio* | By: */s/ Matthew B. Goeller* |
| Ricardo Palacio (No. 3765) | Matthew B. Goeller (No. 6283) |
| 500 Delaware Ave., 8th Floor | 600 N. King St, Suite 901 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| Tel: (302) 654-1888 | Tel: (302) 416-7080 |
| Email: rpalacio@ashbygeddes.com | Email: matthew.goeller@klgates.com |
| *Counsel for Chapter 7 Trustee* | *Counsel for Amazon Web Services, Inc.* |

2