**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| AllHere Education, Inc., | Case No. 24-11841 (LSS) |
| Debtor. | **Hearing Date: TBD at TFR**<br>**Objection Deadline: TBD at TFR** |

**FIRST AND FINAL APPLICATION OF MILLER COFFEY TATE LLP
FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES
AS ACCOUNTANTS AND BANKRUPTCY CONSULTANTS TO THE TRUSTEE
FOR THE PERIOD FROM NOVEMBER 25, 2024 THROUGH SEPTEMBER 16, 2026**

| | |
|---|---|
| Name of Applicant: | Miller Coffey Tate LLP |
| Authorized to Provide Professional Services to: | Trustee |
| Date of Retention: | Retention Application Filed: December 26, 2024<br>Seeking employment effective as of November 25, 2024<br>Order entered: January 13, 2025 |
| Period for which First and Final Compensation and reimbursement is sought: | November 25, 2024 through September 16, 2026 |
| Amount of First and Final Compensation sought as actual, reasonable and necessary: | $21,641.00 |
| Amount of First and Final Expense Reimbursement sought as actual, reasonable and necessary: | $94.85 |

This is an __X__ Interim __X__ Final Application

**ATTACHMENT**
**LOCAL FORM 102/RULE 2016-2**
**FEE SUMMARY**
**NOVEMBER 25, 2024 THROUGH SEPTEMBER 16, 2026**

| Name of Professional Person | Cert. Date | Position with the Applicant and Number of Years in that Position | Hourly Billing Rate 2024 | Hourly Billing Rate 2025 | Hourly Billing Rate 2026 | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|---|
| Matthew R. Tomlin, CPA | 1994 | Partner (2006) | $620 | $645 | $660 | 13.50 | $ 8,725.50 |
| John J. Reynolds | N/A | Manager (2022) | $405 | $435 | $460 | 2.90 | 1,235.00 |
| Vincent L. Capitola, CPA | 2021 | Senior Accountant (2023) | $350 | $375 | N/A | 0.40 | 130.00 |
| Victor J. Stott | N/A | Senior Accountant (2025) | $285 | $325 | $360 | 11.90 | 3,798.50 |
| Anthony F. Archer | N/A | Staff Accountant (2024) | $265 | $285 | N/A | 18.20 | 5,187.00 |
| Jaxon L. Tomlin | N/A | Staff Accountant (2025) | $250 | $270 | N/A | 9.50 | 2,565.00 |
| **TOTAL** | | | | | | **56.40** | **$ 21,641.00** |

**Blended rate** **$383.71**

**COMPENSATION BY PROJECT CATEGORY**

| **Project Category** | **Total Hours** | **Total Fees** |
|---|---|---|
| Case Administration | 1.30 | $ 656.00 |
| Tax | 44.50 | 15,267.00 |
| Asset Preservation and Recovery | 10.60 | 5,718.00 |
| **Total** | **56.40** | **$ 21,641.00** |

## EXPENSE SUMMARY

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Faxes | MCT | $ 0.50 |
| Pacer Charges | MCT | 26.40 |
| Photocopies ($0.10 per page) | MCT | 33.40 |
| Postage | MCT | 34.55 |
| | **Total** | **$ 94.85** |

## PRIOR APPLICATIONS FILED

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| **Date Filed/ Docket No.** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| N/A | | | | | |

*As this is the first and final fee application filed, there are no prior applications to disclose.*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| AllHere Education, Inc., | Case No. 24-11841 (LSS) |
| Debtor. | **Hearing Date: TBD at TFR**<br>**Objection Deadline: TBD at TFR** |

**FIRST AND FINAL APPLICATION OF MILLER COFFEY TATE LLP AS ACCOUNTANTS AND BANKRUPTCY CONSULTANTS TO THE TRUSTEE FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES**

Pursuant to sections 330 and 331 of Title 11 of the United States Code (the "Bankruptcy Code"), and Rule 2016 of the Federal Rules of Bankruptcy Procedure, Miller Coffey Tate LLP ("MCT") hereby applies (the "Application") for an award of reasonable compensation in the above-captioned chapter 7 case of AllHere Education, Inc. (the "Debtor"), for professional services rendered as Accountants and Bankruptcy Consultants to the Trustee in the amount of $21,641.00 together with reimbursement for actual and necessary first and final expenses incurred in the amount of $94.85 for the period commencing from November 25, 2024 through and including September 16, 2026 (the "Application Period"). In support of the Application, MCT respectfully represents as follows:

**Background**

1. On August 13, 2024 (the "Petition Date"), the Debtor filed a voluntary petition under Chapter 7 of Title 11 of the United States Code.

2. On or about August 14, 2024, the Office of the United State Trustee appointed George L. Miller as Trustee (the "Trustee") of the Debtor.

3. An Application of the Trustee for an Order Authorizing the Retention and Employment of Miller Coffey Tate LLP as Accountants and Bankruptcy Consultants to the Trustee effective as of November 25, 2024 (the "Retention Application") was filed on or about December 26, 2024, and the Order was entered on January 13, 2025. The Retention Application requests that MCT

be compensated on an hourly basis and be reimbursed for actual and necessary out-of-pocket expenses it incurred. At all relevant times, MCT has been a disinterested person as that term is defined in Section 101(14) of the Bankruptcy Code (the "Code") and has not represented nor held any interest adverse to the interest of the Debtor or Debtor's estate.

**Compensation Paid and its Source**

4. All services for which MCT requests Compensation were performed for or on behalf of the Trustee.

**Relief Requested**

5. This Application is the first and final fee application to be filed by MCT in this case. In connection with the professional services described below, by this Application, MCT seeks final compensation in the amount of $21,641.00 and final expense reimbursement of $94.85.

6. Exhibits A-1 through A-5 reflect the services performed as follows:

A-1 Summary of Time Charges by Individual - this summary reflects the aggregate time by individual.

A-2 Summary of Time Charges by Category - this summary reflects the charges for services rendered by category.

A-3 through A-5 reflects the explanation individual with the category as follows: and detailed time charges by category and by:

A-3 Case Administration

A-4 Tax

A-5 Asset Recovery and Preservation

**Summary of Services Rendered**

7. Applicant has performed numerous services for the Trustee, which are fully described in Exhibits A-3 through A-7 which are attached hereto and incorporated herein by reference.

Staffing provided by the Applicant along with their responsibilities for the engagement is as follows:

| | |
|---|---|
| Matthew R. Tomlin, CPA | John J. Reynolds |
| Vincent L. Capitolo, CPA | Victor J. Stott |
| Jaxon L. Tomlin | Anthony F. Archer |

In addition, since each Applicant's staff person is responsible for separate and distinct assignments, it is necessary to have organization meetings between the staff persons as well as with the Trustee's attorneys and other professionals in order to properly administer the estate.

8. For the First and Final Application Period, MCT seeks allowance of compensation in the amount $21,641.00 in connection with the professional services described above.

9. During the First and Final Application Period, MCT incurred or disbursed the actual and necessary costs and expenses related to this case in the amount of $94.85 as identified on Exhibit B.

10. Pursuant to Rule No. 2016-2 of this Court, MCT represents as follows with regard to its charges for actual and necessary costs and expenses during the Application Period:

a) Copy charges are $.10 per page, which charge is reasonable and customary in the accounting industry representing costs of copy materials, acquisition maintenance, storage and operation of copy machines, together with a margin for recovery of lost expenditures.

11. MCT has reviewed the requirements of Rule 2016-2 of the Rules for the United States Bankruptcy Court for the District of Delaware, and this Application complies with Rule 2016-2.

**WHEREFORE**, MCT respectfully requests that the Court enter an order allowing first and final compensation in the sum of $21,641.00 for professional services rendered, and the sum of $94.85 for reimbursement of actual and necessary first and final costs and expenses incurred by it in this case from November 25, 2024 through September 16, 2026 and that the Trustee be authorized to pay MCT all outstanding amounts.

Dated: September 22, 2026

MILLER COFFEY TATE LLP

/s/ Matthew R. Tomlin
MATTHEW R. TOMLIN, CPA
MILLER COFFEY TATE LLP
Eight Penn Center; Suite 950
1628 John F. Kennedy Blvd.
Philadelphia, PA 19103
Telephone: 215-561-0950
Telecopy: 215-561-0330
Accountants and Bankruptcy Consultants to the Trustee