# EXHIBIT "A-1"

## ALLHERE EDUCATION, INC.

## SUMMARY OF TIME CHARGES BY INDIVIDUAL

## FROM NOVEMBER 25, 2024 THROUGH SEPTEMBER 16, 2026

| Name | Rate | Hours | Total |
|---|---|---|---|
| **2024** | | | |
| John J. Reynolds | $405 | 1.30 | $ 526.50 |
| Vincent L. Capitola, CPA | $325 | 0.40 | 130.00 |
| Anthony F. Archer | $285 | 1.90 | 541.50 |
| | | 3.60 | $ 1,198.00 |
| **2025** | | | |
| Matthew R. Tomlin, CPA | $645 | 12.30 | $ 7,933.50 |
| John J. Reynolds | $435 | 1.10 | 478.50 |
| Victor J. Stott | $325 | 9.80 | 3,185.00 |
| Anthony F. Archer | $285 | 18.20 | 5,187.00 |
| Jaxon L. Tomlin | $270 | 9.50 | 2,565.00 |
| | | 50.90 | $ 19,349.00 |
| **2026** | | | |
| Matthew R. Tomlin, CPA | $660 | 1.20 | $ 792.00 |
| John J. Reynolds | $460 | 0.50 | 230.00 |
| Jaxon L. Tomlin | $360 | 0.20 | 72.00 |
| | | 1.90 | $ 1,094.00 |
| | | 56.40 | $ 21,641.00 |

# EXHIBIT "A-2"

## ALLHERE EDUCATION, INC.

## SUMMARY OF TIME CHARGES BY CATEGORY

## FROM NOVEMBER 25, 2024 THROUGH SEPTEMBER 16, 2026

| | |
|---|---|
| Case Administration | $ 656.00 |
| Tax | 15,267.00 |
| Asset Preservaton and Recovery | 5,718.00 |
| **Total** | $ 21,641.00 |

# EXHIBIT "A-3"

# ALLHERE EDUCATION, INC.

# SUMMARY OF TIME CHARGES BY CATEGORY

# FROM NOVEMBER 25, 2024 THROUGH SEPTEMBER 16, 2026

**Case Administration**

This category includes matters not attributable to another specific category. Services included the preparation of the First and Final Fee Application as well as the Application to Employ.

Hours: 1.30 Dollars: $656.00

# Time List



| Employee | Date | Client | Service Description | Time | Value |
|---|---|---|---|---|---|
| Client: AllHere Educ - Case Admin | | | | | |
| JJR | 12/5/2024 | ALHR01 | Review of employment application | 0.40 | $162.00 |
| JJR | 9/16/2026 | ALHR01 | Review of final fee application | 0.50 | $230.00 |
| MRT | 9/16/2026 | ALHR01 | Challenge final fee application | 0.40 | $264.00 |
| Total: AllHere Educ - Case Admin | | | | 1.30 | $656.00 |
| Grand Total | | | | 1.30 | $656.00 |

**EXHIBIT "A-4"**

**ALLHERE EDUCATION, INC.**

**SUMMARY OF TIME CHARGES BY CATEGORY**

**FROM NOVEMBER 25, 2024 THROUGH SEPTEMBER 16, 2026**

**Taxes**

Services rendered in this category include the research, compilation, review, analysis and reconstruction of the Debtor's books and records for the preparation of Debtor's tax and information returns and other required reporting. Services in this category included interacting with the Debtor's payroll provider, Gusto to ensure that required payroll reports were timely filed. Services in this category also include the analysis and response of inquiries from government tax agencies.

Hours: 44.50 Dollars: $15,267.00

# Time List



| Employee | Date | Client | Service Description | Time | Value |
|---|---|---|---|---|---|
| Client: AllHere Educ - Taxes | | | | | |
| VJS | 12/30/2024 | ALHR05 | Review of 341 documentation and potential payroll filing requirements | 0.60 | $171.00 |
| VJS | 12/30/2024 | ALHR05 | Investigation in Gusto payroll services and record retrieval | 0.50 | $142.50 |
| VJS | 1/24/2025 | ALHR05 | Investigation of Debtor records for support regarding informational return recipients | 0.60 | $195.00 |
| VJS | 1/27/2025 | ALHR05 | Continue review of Debtor records regarding payee information for year end returns | 1.10 | $357.50 |
| MRT | 1/28/2025 | ALHR05 | Review status of analysis and information filing | 0.10 | $64.50 |
| JLT | 1/29/2025 | ALHR05 | Review of Debtor records regarding information on recipients of 2025 disbursements | 1.50 | $405.00 |
| JLT | 1/29/2025 | ALHR05 | Correspondence with recipients of 2025 Debtor disbursements regarding updated addresses and tax information | 0.50 | $135.00 |
| JLT | 1/30/2025 | ALHR05 | Prepare schedule of 2025 Debtor disbursements for year end informational returns | 1.30 | $351.00 |
| MRT | 1/30/2025 | ALHR05 | Review status of analysis of year end activity | 0.20 | $129.00 |
| VJS | 1/30/2025 | ALHR05 | Analysis of Debtor payroll records and investigation into remaining Gusto records to be turned over | 0.80 | $260.00 |
| JLT | 1/31/2025 | ALHR05 | Investigation into preserved Debtor records for informational return recipient tax information and addresses | 1.50 | $405.00 |
| MRT | 1/31/2025 | ALHR05 | Review and compile request for open payroll 2004 request | 0.80 | $516.00 |
| VJS | 1/31/2025 | ALHR05 | Email correspondence with R. Palacio regarding Gusto payroll records acquisition | 0.50 | $162.50 |
| MRT | 2/3/2025 | ALHR05 | Review and edit proposed 2004 motion to Gusto | 0.40 | $258.00 |
| MRT | 2/4/2025 | ALHR05 | Review and comment on revised 2024 notice draft | 0.20 | $129.00 |
| MRT | 2/12/2025 | ALHR05 | Review issues raised on payroll data request | 0.40 | $258.00 |
| MRT | 2/12/2025 | ALHR05 | Telephone conference with counsel regarding issues with payroll data and terms raised | 0.20 | $129.00 |
| MRT | 2/14/2025 | ALHR05 | Review access information and planning of compilation of payroll documents and dat | 0.50 | $322.50 |
| VJS | 2/14/2025 | ALHR05 | Review of Gusto payroll documentation turned over to the Trustee | 0.70 | $227.50 |
| AFA | 2/17/2025 | ALHR05 | Analysis of Debtor payroll records turnover by Gusto and prepare schedule of provided returns for tax year 2021 | 3.70 | $1,054.50 |
| AFA | 2/17/2025 | ALHR05 | Analysis of Debtor payroll records turnover by Gusto and prepare schedule of provided returns for tax year 2022 | 2.50 | $712.50 |
| MRT | 2/17/2025 | ALHR05 | Review of status of payroll compilation | 0.20 | $129.00 |

| Employee | Date | Client | Service Description | Time | Value |
|---|---|---|---|---|---|
| MRT | 2/17/2025 | ALHR05 | Telephone conference with counsel regarding 2004 issues for payroll | 0.20 | $129.00 |
| MRT | 2/17/2025 | ALHR05 | Review data and evaluate W2 reporting and follow-up with counsel | 0.50 | $322.50 |
| AFA | 2/18/2025 | ALHR05 | Analysis of Debtor payroll records turnover by Gusto and prepare schedule of provided returns for tax year 2023 | 2.90 | $826.50 |
| AFA | 2/18/2025 | ALHR05 | Analysis of Debtor payroll records turnover by Gusto and prepare schedule of provided returns for tax year 2024 | 3.50 | $997.50 |
| AFA | 2/18/2025 | ALHR05 | Analysis and verification of Federal and State taxing agency payments prior to the bankruptcy | 1.30 | $370.50 |
| MRT | 2/18/2025 | ALHR05 | Review and assess payroll analysis and planning | 0.50 | $322.50 |
| AFA | 2/19/2025 | ALHR05 | Verification of employee tax information and status of 2024 W-2 filings | 2.00 | $570.00 |
| AFA | 2/19/2025 | ALHR05 | Investigate and compile updated payroll withholding rates for Federal and State wage reconciliation | 1.20 | $342.00 |
| AFA | 2/19/2025 | ALHR05 | Meet with V Stott regarding W-2 wage reconciliation schedule | 0.10 | $28.50 |
| AFA | 2/19/2025 | ALHR05 | Compile 2024 payroll return filings for support of wage reconciliation amounts | 0.60 | $171.00 |
| MRT | 2/19/2025 | ALHR05 | Preliminary review and challenge payroll data compilation and reporting for wages paid | 0.60 | $387.00 |
| VJS | 2/19/2025 | ALHR05 | Investigation into missing employee SSNs for anticipated wage distribution | 0.50 | $162.50 |
| VJS | 2/19/2025 | ALHR05 | Meet with A. Archer regarding W-2 details and support | 0.10 | $32.50 |
| AFA | 2/20/2025 | ALHR05 | Meet with M. Tomlin and V. Stott regarding wage reconciliation schedule | 0.40 | $114.00 |
| MRT | 2/20/2025 | ALHR05 | Met with V Stott and A. Archer regarding payroll production and issues | 0.40 | $258.00 |
| MRT | 2/20/2025 | ALHR05 | Review update on payroll reporting status and information requested | 0.20 | $129.00 |
| VJS | 2/20/2025 | ALHR05 | Meet with M. Tomlin and A. Archer regarding schedule of payroll returns provided by Gusto | 0.40 | $130.00 |
| VJS | 2/20/2025 | ALHR05 | Review status of Gusto provided payroll return schedule | 0.20 | $65.00 |
| JLT | 2/25/2025 | ALHR05 | Compile located vendor EINs and addresses for informational returns | 0.40 | $108.00 |
| JLT | 2/26/2025 | ALHR05 | Prepare 1099 informational returns | 2.40 | $648.00 |
| JLT | 2/27/2025 | ALHR05 | Compile bank statement support and provided tax documentation for 2024 informational returns | 1.70 | $459.00 |
| VJS | 2/27/2025 | ALHR05 | Compile and review available 2024 payment schedules regarding filing of 2024 informational returns | 1.20 | $390.00 |
| VJS | 2/27/2025 | ALHR05 | Prepare disbursement summary schedule and exemption listing for filings of 2024 informational returns | 2.30 | $747.50 |

| Employee | Date | Client | Service Description | Time | Value |
|---|---|---|---|---|---|
| JLT | 2/28/2025 | ALHR05 | Review and verify completed 2024 informational return filings by the Debtor | 0.20 | $54.00 |
| VJS | 2/28/2025 | ALHR05 | Prepare and file 2024 informational returns | 0.60 | $195.00 |
| MRT | 10/8/2025 | ALHR05 | Review of tax issues and information missing from Debtor | 0.30 | $193.50 |
| VJS | 1/6/2026 | ALHR05 | Analysis of 2025 receipts and disbursement activity for informational return filings | 0.20 | $72.00 |
| MRT | 2/5/2026 | ALHR05 | Review of support provided and assess and planning for analysis | 0.60 | $396.00 |
| MRT | 4/9/2026 | ALHR05 | Review of return issues and possible extensions needed | 0.20 | $132.00 |
| Total: AllHere Educ - Taxes | | | | 44.50 | $15,267.00 |
| Grand Total | | | | 44.50 | $15,267.00 |