**EXHIBIT "B"**

**ALLHERE EDUCATION, INC.**

**SUMMARY OF EXPENSES**

**FROM NOVEMBER 25, 2024 THROUGH SEPTEMBER 16, 2026**

| Type | Total |
|---|---|
| Faxes | $ 0.50 |
| Pacer Charges | 26.40 |
| Photocopies ($0.10 per page) | 33.40 |
| Postage | 34.55 |
| **Total** | $ 94.85 |

# Expense Report



| Description | Employee | Expense | Date |
| --- | --- | --- | --- |
| Activity: Faxes | | | |
| Fax - 2024 Form 15397 to IRS | Administrative | $0.50 | 2/28/2025 |
| Total: AllHere Educ - Case Admin $0.50 | | | |
| Total: Faxes $0.50 | | | |

| Description | Employee | Expense | Date |
|---|---|---|---|
| Activity: Pacer | | | |
| December Pacer Charges | Administrative | $9.40 | 12/31/2024 |
| December Pacer charges | Administrative | $13.80 | 1/31/2025 |
| February Pacer charges | Administrative | $2.40 | 2/28/2025 |
| August Pacer charges | Administrative | $0.80 | 8/31/2026 |

Total: AllHere Educ - Case Admin
$26.40

Total: Pacer
$26.40

| Description | Employee | Expense | Date |
| --- | --- | --- | --- |
| Activity: Photocopies - B/W | | | |
| Photocopies | Administrative | $20.40 | 2/28/2025 |
| Photocopies | Administrative | $0.40 | 4/30/2025 |
| Photocopies | Administrative | $2.60 | 9/4/2025 |
| Photocopies | Administrative | $1.90 | 9/30/2025 |
| Photocopies | Administrative | $4.60 | 10/31/2025 |
| Photocopies | Administrative | $0.30 | 11/30/2025 |
| Photocopies | Administrative | $3.20 | 9/16/2026 |

Total: AllHere Educ - Case Admin
$33.40

Total: Photocopies - B/W
$33.40

| Description | Employee | Expense | Date |
|---|---|---|---|
| Activity: Postage | | | |
| Postage | Administrative | $9.64 | 1/31/2025 |
| Postage | Administrative | $4.83 | 2/28/2025 |
| Postage | Administrative | $9.64 | 4/15/2025 |
| Postage | Administrative | $10.44 | 4/9/2026 |
| Total: AllHere Educ - Case Admin $34.55 | | | |
| Total: Postage $34.55 | | | |
| Grand Total $94.85 | | | |