**EXHIBIT "C"**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| AllHere Education, Inc., | Case No. 24-11841 (LSS) |
| Debtor. | |

**DECLARATION OF ACCOUNTANT**

1. I am a partner in the firm of Miller Coffey Tate LLP ("MCT"), which has served as Accountants and Bankruptcy Consultants for the Trustee in the above-captioned chapter 7 case.

2. I have read the foregoing Application of MCT for allowance of compensation and reimbursement of expenses and know the contents thereof and that the same are true and correct, to the best of my knowledge, information and belief.

3. There is no agreement or understanding between MCT and any other person for a division of compensation as Accountants and Bankruptcy Consultants for the Trustee.

4. No division prohibited by the Bankruptcy Code will be made by MCT.

5. No agreement prohibited by Title 18, Section 155 has been made.

6. Our firm has one scale of billing rates for all clientele for services rendered which is based on the costs of operation of the firm plus a reasonable compensation to partners.

7. The billing rates for the firm are as follows:

| **2024** | |
|---|---|
| Partners and Principals | $500.00 - $850.00 |
| Managers | $375.00 - $495.00 |
| Senior Accountants | $295.00 - $370.00 |
| Staff Accountants/Para-Professionals | $150.00 - $290.00 |

| **2025** | |
|---|---|
| Partners and Principals | $500.00 - $1,000.00 |
| Managers | $395.00 - $495.00 |
| Senior Accountants | $300.00 - $390.00 |
| Staff Accountants/Para-Professionals | $150.00 - $295.00 |

| **2026** | |
|---|---|
| Partners and Principals | $600.00 - $1,000.00 |
| Managers | $450.00 - $595.00 |
| Senior Accountants | $350.00 - $445.00 |
| Staff Accountants/Para-Professionals | $150.00 - $345.00 |

8. Out-of-pocket expenses are separately billed to each client.

9. I declare under penalty of perjury that I best of my knowledge and belief, the foregoing is true and correct.

Dated: September 22, 2026

MILLER COFFEY TATE LLP

/s/ Matthew R. Tomlin
MATTHEW R. TOMLIN, CPA
Eight Penn Center; Suite 950
1628 John F. Kennedy Blvd.
Philadelphia, PA 19103
Telephone: 215-561-0950
Accountants and Bankruptcy Consultants to the Trustee