**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AllHere Education, Inc.,<br><br>Debtor. | Chapter 7<br><br>Case No. 24-11841 (LSS)<br><br>Related Docket No. ________ |

**ORDER ALLOWING MILLER COFFEY TATE LLP COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES**

Miller Coffey Tate LLP, ("MCT") Accountants and Bankruptcy Consultants for the Trustee, having filed a First and Final Application for allowance of compensation and reimbursement of expenses ("the Application"); and creditors and other parties in interest having received notice of the date, time and place to file an Objection to the Application; and no Objections having been filed, and the Court having considered the Application; it is

**ORDERED** that the First and Final Application of MCT is granted; and it is further

**ORDERED** that MCT is granted, on a final basis, compensation in the sum of $21,641.00 for services rendered and $94.85 as reimbursement for actual, necessary expenses incurred; and it is further

**ORDERED** that the Trustee is authorized to make payment of $21,735.50 to MCT for such allowed first and final compensation and expenses. Nothing contained herein shall preclude objections to the approval on a final basis of the fees and expenses approved herein; and it is further

**ORDERED** that the interim compensation awarded pursuant to this Order remains subject to disgorgement pending approval of the Chapter 7 Trustee's final report.