# CERTIFICATE OF SERVICE

I, Ricardo Palacio, hereby certify that, on September 23, 2026, I caused one copy of the foregoing *First and Final Application of Miller Coffey Tate LLP for Compensation for Services Rendered and Reimbursement of Expenses as Accountants and Bankruptcy Consultants to the Trustee for the Period from November 25, 2024 through September 16, 2026* to be served upon (i) all parties of record via CM/ECF; and (ii) the parties on the attached service list via electronic mail, unless otherwise indicated.

Dated: September 23, 2026

/s/ *Ricardo Palacio*
Ricardo Palacio (DE Bar No. 3765)

Joseph M Mulvihill
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 N. King Street
Wilmington, DE 19801
Email: jmulvihill@ycst.com

**VIA FIRST CLASS MAIL**
Office of the United States Trustee
844 N King St., #2207
Lockbox #35
Wilmington, DE 19801

Dustin J. Nirschl
Best Best & Krieger LLP
3390 University Avenue, Fifth Floor
Riverside, CA 92501
Email: Dustin.nirschl@bbklaw.com

*Counsel for Los Angeles Unified School District*

Brian A. Sullivan
Werb & Sullivan
1225 N. King Street, Suite 600
Wilmington, DE 19801
Email: bsullivan@werbsullivan.com

*Counsel for Svitla*

Beth E. Rogers
Rogers Law Offices
River Ridge
9040 Roswell Road, Suite 205
Atlanta, GA 30350
Email: brogers@berlawoffice.com

*Counsel for Svitla*