# EXHIBIT A

**(Proposed Order)**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| ALLHERE EDUCATION, INC., | ) | Case No. 24-11841 (LSS) |
| | ) | |
| | ) | **Related D.I.** |
| Debtor. | ) | |

**ORDER APPROVING FIRST AND FINAL APPLICATION OF ASHBY & GEDDES, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO GEORGE L. MILLER, CHAPTER 7 TRUSTEE, FOR THE FINAL PERIOD OF AUGUST 27, 2024, *NUNC PRO TUNC,* THROUGH AUGUST 31, 2026 AND WAIVER OF DEL. BANKR. L.R. 2016-1**

Upon consideration of the *First and Final Application of Ashby & Geddes, P.A. for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to George L. Miller, Chapter 7 Trustee, for the Final Period from August 27, 2024 through August 31, 2026 and Waiver of Del. Bankr. L.R. 2016-1* (the "Application");[1] and the Court having jurisdiction to consider the Application; and sufficient notice of the Application having been given; and a hearing on the Application having been held; and it appearing that the relief requested by the Application is appropriate; and good and sufficient cause having been shown; it is hereby

**ORDERED** that the Application is granted; and it is further

**ORDERED** that Ashby & Geddes is allowed on a final basis compensation in the amount of $46,843.00 for services rendered, and $202.69 as reimbursement for actual and necessary expenses incurred; it is further

[1] Capitalized terms not otherwise defined herein shall assume the meanings ascribed to them in the Application.

**ORDERED** that these amounts awarded shall be paid by the Chapter 7 Trustee consistent with the Order of Distribution approved in this Case.