# EXHIBIT B

**(Fee and Expense Detail)**

ASHBY & GEDDES
ATTORNEYS AND COUNSELLORS AT LAW
500 DELAWARE AVENUE
P. O. BOX 1150
WILMINGTON, DELAWARE 19899
TELEPHONE
302-654-1888
FED ID#23-2193414

STATEMENT

September 22, 2026
Billed through 08/26/26
Account: GMLLR-00003 -RP 90062

George M. Miller, Chapter 7 Trustee
1628 John F. Kennedy Blvd.
Suite 950
Philadelphia, PA 19103-2110

George L. Miller, chapter 7 Trustee of AllHere Education, Inc. (In re: AllHere Education, Inc.)

PROFESSIONAL SERVICES RENDERED

| | | | | |
|---|---|---|---|---|
| 08/27/24RP | 02 | Review BRM LOI (.5); call to D. Brogan (BRM) re same (.1); | 0.60 | $471.00 |
| 08/28/24KMJ | 11 | Prepare first draft of Ashby's retention application (.7); update interested party list and prepare core service list (.4); send draft to R. Palacio (.1); | 1.20 | $402.00 |
| 08/29/24RP | 14 | Emails (mult.) with Trustee re DOJ investigation (.2); email/call with (M. Shahabian) DOJ re same (.5); | 0.70 | $549.50 |
| 08/30/24RP | 07 | Conference with Trustee re DOJ investigation and books/records (.5); email (.1) and conference (.3) with R. DeLanders (Gunderson) re books/records and investigation/privilege issues; | 0.90 | $706.50 |
| 08/30/24RP | 01 | Email to/from J. Mulvihill (Debtors) re computers/records (.2); calls (mult.) and conference with D. Brogan (BRM) re sale/next steps (.4); | 0.60 | $471.00 |
| 09/04/24RP | 03 | Conference with LAUSD counsel re contract/sale (.6); email to Trustee re same (.3); | 0.90 | $706.50 |

| | | | | |
|---|---|---|---|---|
| 09/05/24RP | 14 | Conference with DOJ and Gunderson re investigation/records (.5); review sample/form 502(d) orders (.4); email to M. Shahabian (DOJ) re same (.1); | 1.00 | $785.00 |
| 09/05/24RP | 11 | Review/revise A&G retention application/affidavit in support (1.1); | 1.10 | $863.50 |
| 09/05/24RP | 02 | Correspondence with D. Brogan re sale/discussions with contract parties (.2); | 0.20 | $157.00 |
| 09/06/24RP | 20 | Conference with D. Brogan re sale/meeting with LAUSD (.2); correspondence with Trustee re same (.2); | 0.40 | $314.00 |
| 09/09/24KMJ | 11 | Finalize and file Ashby's retention application (.4); download and send email service (.2); | 0.60 | $201.00 |
| 09/09/24RP | 07 | Conference with Trustee re 341 meeting/open issues (.3); | 0.30 | $235.50 |
| 09/13/24KMJ | 07 | Download notice of assets and add deadlines to calendar (.2); | 0.20 | $67.00 |
| 09/17/24RP | 02 | Call to D. Brogan (BRM) re sale update (.1); email to Trustee re same (.1); | 0.20 | $157.00 |
| 09/17/24RP | 07 | Conference with B. Rogers (Svitla) re case status/investigation (.3); email to Trustee re same (.1); | 0.40 | $314.00 |
| 09/18/24RP | 02 | Conference with D. Brogan re sale/status (.2); email to Trustee re same (.1); | 0.30 | $235.50 |
| 09/19/24DAK | 07 | Preparation of 502(d) Order (1.1); | 1.10 | $462.00 |
| 09/20/24DAK | 07 | Continue preparation of 502(d) Order (0.6); | 0.60 | $252.00 |
| 09/20/24RP | 14 | Review/revise draft 502(d) order re DOJ/subpoena (.6); | 0.60 | $471.00 |
| 09/23/24RP | 14 | Email from M. Shahabian (DOJ) re 502(d) order/revisions (.1); review revised/redline 502(d) order (.3); | 0.40 | $314.00 |
| 09/23/24RP | 02 | Conference with D. Giangiacomo | 1.30 | $1,020.50 |

| | | | | |
|---|---|---|---|---|
| | | (Nexus) re sale/interest (.3); draft confi agreement (.8); email to Trustee re same/discussions with prospective buyer (.2); | | |
| 09/23/24RP | 01 | Email to J. Mulvihill re laptop and computer/cloud credentials (.1); | 0.10 | $78.50 |
| 09/24/24KMJ | 11 | Prepared CNO regarding Ashby's retention application (.3); send draft to R. Palacio (.1); filed CNO with court and upload proposed order (.3); download and send courtesy copy to chambers (.2); | 0.90 | $301.50 |
| 09/24/24RP | 14 | Conference with J. Mitchell (DOJ) re books/records and investigation (.3); emails (mult.) with M. Shahabian (DOJ) re 502(d) order/conference call (.3); email to Trustee re same (.1); | 0.70 | $549.50 |
| 09/25/24KMJ | 14 | Prepare COC regarding 502(d) Order with DOJ (.4); finalize and file COC w/ Court and upload proposed order (.3); | 0.70 | $234.50 |
| 09/25/24RP | 07 | Attend to creditor inquiry (J. Jonel-Smith) re case notice/status (.3); | 0.30 | $235.50 |
| 09/25/24RP | 14 | Conference with M. Shahabian re 502(d) order/records (.3); emails (mult.) with T. Jackson re records/laptop/credentials (.2); | 0.50 | $392.50 |
| 09/25/24RP | 01 | Emails (mult.) with Aptos re Google records/back-up (.3); conference with Trustee re source code/sale options (.2); | 0.50 | $392.50 |
| 09/25/24RP | 20 | Conference with LAUSD counsel re sale/status (.4); conference with D. Brogan (BRM) re sale/IP assets (.4); email to Trustee re same (.2); | 1.00 | $785.00 |
| 09/26/24RP | 03 | Email from Trustee re 365(d) period/extension (.1); | 0.10 | $78.50 |
| 09/30/24KMJ | 11 | Download Order approving Ashby's retention (.2); send email service (.1); | 0.30 | $100.50 |

| | | | | |
|---|---|---|---|---|
| 09/30/24KMJ | 07 | Download 502(d) Order and email copy to DOJ (.2); | 0.20 | $67.00 |
| 09/30/24RP | 01 | Review dataroom/documents re DOJ subpoena/production (.7); email to J. Ferguson (Aptos) re same (.1); | 0.80 | $628.00 |
| 10/01/24RP | 01 | Emails (mult.) with T. Jackson re source code/dataroom (.2); email to Trustee re same (.1); email to Aptos re laptop/source code access (.1); | 0.40 | $314.00 |
| 10/02/24RP | 07 | Conference with T. Jackson and J. Ferguson (Aptos) re Google files/capture (.5); email to Trustee re same (.1); | 0.60 | $471.00 |
| 10/02/24RP | 02 | Email to prospective bidder (Sav) re confi agreement (.2); review dataroom materials for same/sale process (.7); | 0.90 | $706.50 |
| 10/03/24DAK | 07 | Preparation of Motion to Extend the Deadline to Assume or Reject Executory Contracts and Unexpired Leases (1.2); | 1.20 | $504.00 |
| 10/07/24RP | 14 | Email to M. Shahabian (DOJ) re production of information (.1); | 0.10 | $78.50 |
| 10/07/24RP | 07 | Email to Trustee re case update (.3); | 0.30 | $235.50 |
| 10/07/24RP | 02 | Emails to/from from LAUSD counsel re sale/status (.2); email to Trustee re same (.1); | 0.30 | $235.50 |
| 10/08/24KMJ | 07 | Finalize and file agenda cancelling October 10th hearing (.3); download and send email service (.2); contact chambers to request hearing date for motion to extend (.1); prepare notice regarding motion to extend (.2); | 0.80 | $268.00 |
| 10/08/24RP | 14 | Emails (3x) with M. Shahabian (DOJ) re document production/conference (.3); | 0.30 | $235.50 |
| 10/08/24RP | 02 | Emails (mult.) with D. Nirschl (LAUSD) re sale/status (.2); conference with Trustee re same/sale (.2); | 0.40 | $314.00 |

| | | | | |
|---|---|---|---|---|
| 10/08/24RP | 03 | Review/revise motion to extend deadline to assume/reject contracts and leases (.8); email to/from Trustee re same (.1); | 0.90 | $706.50 |
| 10/09/24DAK | 07 | Continue preparation of Motion to Extend the Deadline (0.3); | 0.30 | $126.00 |
| 10/09/24RP | 14 | Conference with M. Shahabian (DOJ) re investigation and subpoena/production (.4); email to J. Jones (Apto) re same (.1); | 0.50 | $392.50 |
| 10/11/24RP | 02 | Conference with D. Nirschl (LAUSD) re sale/structure (.4); | 0.40 | $314.00 |
| 10/11/24RP | 01 | Email to J. Jones (Apto) re DOJ investigation/computer/data and preservation/transfer thereof (.2); | 0.20 | $157.00 |
| 10/15/24RP | 07 | Review email from Guideline re 401(k) plan (.1); email from Trustee re same (.1); | 0.20 | $157.00 |
| 10/15/24RP | 14 | Correspondence (mult) with M. Shahabian/T. Kash (DOJ/FBI) re investigation and production of documents/info (.4); | 0.40 | $314.00 |
| 10/17/24RP | 03 | Email to Gusto re agreement/threatened termination (.2); | 0.20 | $157.00 |
| 10/18/24RP | 07 | Conference with D. Kerr (creditor) re case status/claims/process (.4); | 0.40 | $314.00 |
| 10/18/24RP | 01 | Emails (2x) with E. Cunha (SVB) re accounts/termination/funds (.2); | 0.20 | $157.00 |
| 10/21/24RP | 07 | Conference with Trustee re case status/developments (sale, DOJ investigation and bank accounts/SVB) (.4); | 0.40 | $314.00 |
| 10/24/24KMJ | 07 | Prepare and file CNO regarding motion to extend (.3); download and send courtesy copy to chambers (.1); | 0.40 | $134.00 |
| 10/28/24KMJ | 07 | Download order approving motion to extend time to assume/reject (.1); send email service of order (.2); | 0.30 | $100.50 |
| 10/28/24RP | 14 | Emails (2x) with M. Shahabian re T. Jackson interview (.2); conference | 0.80 | $628.00 |

| | | | | |
|---|---|---|---|---|
| | | with J. Mitchell (US Atty -- LA), Trustee and Apto re investigation/documents (.6); | | |
| 10/29/24RP | 14 | Conference with M. Shahabian (US Atty) re T. Jackson and laptop/warrant (.3); email to T. Jackson and M. Shahabian (US Atty) (.1); | 0.40 | $314.00 |
| 10/30/24RP | 14 | Email to M. Shahabian (US Atty) re laptop/warrant (.1); | 0.10 | $78.50 |
| 10/30/24RP | 07 | Emails (mult.) with J. Ferguson (Apto) re laptop/data preservation (.2); email to Trustee re case update (.3); | 0.50 | $392.50 |
| 10/31/24RP | 14 | Correspondence (mult.) with Trustee, Apto and US law enforcement agencies re investigations/information production (.4); | 0.40 | $314.00 |
| 11/05/24RP | 14 | Attend interview of T. Jackson by US Govt (1.4); | 1.40 | $1,099.00 |
| 11/05/24RP | 02 | Conference with D. Nirschl (LAUSD) re sale process/status (.5); | 0.50 | $392.50 |
| 11/06/24RP | 01 | Emails (mult.) with E. Cunha/J. Zuniga (SVB) re accounts/funds (.4); email to A. Parker (Spero) re same (.1); | 0.50 | $392.50 |
| 11/08/24RP | 07 | Conference with Trustee re case update (.2); | 0.20 | $157.00 |
| 11/08/24RP | 02 | Email from D. Brogan (BRM) re APA/status (.1); | 0.10 | $78.50 |
| 11/12/24RP | 01 | Emails (mult.) with J. Zuniga (SVB) re turnover of funds/conversion of LLC (.2); | 0.20 | $157.00 |
| 11/13/24RP | 02 | Emails (2x) with D. Brogan (BRM) re sale questions/cure issues (.2); email to T. Jackson re same (.1); | 0.30 | $235.50 |
| 11/15/24KMJ | 07 | Prepare Agenda cancelling 11/21 hearing (.3); send draft to R. Palacio (.1); | 0.40 | $134.00 |
| 11/18/24KMJ | 07 | Finalize and file Agenda cancelling 11/21 hearing (.3); download and | 0.50 | $167.50 |

| | | | | |
|---|---|---|---|---|
| | | send email service (.2); | | |
| 11/18/24RP | 14 | Conference with K. Goodhart (ReThink) re document production/privilege (.3); email from S. Gilmer (Salesforce) re investigation/subpoena (.2); email to Trustee re same/status (.2); | 0.70 | $549.50 |
| 11/19/24RP | 02 | Conference with D. Brogan (BRM) re sale/terms/discussions with LAUSD (.3); | 0.30 | $235.50 |
| 11/20/24RP | 07 | Attend to creditor inquiry (M. Guidarelli) (.3); | 0.30 | $235.50 |
| 11/20/24RP | 02 | Emails (mult.) with D. Nirschl (LAUSD) re sale/status (.2); | 0.20 | $157.00 |
| 11/25/24RP | 02 | Conferences (mult.) with interested/prospective buyers re assets/process/case status (.9); conference with D. Nirschl (LAUSD) re sale process/status (.4); | 1.30 | $1,020.50 |
| 11/26/24RP | 02 | Conference with BRM counsel re sale/bid status (.5); | 0.50 | $392.50 |
| 12/02/24RP | 02 | Conference with Trustee re LOI/stock consideration (.1); call to D. Hume re LOI/issues (.1); email to LAUSD counsel re status/conference (.1); email to BRM counsel re sale/status (.1); | 0.40 | $314.00 |
| 12/03/24RP | 02 | Conference with D. Hume re LOI/terms and sale (.2); | 0.20 | $157.00 |
| 12/05/24RP | 02 | Conference with LAUSD and BRM counsel re sale/discussions/status (.7); | 0.70 | $549.50 |
| 12/09/24RP | 02 | Conference with Trustee re sale/offer from MrRx (.3); | 0.30 | $235.50 |
| 12/11/24RP | 02 | Conference with MyRx re sale/interest/due diligence and LOI terms (.7); | 0.70 | $549.50 |
| 12/12/24RP | 02 | Emails (mult.) with BRM and LAUSD re sale/amended APA/deal terms (.3); | 0.30 | $235.50 |
| 12/13/24RP | 02 | Conference with Trustee re BRM APA/revised terms (.3); | 0.30 | $235.50 |

| | | | | |
|---|---|---|---|---|
| 12/20/24RP | 02 | Conference with LAUSD counsel re sale/contingency, timing and releases (.8) | 0.80 | $628.00 |
| 12/23/24RP | 02 | Email to Trustee re MyRx LOI (revised) (.2); email to MyRx re LOI/terms (.1); | 0.30 | $235.50 |
| 12/26/24KMJ | 11 | Finalize and file MCT retention application (.5); | 0.50 | $167.50 |
| 01/03/25RP | 02 | Conference with interested buyer (MyRx) re LOI/terms/nature of assets (.6); email summary to Trustee re same (.2); | 0.80 | $660.00 |
| 01/06/25RP | 02 | Correspondence to MyRx (buyer) re diligence/former employees (.1); | 0.10 | $82.50 |
| 01/07/25KMJ | 03 | Prepare draft of Second Motion to Extend (.3); send draft to R. Palacio (.1); finalize motion, prepare Notice and file with court (.5); download and send email service (.2); | 1.10 | $379.50 |
| 01/07/25RP | 03 | Review/revise second motion extending deadline to assume/reject contracts (.3); email to Trustee re same (.1); | 0.40 | $330.00 |
| 01/09/25RP | 02 | Conference with BRM counsel re sale discussions/status (.4); | 0.40 | $330.00 |
| 01/10/25KMJ | 11 | Prepare CNO regarding MCT retention application (.2); finalize and file CNO and upload proposed order (.3); | 0.50 | $172.50 |
| 01/13/25KMJ | 11 | Download order authorizing MCT retention (.1); send email service (.2); | 0.30 | $103.50 |
| 01/14/25RP | 02 | Review inquiry from prospective buyer (MyRx) (.2); | 0.20 | $165.00 |
| 01/27/25KMJ | 07 | Prepare and file CNO regarding second motion for extension (.3); upload proposed order (.1); prepare agenda cancelling 1/30 hearing (.3); send draft to R. Palacio (.1); | 0.80 | $276.00 |
| 01/28/25KMJ | 07 | Finalize and file Agenda cancelling January 30th hearing (.2); download | 0.40 | $138.00 |

| | | | | |
|---|---|---|---|---|
| | | and send email service (.2); | | |
| 01/31/25DAK | 07 | Prepare 2004 Motion regarding Gusto, Inc. (1.2); | 1.20 | $504.00 |
| 01/31/25RP | 07 | Conference with V. Stott re payroll records/Gusto (.1); calls (mult.) to Gusto re same (.3); | 0.40 | $330.00 |
| 02/03/25KMJ | 14 | Research chief legal officer of Gusto, Inc. (.2); Prepare notice and service list for 2004 motion (.3); | 0.50 | $172.50 |
| 02/03/25RP | 07 | Email from M. Tomlin re Rule 2004 exam (Gusto) (.2); | 0.20 | $165.00 |
| 02/04/25KMJ | 14 | Finalized motion to compel and file with court (.5); download and send email service (.2); coordinate mail service and add deadlines to calendar (.2); | 0.90 | $310.50 |
| 02/04/25RP | 07 | Emails (2x) with Trustee and M. Tomlin re Rule 2004 exam (Gusto) and revisions to same (.2); | 0.20 | $165.00 |
| 02/07/25KMJ | 07 | Download COC/Order regarding POC deadline for LA School District (.2); | 0.20 | $69.00 |
| 02/07/25RP | 02 | Email to MyRx re APA/equity consideration (.2); | 0.20 | $165.00 |
| 02/11/25RP | 02 | Call from D. Brogan (BRM) re sale status (.2); | 0.20 | $165.00 |
| 02/12/25RP | 07 | Email from W. Hao (Gusto) re document/information production and Rule 2004 exam (.1); email to M. Tomlin re same (.1); | 0.20 | $165.00 |
| 02/13/25RP | 07 | Emails (mult.) with W. Hao (Gusto) re Rule 2004 exam and information/document production (.2); review production (.4); email to M. Tomlin re same (.1); | 0.70 | $577.50 |
| 02/18/25KMJ | 07 | Finalize and file Agenda adjourning 2/20 hearing (.3); download and send email service (.2); | 0.50 | $172.50 |
| 02/18/25RP | 07 | Emails (3x) with W. Hao (Gusto) re Rule 2004 exam/production/hearing adjournment (.3); email with K. | 0.40 | $330.00 |

| | | | | |
|---|---|---|---|---|
| | | Jones re same (.1); | | |
| 02/20/25RP | 02 | Conference with S. Pryor (prospective buyer) re sale of assets (.4); email to/from T. Jackson re same/information (.2); | 0.60 | $495.00 |
| 02/21/25KMJ | 07 | Prepare Notice of Withdrawal of Motion to Compel Gusto (.2); prepare Agenda cancelling 2/25 hearing (.2); finalize and file same with court (.3); download and send email service (.2); | 0.90 | $310.50 |
| 03/04/25RP | 02 | Conference with prospective buyer (K1) (.3); | 0.30 | $247.50 |
| 03/13/25RP | 02 | Review/finalize confi agreement with prospective buyer (.3); emails with Trustee (.1) and prospective buyer (.1) re same; | 0.50 | $412.50 |
| 04/02/25KMJ | 07 | Prepare draft of third motion to extend time to assume/reject executory contracts (.3); send draft to R. Palacio (.1); finalize motion and file with court (.3); download and send email/mail service (.3); | 1.00 | $345.00 |
| 04/08/25RP | 02 | Conference with interested buyer (.3); | 0.30 | $247.50 |
| 04/16/25KMJ | 07 | Prepare CNO regarding third motion to extend (.2); send draft to R. Palacio (.1); | 0.30 | $103.50 |
| 04/29/25KMJ | 07 | Download order approving third motion to extend (.1); send email service (.2); prepare/file COS (.2); prepare agenda cancelling 5/8 hearing (.2); | 0.70 | $241.50 |
| 04/30/25KMJ | 07 | Finalize and file agenda cancelling 5/8 hearing (.2); download and send email service (.2); | 0.40 | $138.00 |
| 04/30/25RP | 02 | Correspondence (mult.) with D. Brogan re sale/status (.2); | 0.20 | $165.00 |
| 05/16/25RP | 02 | Review/edit revised draft of BRM APA (.9); | 0.90 | $742.50 |
| 05/19/25RP | 02 | Review comments from Trustee re APA (.4); revise APA per same (.3); | 0.90 | $742.50 |

| | | | | |
|---|---|---|---|---|
| | | emails (mult) with BRM counsel (.2); | | |
| 05/21/25RP | 02 | Conference with BRM counsel re APA/revisions (.6); | 0.60 | $495.00 |
| 05/30/25RP | 02 | Conference with T. Jackson re AWS/information (.3); email to Trustee re same (.1); | 0.40 | $330.00 |
| 06/04/25DAK | 02 | Prepare Sale Motion (1.7); | 1.70 | $714.00 |
| 06/05/25DAK | 02 | Continue preparation of Sale Motion (2.5); | 2.50 | $1,050.00 |
| 06/05/25RP | 02 | Emails (mult.) with A. Glickman (BRM) re sale/AWS and code (.2); emails to Trustee re same (.2); | 0.40 | $330.00 |
| 06/09/25RP | 02 | Correspondence (mult.) with A. Glickman (BRM) re sale/APA (.2); review redline/draft APA (.3); email to Trustee re same (.1); | 0.60 | $495.00 |
| 06/12/25RP | 02 | Conference with Trustee re APA/revisions (.2); correspondence with buyer counsel re same/AWS (.2); | 0.40 | $330.00 |
| 06/16/25RP | 02 | Correspondence (mult.) with BRM counsel re sale motion/order (.3); review/revise same (.6); email to Trustee re same (.1); | 1.00 | $825.00 |
| 07/07/25KMJ | 03 | Finalize motion to extend and file with court (.5); download and send email service (.2); | 0.70 | $241.50 |
| 07/22/25KMJ | 03 | Prepare CNO re: fourth motion to extend (.3); | 0.30 | $103.50 |
| 07/23/25KMJ | 03 | Finalize and file CNO re: fourth motion to extend and upload proposed order (.3); | 0.30 | $103.50 |
| 07/24/25KMJ | 03 | Download order approving fourth motion to extend (.2); send email service (.1); | 0.30 | $103.50 |
| 08/05/25KMJ | 07 | prepare agenda cancelling 8/14 hearing (.3); send draft to R. Palacio (.1); finalize and file agenda (.2); download and send email service (.2); | 0.80 | $276.00 |
| 08/18/25RP | 02 | Conference with Trustee re sale | 0.30 | $247.50 |

| | | | | |
|---|---|---|---|---|
| | | status (.1); emails (mult.) with Buyer re same (.2); | | |
| 10/14/25KMJ | 02 | Download COC re: order approving Stipulation with Amazon Web Services (.2); | 0.20 | $69.00 |
| 10/20/25RP | 03 | Attend hearing/status conference on AWS stipulation to terminate agreement (.4); | 0.40 | $330.00 |
| 08/26/26KMJ | 11 | Prepare Ashby's first and final fee application (.8); send draft to R. Palacio (.2); | 1.00 | $365.00 |
| 08/26/26RP | 04 | Conference with G. Miller re avoidance actions (.1); email to M. Tomlin re same (.1); | 0.20 | $172.00 |

Total fees $46,843.00

DISBURSEMENTS

| | | |
|---|---|---|
| 08/26/26 | Photocopies | 97.80 |
| 08/26/26 | Pacer Service - Court On-Line Docket System Charges | 17.30 |
| 08/26/26 | Postage | 87.59 |

Total disbursements $202.69

BILLING SUMMARY

| | | | |
|---|---|---|---|
| Palacio, Ricardo | 33.70 hrs | 785.00/hr | $26,454.50 |
| Palacio, Ricardo | 12.20 hrs | 825.00/hr | $10,065.00 |
| Palacio, Ricardo | 0.20 hrs | 860.00/hr | $172.00 |
| Kosloske, Destiny A. | 8.60 hrs | 420.00/hr | $3,612.00 |
| Jones, Kristy M | 7.00 hrs | 335.00/hr | $2,345.00 |
| Jones, Kristy M | 11.10 hrs | 345.00/hr | $3,829.50 |
| Jones, Kristy M | 1.00 hrs | 365.00/hr | $365.00 |

TOTAL FEES 73.80 hrs $46,843.00

TOTAL DISBURSEMENTS $202.69

| | |
|---|---|
| TOTAL CHARGES FOR THIS BILL | $47,045.69 |
| TOTAL BALANCE NOW DUE FOR THIS MATTER | $47,045.69 |

RECAP BY TIMEKEEPER

| | | | | |
|---|---|---|---|---|
| RP | Palacio, Ricardo | 33.40 hrs | 785 /hr | $26,219.00 |
| RP | Palacio, Ricardo | 12.20 hrs | 825 /hr | $10,065.00 |
| RP | Palacio, Ricardo | 0.50 hrs | 860 /hr | $407.50 |
| DAK | Kosloske, Destiny A. | 8.60 hrs | 420 /hr | $3,612.00 |
| KMJ | Jones, Kristy M | 7.00 hrs | 335 /hr | $2,345.00 |
| KMJ | Jones, Kristy M | 11.10 hrs | 345 /hr | $3,829.50 |
| KMJ | Jones, Kristy M | 1.00 hrs | 365 /hr | $365.00 |
| TOTAL | | | | $46,843.00 |

RECAP BY TASK

| | | | |
|---|---|---|---|
| 01 | Asset Analysis and Recovery | 3.50 hours | $2,747.50 |
| 02 | Asset Disposition | 25.50 hours | $18,768.50 |
| 03 | Assumption and Rejection of Le | 5.60 hours | $3,240.00 |
| 04 | Avoidance Action Analysis | 0.20 hours | $172.00 |
| 07 | Case Administration | 20.10 hours | $10,356.50 |
| 11 | Employment and Fee Apps | 6.40 hours | $2,677.00 |
| 14 | Litigation/Adversary Proceedin | 11.10 hours | $7,782.50 |
| 20 | Reporting | 1.40 hours | $1,099.00 |

RECAP BY EXPENSE CODE

| | | | |
|---|---|---|---|
| PC | Photocopies | 978.00 | $97.80 |
| PCR | Pacer Service - Court On-Line | 17.30 | $17.30 |
| POS | Postage | 87.59 | $87.59 |