**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| ALLHERE EDUCATION, INC., | ) | Case No. 24-11841 (LSS) |
| | ) | |
| | ) | |
| Debtor. | ) | |

**CERTIFICATION**

Ricardo Palacio, duly admitted in good standing to practice in the State of Delaware hereby certifies that:

a) I am member of the applicant firm, Ashby & Geddes, and have been admitted to appear before this Court.

b) I have personally performed many of the legal services rendered by Ashby & Geddes as counsel to George L. Miller, the Chapter 7 Trustee, and am generally familiar with the other work performed on behalf of the Chapter 7 Trustee by the lawyers and staff in the firm.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. L.R. 2016-1, and submit that the Application substantially complies with such Rule.

I certify, under penalty of perjury, that the foregoing statements made by me are true to the best of my knowledge, information and belief.

Dated: September 23, 2026

*/s/ Ricardo Palacio*
Ricardo Palacio (#3765)