**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| ALLHERE EDUCATION, INC., | ) | Case No. 24-11841 (LSS) |
| | ) | |
| | ) | **Hearing Date: To be heard with Trustee's Final Report** |
| Debtor. | ) | **Objections Due: To be determined** |
| | ) | |

**NOTICE OF FIRST AND FINAL APPLICATION OF ASHBY & GEDDES, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO GEORGE L. MILLER, CHAPTER 7 TRUSTEE, FOR THE FINAL PERIOD OF AUGUST 27, 2024, *NUNC PRO TUNC,* THROUGH AUGUST 31, 2026 AND WAIVER OF DEL. BANKR. L.R. 2016-1**

TO: THE U.S. TRUSTEE AND ALL PARTIES REQUESTING NOTICE PURSUANT TO FED. R. BANKR. P. 2002

**PLEASE TAKE NOTICE** that, on September 23, 2026, George L. Miller (the "Trustee"), Chapter 7 Trustee of AllHere Education, LLC (the "Debtor") filed the *First and Final Application of Ashby & Geddes, P.A. for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to George L. Miller, Chapter 7 Trustee, for the Final Period from August 27, 2024 through August 31, 2026 and Waiver of Del. Bankr. L.R. 2016-1* (the "Application") with the United States Bankruptcy Court for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that the Application requests allowance and payment of $46,843.00, together with reimbursement for actual and necessary expenses incurred in the amount of $202.69, for the final period of August 27, 2024 through August 31, 2026.

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the Application must be in writing, in conformity with the Federal Rules of Bankruptcy Procedure and the Local Rules of Practice and Procedure for the United States Bankruptcy Court for the District of Delaware, filed with the Bankruptcy Court, and served upon, so as to be received by, the undersigned counsel on a date **TO BE DETERMINED.** Only properly and timely filed responses will be considered.

**PLEASE TAKE FURTHER NOTICE** THAT IF AN OBJECTION IS TIMELY FILED, A HEARING ON THE APPLICATION WILL BE HELD ON THE SAME DAY AND TIME AS THE **TRUSTEE'S FINAL REPORT**, BEFORE THE HONORABLE LAURIE SELBER SILVERSTEIN, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 6th FLOOR, COURTROOM NO. 2, WILMINGTON, DELAWARE 19801.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: September 23, 2026
Wilmington, Delaware

**ASHBY & GEDDES, P.A.**

*/s/ Ricardo Palacio*

Ricardo Palacio (DE Bar No. 3765)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
Tel: (302) 654-1888
Email: RPalacio@ashbygeddes.com

*Counsel for George L. Miller, Chapter 7 Trustee of the Debtor*