# CERTIFICATE OF SERVICE

I, Ricardo Palacio, hereby certify that, on September 23, 2026, I caused one copy of the foregoing *First and Final Application of Ashby & Geddes, P.A. for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to George L. Miller, Chapter 7 Trustee, for the Final Period from August 27, 2024 through August 31, 2026 and Waiver of Del. Bankr. L.R. 2016-1*to be served upon (i) all parties of record via CM/ECF; and (ii) the parties on the attached service list via electronic mail, unless otherwise indicated.

Dated: September 23, 2026

/s/ *Ricardo Palacio*
Ricardo Palacio (DE Bar No. 3765)

Joseph M Mulvihill
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 N. King Street
Wilmington, DE 19801
Email: jmulvihill@ycst.com

**VIA FIRST CLASS MAIL**

Office of the United States Trustee
844 N King St., #2207
Lockbox #35
Wilmington, DE 19801

Dustin J. Nirschl
Best Best & Krieger LLP
3390 University Avenue, Fifth Floor
Riverside, CA 92501
Email: Dustin.nirschl@bbklaw.com

*Counsel for Los Angeles Unified School District*

Brian A. Sullivan
Werb & Sullivan
1225 N. King Street, Suite 600
Wilmington, DE 19801
Email: bsullivan@werbsullivan.com

*Counsel for Svitla*

Beth E. Rogers
Rogers Law Offices
River Ridge
9040 Roswell Road, Suite 205
Atlanta, GA 30350
Email: brogers@berlawoffice.com

*Counsel for Svitla*